UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No.: 2:22-cv-02871-WLH(KSx)<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL AND ALL RELATED DATES [59]** |

The Court, having considered Defendants Groomore, Inc. and Chunliang Lin's unopposed motion to Continue Trial and All Related Dates and finding good cause therefor under FRCP 16(b)(4), hereby **GRANTS** the Motion. The following deadlines are hereby **ORDERED** continued to the dates set forth herein:

- Fact Discovery Cut-Off:         **5/17/2024**
- Expert Disclosure (Initial):     **5/31/2024**
- Expert Disclosure (Rebuttal):  **6/14/2024**
- Expert Discovery Cut-Off:      **6/14/2024**
- Motion Hearing Deadline:       **6/28/2024**

1

1     •   *Daubert* Hearing Deadline:     **7/26/2024**
2     •   Settlement Conf. Deadline:     **8/16/2024**
3     •   1st Round Trial Filings:     **8/23/2024**
4     •   2nd Round Trial Filings:     **9/6/2024**
5     •   Final Pretrial Conference:     **9/20/2024**
6     •   Jury Trial:     **10/8/2024**

**IT IS SO ORDERED.**

DATED: January 12, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE