1  JOYCE H. MA (SBN: 274140)
   joyce.ma@cohenlawgroupla.com
2  **COHEN LAW GROUP**
   1901 Avenue of the Stars, Suite 200
3  Los Angeles, CA 90067
   Phone: (310) 443-2149
4

5  *Attorneys for Defendant*
   SONGYUN LIU
6
                    **UNITED STATES DISTRICT COURT**
7
              **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**
8

| MOEMENT, INC., a Delaware corporation, | ) **Case No.: 2:22-cv-02871-WLH-KSx** |
|---|---|
| | ) *Assigned to Hon. Wesley L. Hsu* |
| | ) *Magistrate Judge Hon Karen L. Stevenson.* |
| Plaintiff, | ) |
| | ) **DEFENDANT SONGYUN LIU'S** |
| v. | ) **REQUEST FOR REMOTE** |
| | ) **APPEARANCE TO HEARING ON** |
| GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual, | ) **PLAINTIFF'S MOTION TO** |
| | ) **CONTINUE MEDIATION** |
| | ) **COMPLETION DATE** |
| | ) |
| | ) Date:     April 12, 2024 |
| Defendants. | ) Time:    1:30 p.m. |
| | ) Dept.:   9B |
| | ) |
| | ) Complaint: April 29, 2022 |
| | ) Trial:       June 18, 2024 |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Defendant SONGYUN LIU ("Liu"), by and through undersigned counsel of record, hereby request permission from the Court to appear telephonically or via videoconference to the hearing on Plaintiff MOEMENT, INC's ("Plaintiff") Motion to Continue Mediation Completion Date ("Motion"), scheduled to be heard on April 12, 2024 at 1:30 p.m. in Courtroom 9B, 9th Floor, of the First Street

1
REQUEST FOR REMOTE APPEARANCE

Courthouse located at 350 W. 1st Street, Courtroom 9B, 9th Floor, Los Angeles, California 90012.

In support of this request, Liu states as follows:

1. Counsel for Defendant Liu, Joyce Ma, will be out of the country for a pre-planned spring vacation reserved prior to Plaintiff MOEMENT INC.'s filing of its Motion.

2. Personal attendance at the Motion hearing would require Ms. Ma and her family to (i) modify existing flight reservations or purchase new tickets for international travel; (ii) modify reserved accommodations; and (iii) incur financial losses associated with the modifications.

3. Ms. Ma respectfully requests permission to be excused from personal attendance and to virtually attend MOEMENT INC.'s Motion hearing.

4. Defendant Liu joined the Opposition of Defendants GROOMORE, INC. and CHUNLIANG LIN.

Respectfully,

DATED: April 2, 2024                    **COHEN LAW GROUP**

                                By: _____
                                    JOYCE H. MA
                                    *Attorney for Defendant*
                                    SONGYUN LIU

# CERTIFICATE OF SERVICE

*Moement, Inc. v. Groomore, Inc. et al*
USDC Central District of California Case No. 2:22-cv-02871-WHL-KSx

     I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 200, Los Angeles, CA 90067

     On April 2, 2024, I served the documents described as:

- **DEFENDANT SONGYUN LIU'S REQUEST FOR REMOTE APPEARANCE TO HEARING ON PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE**

on the interested parties listed below

[SEE ATTACHED SERVICE LIST]

☒    **VIA CM/ECF:** I hereby certify that on April 2, 2024 I electronically filed the foregoing document using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

*Jason Olesen*
_____
Jason Olesen

# SERVICE LIST

*Moement, Inc. v. Groomore, Inc. et al*
USDC Central District of California Case No. 2:22-cv-02871-WHL-KSx

| | |
|---|---|
| Brian A. Sun<br>Alesha M. Dominique<br>Ani H. Galoyan<br>Christopher K. Pelham<br>**NORTON ROSE FULBRIGHT US LLP**<br>555 South Flower St., 41st Floor<br>Los Angeles, CA 90071<br>Telephone:  213.892.9200<br>Facsimile:   213.892.9494<br>Email:<br>brian.sun@nortonrosefulbright.com;<br>alesha.dominique@nortonrosefulbright.com;<br>ani.galoyan@nortonrosefulbright.com;<br>christopher.pelham@nortonrosefulbright.com | *Attorneys for*<br>MOEMENT, INC. |
| Austin T. Jackson<br>Tatiana Delogramatic<br>Jessica Nwasike<br>**STRUCTURE LAW GROUP, LLP**<br>1801 Century Park E., Suite 475<br>Los Angeles, CA 90067<br>Telephone:  310.818.7500<br>Facsimile:   408.441.7501<br>Email:<br>tdelogramatic@structurelaw.com;<br>ajackson@structurelaw.com;<br>jnwasike@structurelaw.com | *Attorneys for*<br>GROOMORE, INC. and CHUNLIANG LIN |