JOYCE H. MA (SBN: 274140)
joyce.ma@cohenlawgroupla.com
**COHEN LAW GROUP**
1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067
Phone: (310) 443-2149

*Attorneys for Defendant*
SONGYUN LIU

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | **Case No.: 2:22-cv-02871-WLH-KSx**<br>*Assigned to Hon. Wesley L. Hsu*<br>*Magistrate Judge Hon Karen L. Stevenson.*<br><br>**[PROPOSED] ORDER ON DEFENDANT SONGYUN LIU'S REQUEST FOR REMOTE APPEARANCE TO HEARING ON PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Date:     April 12, 2024<br>Time:    1:30 p.m.<br>Dept.:    9B<br><br>Complaint: April 29, 2022<br>Trial:          June 18, 2024 |

///

///

///

## [PROPOSED] ORDER

On April 2, 2024, Defendant SONGYUN LIU ("Liu") filed a Request for Remote Appearance to Hearing on Plaintiff's Motion to Continue Mediation Completion Date. The Court, having considered the papers filed, **FIND** and **RULE** as follows:

1. Counsel for Defendant Liu has demonstrated good cause to appear remotely at the April 12, 2024 hearing on Plaintiff's Motion to Continue Mediation Completion Date (the "Hearing").

2. The Request for Remote Appearance to Hearing on Plaintiff's Motion to Continue Mediation Completion Date is **GRANTED**.

3. Counsel for Liu shall appear remotely at the Hearing via Zoom link posted on Judge Hsu's page of the United States District Court, Central District of California's website; or alternatively, _____.

**IT IS SO ORDERED.**

Dated: _____, 2024        By: _____
                                          Judge Wesley L. Hsu

# CERTIFICATE OF SERVICE

*Moement, Inc. v. Groomore, Inc. et al*
USDC Central District of California Case No. 2:22-cv-02871-WHL-KSx

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen (18) and not a party to the within action; my business address is 1901 Avenue of the Stars, Suite 200, Los Angeles, CA 90067

On April 2, 2024, I served the documents described as:

- **[PROPOSED] ORDER ON DEFENDANT SONGYUN LIU'S REQUEST FOR REMOTE APPEARANCE TO HEARING ON PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE**

on the interested parties listed below

[SEE ATTACHED SERVICE LIST]

☒   **VIA CM/ECF:** I hereby certify that on April 2, 2024 I electronically filed the foregoing document using the CM/ECF system. I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

_____
Jason Olesen

# SERVICE LIST

*Moement, Inc. v. Groomore, Inc. et al*
USDC Central District of California Case No. 2:22-cv-02871-WHL-KSx

| | |
|---|---|
| Brian A. Sun<br>Alesha M. Dominique<br>Ani H. Galoyan<br>Christopher K. Pelham<br>**NORTON ROSE FULBRIGHT US LLP**<br>555 South Flower St., 41st Floor<br>Los Angeles, CA 90071<br>Telephone:  213.892.9200<br>Facsimile:   213.892.9494<br>Email:<br>brian.sun@nortonrosefulbright.com;<br>alesha.dominique@nortonrosefulbright.com;<br>ani.galoyan@nortonrosefulbright.com;<br>christopher.pelham@nortonrosefulbright.com | *Attorneys for*<br>MOEMENT, INC. |
| Austin T. Jackson<br>Tatiana Delogramatic<br>Jessica Nwasike<br>**STRUCTURE LAW GROUP, LLP**<br>1801 Century Park E., Suite 475<br>Los Angeles, CA 90067<br>Telephone:  310.818.7500<br>Facsimile:   408.441.7501<br>Email:<br>tdelogramatic@structurelaw.com;<br>ajackson@structurelaw.com;<br>jnwasike@structurelaw.com | *Attorneys for*<br>GROOMORE, INC. and CHUNLIANG LIN |