Austin T. Jackson, Esq. (SBN: 312698)
*ajackson@structurelaw.com*
Jessica I. Nwasike, Esq. (SBN: 343087)
*jnwasike@structurelaw.com*
Tatiana Delogramatic, Esq. (SBN: 338193)
*tdelogramatic@structurelaw.com*
STRUCTURE LAW GROUP, LLP
1801 Century Park E., Suite 475
Los Angeles, CA 90067
Telephone: (310) 818-7500
Facsimile:  (408) 441-7501

Attorneys for Defendant
GROOMORE, INC. AND CHUNLIANG LIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | CASE NO. 22-cv-02871-WLH(KSx)<br><br>**DEFENDANTS GROOMORE, INC. AND CHUNLIANG LIN'S REQUEST TO APPEAR REMOTELY AT PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Date:     April 12, 2024<br>Time:    1:30 p.m.<br>Dept.:    9B<br>Judge:   Hon. Wesley L. Hsu |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Defendants Groomore, Inc. and Chunliang Lin ("Defendants"), by and through undersigned counsel of record, hereby request permission from the Court to appear telephonically or via videoconference to the hearing on Plaintiff Moement, Inc.'s ("Plaintiff") Motion to Continue Mediation Completion Date ("Motion"), scheduled to be heard on April 12, 2024 at 1:30 p.m., at the First Street Courthouse located at 350 W. 1st Street, Courtroom 9B, 9th

Floor, Los Angeles, California 90012.

In support of this request, Defendants state as follows:

1. Lead Counsel for Defendants, Mr. Austin Jackson, will be out of the state during the time in which this Hearing is scheduled to be held, as Mr. Jackson resides in Austin, Texas.

2. Mr. Jackson is expecting the birth of his child in late July/early August, and therefore is unable to travel during the period leading up to the birth of his child, as a necessary effort to support his pregnant wife and two young children, both of whom are under the age of five.

3. Mr. Jackson respectfully requests permission to be excused from personal attendance and to virtually attend MOEMENT INC.'s Motion hearing.

4. Defendant Liu joined the Opposition of Defendants GROOMORE, INC. and CHUNLIANG LIN.

Date: April 2, 2024                    STRUCTURE LAW GROUP, LLP

By: _____
Austin Jackson, Esq.
Jessica Nwasike, Esq.
Tatiana Delogramatic, Esq.
Attorneys for Defendant
GROOMORE, INC. AND
CHUNLIANG LIN