Austin T. Jackson, Esq. (SBN: 312698)
ajackson@structurelaw.com
Jessica I. Nwasike, Esq. (SBN: 343087)
jnwasike@structurelaw.com
Tatiana Delogramatic, Esq. (SBN: 338193)
tdelogramatic@structurelaw.com
STRUCTURE LAW GROUP, LLP
1801 Century Park E., Suite 475
Los Angeles, CA 90067
Telephone: (310) 818-7500
Facsimile:  (408) 441-7501

Attorneys for Defendant
GROOMORE, INC. AND CHUNLIANG LIN

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | CASE NO. 22-cv-02871-WLH(KSx)<br><br>**DEFENDANTS GROOMORE, INC. AND CHUNLIANG LIN'S REQUEST TO APPEAR REMOTELY AT PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE**<br><br>Date:   April 12, 2024<br>Time:  1:30 p.m.<br>Dept.:  9B<br>Judge:  Hon. Wesley L. Hsu |

Defendants Groomore, Inc. and Chunliang Lin ("Defendants") filed a request to appear remotely at the hearing on Plaintiff's Motion to Continue Mediation Date. The Court, having considered the papers filed, and on proof being made to the satisfaction of the Court, rule as follows:

1.  Counsel for Defendants have demonstrated good cause to appear remotely at the April 12, 2024 hearing on Plaintiff's Motion to Continue Mediation Completion Date (the "Hearing").

- 1 -
DEFENDANTS GROOMORE, INC. AND CHUNLIANG LIN'S REQUEST TO APPEAR REMOTELY AT PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE

2. The Request to Appear Remotely at Hearing on Plaintiff's Motion to Continue Mediation Completion Date is **GRANTED**.

3. Counsel for Defendants shall appear remotely at the Hearing via Zoom link posted on Judge Hsu's page of the United States District Court, Central District of California's website; or alternatively, _____.

IT IS SO ORDERED.

Dated: _____   _____
Hon. Wesley L. Hsu
Judge of the Superior Court

DEFENDANTS GROOMORE, INC. AND CHUNLIANG LIN'S REQUEST TO APPEAR REMOTELY AT PLAINTIFF'S MOTION TO CONTINUE MEDIATION COMPLETION DATE