CHRISTOPHER PELHAM (BAR NO. 241068)
ALESHA M. DOMINIQUE (BAR NO. 343275)
ANI H. GALOYAN (BAR NO. 329296)
ALEX SCANDROLI (BAR NO. 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alesha.dominique@nortonrosefulbright.com
ani.galoyan@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>[*Assigned to the Hon. Wesley L. Hsu; Courtroom 9B*]<br><br>**STIPULATION TO EXTEND FACT DISCOVERY DEADLINE TO ALLOW FOR 30(B)(6) DEPOSITION**<br><br>Action Filed: April 29, 2022<br>Current Fact Discovery Deadline: July 17, 2024<br>(Proposed) Fact Discovery Deadline: July 26, 2024 |

# STIPULATION TO EXTEND FACT DISCOVERY DEADLINE TO ALLOW FOR 30(B)(6) DEPOSITION

On June 3, 2024, Plaintiff Moement, Inc. ("Moement") and Defendants Groomore, Inc. ("Groomore") and Chunliang Lin ("Lin") stipulated to partially extend the fact discovery deadline from July 17, 2024 to July 26, 2024 solely for Defendants to take Moement's 30(b)(6) deposition. The parties therefore respectfully request the Court approve this stipulation pursuant to Fed. R. Civ. P. 29(b) and grant the requested extension. This request is timely brought in advance of the calendared deadline.

Good cause exists to extend the fact discovery deadline to allow this last deposition to occur. The parties have been diligently preparing the case for trial in recent months. Party depositions were noticed for June 2024, however, the depositions needed to be rescheduled to accommodate international travel, time zone differences (two deponents are in China), and counsel's limited availability due to a trial in June. With the exception of Moement's 30(b)(6) deposition, the parties were able to reschedule the other depositions to take place in July before the upcoming fact discovery cutoff.

Partially extending the fact discovery deadline by approximately one week for the sole purpose of allowing Moement's 30(b)(6) deposition to take place on or before July 26, 2024 will not delay the case from progressing to trial, and will cause no prejudice to any party.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: July 8, 2024

**NORTON ROSE FULBRIGHT US LLP**

/s/ Christopher Pelham

Christopher Pelham

Document Prepared on Recycled Paper

Alesha M. Dominique
Ani H. Galoyan
Alex Scandroli
Attorneys for Moement, Inc.

**LESOWITZ GEBELIN LLP**

<u>/s/ Steven Gebelin</u>
Steven Gebelin
Attorney for Defendants Groomore, Inc. and Chunliang Lin

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Christopher Pelham hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*