**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>[*Assigned to the Hon. Wesley L. Hsu; Courtroom 9B*]<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY DEADLINE TO ALLOW FOR 30(B)(6) DEPOSITION [105]** |

The Court, having considered the parties requested Stipulation to the Extend Fact Discovery Deadline to Allow 30(b)(6) Deposition and finding good cause therefor, hereby **GRANTS** the requested stipulation. The fact discovery deadline is continued from July 17, 2024, to **July 26, 2024**.

**IT IS SO ORDERED.**

DATED: July 16, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE