CHRISTOPHER PELHAM (BAR NO. 241068)
ALESHA M. DOMINIQUE (BAR NO. 343275)
ANI H. GALOYAN (BAR NO. 329296)
ALEX SCANDROLI (BAR NO. 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:   (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alesha.dominique@nortonrosefulbright.com
ani.galoyan@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>[*Assigned to the Hon. Wesley L. Hsu; Courtroom 9B*]<br><br>**STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT SONGYUN LIU WITH PREJUDICE**<br><br>Action Filed: April 29, 2022 |

# STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT SONGYUN LIU WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Moement, Inc. and Defendant Songyun Liu ("Liu") that all claims asserted against Liu in this action shall be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and expenses of suit. This dismissal shall not affect any claim asserted against any other party.

Dated:  August 2, 2024

**NORTON ROSE FULBRIGHT US LLP**

/s/Christopher Pelham
Christopher Pelham
Alesha M. Dominique
Ani H. Galoyan
Alex Scandroli
Attorneys for Moement, Inc.

**COHEN LAW GROUP**

/s/ Joyce H. Ma
Joyce Hahn Ma
Attorney for Defendant Songyun Liu

**LESOWITZ GEBELIN LLP**

/s/ Steven Gebelin
Steven Gebelin
Attorney for Defendants Chungliang Lin and Groomore, Inc.

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Christopher Pelham hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*