1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| MOEMENT, INC., a Delaware corporation, | Case No. 2:22-cv-02871-WLH (JEMx) |
|---|---|
| Plaintiff, | [*Assigned to the Hon. Wesley L. Hsu; Courtroom 9B*] |
| v. | |
| GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual, | **[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CLAIMS AGAINST DEFENDANT SONGYUN LIU WITH PREJUDICE** |
| Defendants. | |

1   The Court, having considered the parties' requested Stipulation to Dismiss
2   Claims Against Defendant Songyun Liu with Prejudice, and finding good cause
3   thereof, hereby **GRANTS** the requested stipulation.  The claims asserted against
4   Defendant Songyun Liu are hereby dismissed with prejudice, and Defendant Liu is
5   dismissed from this action.

7   **IT IS SO ORDERED.**

9   DATED: August ___, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE