CHRISTOPHER PELHAM (BAR NO. 241068)
ALESHA M. DOMINIQUE (BAR NO. 343275)
ANI H. GALOYAN (BAR NO. 329296)
ALEX SCANDROLI (BAR NO. 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alesha.dominique@nortonrosefulbright.com
ani.galoyan@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>    Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>[*Assigned to the Hon. Wesley L. Hsu; Courtroom 9B*]<br><br>**STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE TO ALLOW FOR EXPERT DEPOSITIONS**<br><br>Action Filed: April 29, 2022<br>Current Expert Discovery Deadline: August 14, 2024<br>(Proposed) Expert Discovery Deadline: August 30, 2024 |

# STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE TO ALLOW FOR EXPERT DEPOSITIONS

On August 5, 2024, Plaintiff Moement, Inc. ("Moement") and Defendants Groomore, Inc. ("Groomore") and Chunliang Lin ("Lin") stipulated to partially extend the expert discovery deadline from August 14, 2024 to August 30, 2024, solely for the parties to accommodate scheduling needs for expert depositions. The parties therefore respectfully request the Court approve this stipulation pursuant to Fed. R. Civ. P. 29(b) and grant the requested extension. This request is timely brought in advance of the calendared deadline.

Good cause exists to extend the expert discovery deadline to allow approximately two (2) additional weeks for expert depositions to occur. The parties have been diligently preparing the case for trial in recent months, and have completed fact discovery on time in early July. Thereafter, on July 31, 2024, the parties timely exchanged their initial expert disclosures. Moement has designated three (3) experts that it intends to rely upon at trial, while Defendants have designated one (1) expert and reserved its right to call rebuttal witnesses to provide expert testimony in response to Moement's designated experts.

The parties recognize that scheduling the depositions of four (4) experts in the approximately nine (9) business days between the initial disclosure date and the fact discovery cutoff date will be difficult. Several of Moement's experts, for example, already have depositions and hearings scheduled or are traveling during that time period.

Partially extending the expert discovery deadline solely to allow additional time for expert depositions to be taken will not delay the case from progressing to trial, and will cause no prejudice to any party.

///
///
///

**IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.**

Dated: August 5, 2024

**NORTON ROSE FULBRIGHT US LLP**

*/s/ Alex Scandroli*
Alex Scandroli

Attorney for Moement, Inc.

**LESOWITZ GEBELIN LLP**

*/s/ Steven Gebelin*
Steven Gebelin
Attorney for Defendants Groomore, Inc. and Chunliang Lin

*Filer's Attestation: Pursuant to Local Rule 5-4.3.4(a)(2)(i), Alex Scandroli hereby attests that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.*

- 3 -
STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE TO ALLOW FOR EXPERT DEPOSITIONS