DOCUMENT PREPARED ON RECYCLED PAPER

1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>        Plaintiff,<br><br>    v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>        Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>*[Assigned to the Hon. Wesley L. Hsu; Courtroom 9B]*<br><br>**[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND EXPERT DISCOVERY DEADLINE TO ALLOW FOR EXPERT DEPOSITIONS** |

1  The Court, having considered the parties requested Stipulation to the Extend
2  the Expert Discovery Deadline to Allow for Expert Depositions and finding good
3  cause thereof, hereby **GRANTS** the requested stipulation.  The expert discovery
4  deadline for completion of expert depositions is continued from August 14, 2024, to
5  **August 30, 2024**.

7  **IT IS SO ORDERED.**

9  DATED: August ___, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE