**LESOWITZ GEBELIN LLP**
Steven T. Gebelin (SBN 261507)
steven@lawbylg.com
8383 Wilshire Boulevard, Suite 800
Beverly Hills, CA 90211
Telephone: (310) 341-3072
Facsimile:  (310) 341-3070

Attorneys for Defendants
*Groomore, Inc. and Chunliang Lin*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH-KS<br><br>[Assigned to the Hon. Wesley L. Hsu; Courtroom 9B]<br><br>**DEFENDANTS' AMENDED NOTICE OF MOTION TO EXCLUDE OPINIONS FROM PLAINTIFF'S RETAINED DAMAGES EXPERT MARYELLEN SEBOLD REGARDING (1) "LOST PROFITS"; (2) "COSTS ATTRIBUTABLE TO THE DEVELOPMENT OF MOEGO"; and (3) "REASONABLE ROYALTY";**<br>**[PUBLIC REDACTED]**<br>**MEMORANDUM IN SUPPORT THEREOF FILED CONCURRENTLY**<br><br>Judge: Hon. Wesley L. Hsu<br>Date:   October 18, 2024<br>Time:  1:30 pm<br>Ctrm:           9B |

# MOTION AND AMENDED NOTICE OF MOTION

**TO ALL PARTIES AND COUNSEL OF RECORD:**

**NOTICE IS HEREBY GIVEN** that on **October 18[1], 2024**, at 1:30 p.m., or as soon thereafter as may be heard by the above-entitled Court, located at 350 W. 1st Street, Los Angeles, CA. 90012 - Courtroom 9B, 9th Floor, Defendants Groomore, Inc. ("Groomore") and Chunliang Lin ("Lin") (collectively "Defendants") will and hereby do move for the Court to exclude Plaintiff Moement, Inc. ("Plaintiff" or "Moement") from offering at trial or for any other purpose:

(1) Any opinions from Plaintiff's retained damages expert Maryellen Sebold (whether through testimony, documentary evidence, reference by other witnesses, etc.) regarding "Lost Profits" (*see* Deposition Exh. 154 (Sebold Report) and/or 155 (Sebold Supplemental Report), ¶¶ 10, 43-97, 118, Section E, and any supporting schedules),

(2) Any opinions from Plaintiff's retained damages expert Maryellen Sebold (whether through testimony, documentary evidence, reference by other witnesses, etc.) regarding "Costs Attributable to the Development of MoeGo" (*see* Deposition Exh. 154 (Sebold Report) and/or 155 (Sebold Supplemental Report), ¶¶ 11, 100-108, 119,, Section "G", and any supporting schedules);

(3) Any opinions from Plaintiff's retained damages expert Maryellen Sebold (whether through testimony, documentary evidence, reference by other witnesses, etc.) regarding "Reasonable Royalty for Defendants' Breach" (*see* Deposition Exh. 154 (Sebold Report) and/or 155 (Sebold Supplemental Report), ¶¶ 14 112-116, Section I, and any supporting schedules); and

---

[1] Pursuant to the Court's Scheduling Notice and Order at Dkt. No. 126, the hearing on the motion is set for October 18, 2024, but briefing deadlines are to remain based on a hearing date of October 11, 2024 as set forth in Dkt. No 122.

*Moement Inc. v. Groomore Inc., et al..*  
USDC, Case No. 2:22-cv-02871-WLH (KS)  
1  
**Defendants' Amended Notice of Motion to Exclude Certain Expert Opinions of Plaintiff's Expert Maryellen Sebold**

(4) Any alternative testimony, documents, or other evidence regarding any categories of damages or profits or any other topics that the Court excludes Maryellen Sebold from testifying regarding.

This Motion is brought under Federal Rules of Evidence 104(a), 701, 702, and 703; *Daubert v. Merrell Dow Pharmaceuticals, Inc.*, 509 US 579 (1993); *Kumho Tire Co., Ltd. v. Carmichael*, 526 US 137 (1999); Federal Rule of Civil Procedure 26(a)(1)(A)(iii) and 26(a)(2)(B)(i), and any other applicable authority. These categories of opinions proffered by Ms. Sebold used deeply flawed methodology, are unreliable, not properly grounded or well-reasoned, and are unduly speculative. These opinions and the work of Ms. Sebold fail the standards laid out in *Daubert* and *Kumho Tire* and other applicable authorities.

Ms. Sebold is the only expert witness that Plaintiff has designated in this case to provide opinions regarding the damages relating to the claims at issue in this case. It would be inappropriate for Plaintiff to attempt to elicit testimony regarding excluded categories from another witness.

This motion seeking exclusion of certain categories of expert opinions is not a de facto summary judgment motion because Defendants are not moving to exclude all of Plaintiff's potential evidence of damages, or even all of Ms. Sebold's opinions expressed in her expert report, but only the categories of opinions that are too unreliable to present at trial.

This motion is made following the conference of counsel pursuant to L.R. 7-3 which took place on August 23, 2024 and August 27, 2024.  Counsel for Plaintiff and Defendants discussed their respective motions challenging expert testimony, and opposing counsel did not agree to withdraw the challenged opinions.

This motion is based upon this Notice of Motion and Motion, the accompanying Memorandum of Points and Authorities, the Declaration of Steven T. Gebelin, all pleadings and papers on file in this action, upon all matters upon which

1 the Court may take judicial notice, and any evidence and argument that may be
2 provided at the hearing.
3     Filed herewith is a public redacted version of the memorandum in
4 support of the motion that was previously filed provisionally underseal at Dkt.
5 No. 117, with the addition of a coverpage indicating its status as a redacted
6 document and the new hearing date pursuant to the Court's orders at Dkt. No.
7 122 and 126. Public redacted versions of the the Gebelin Declaration were
8 previously filed at Dkt. No. 118 and further redatcted exhibits at Dkt. No.121.

10 Dated: September 13, 2024       /s/ *Steven T. Gebelin*
11           Attorney and Partner
          For Lesowitz Gebelin LLP, Counsel for Defendants

*Moement Inc. v. Groomore Inc., et al..*
USDC, Case No. 2:22-cv-02871-WLH (KS)
3
**Defendants' Amended Notice of Motion to Exclude Certain Expert Opinions of Plaintiff's Expert Maryellen Sebold**