1  CHRISTOPHER PELHAM (BAR NO. 241068)
   ALEX SCANDROLI (BAR NO. 345278)
2  **NORTON ROSE FULBRIGHT US LLP**
   555 South Flower Street
3  Forty-First Floor
   Los Angeles, California  90071
4  Telephone:   (213) 892-9200
   Facsimile:    (213) 892-9494
5  christopher.pelham@nortonrosefulbright.com
   alex.scandroli@nortonrosefulbright.com
6
   Attorneys for Plaintiff
7  MOEMENT, INC.

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11  MOEMENT, INC., a Delaware          Case No. 2:22-cv-02871-WLH (JEMx)
    corporation,
12                                     *[Assigned to the Hon. Wesley L. Hsu;*
                   Plaintiff,          *Courtroom 9B]*
13        v.
                                       **DECLARATION OF**
14  GROOMORE, INC., a Delaware         **CHRISTOPHER PELHAM IN**
    corporation, CHUNLIANG LIN,        **SUPPORT OF PLAINTIFF**
15  an individual, JIE ZHANG,          **MOEMENT, INC.'S OPPOSITION**
    an individual, and SONGYUN LIU,    **TO DEFENDANTS' MOTION** *IN*
16  an individual,                     *LIMINE* **NO. 1**

17                 Defendant.

18                                     Action Filed: April 29, 2022
                                       In Limine Deadline: October 25, 2024
19                                     Final Pretrial Conference: Nov. 22, 2024
                                       Trial: December 9, 2024
20

21

22

23

24

25

26

27

28

DOCUMENT PREPARED
ON RECYCLED PAPER

                              - 1 -          2:22-cv-02871-WLH

## <u>DECLARATION OF CHRISTOPHER PELHAM</u>

I, Christopher Pelham, declare:

1.    I am an attorney admitted to practice in the State of California and before this Court, and I am a partner at the law firm of Norton Rose Fulbright US LLP, lead counsel of record for Plaintiff Moement, Inc. ("Plaintiff").  I make this declaration in support of

2.    Attached hereto as **Exhibit A** is a true and correct copy of Plaintiff's supplemental interrogatory responses.

3.    Attached hereto as **Exhibit B** is a true and correct copy of Plaintiff's supplemental initial disclosures.

4.    Attached hereto as **Exhibit C** is a true and correct copy of select excerpts from the deposition of Plaintiff's forensics expert Willis McDonald.

5.    Attached hereto as **Exhibit D** is a true and correct copy of the expert report of Willis McDonald, also known as the Nisos Report.

6.    During fact and expert discovery, Defendants' counsel made no request for Plaintiff to produce the physical ESI data from the work laptop used by defaulting co-defendant Jie Zhang, nor did Defendants' counsel request inspection of the laptop for expert analysis.

7.    Defendants' counsel deposed Moement's Chief Executive Officer and 30(b)(6) witness on July 12 and July 23, 2024.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 1st day of November 2024, at Los Angeles, California.


*/s/ Christopher Pelham*
Christopher Pelham

# Exhibit A

CHRISTOPHER PELHAM (BAR NO. 241068)
ALESHA M. DOMINIQUE (BAR NO. 343275)
ANI H. GALOYAN (Bar No. 329296 )
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone:   (213) 892-9200
Facsimile:   (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alesha.dominique@nortonrosefulbright.com
ani.galoyan@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>*[Assigned to the Hon. Wesley L. Hsu; Courtroom 9B]*<br><br>**PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT GROOMORE, INC.'S FIRST SET OF INTERROGATORIES**<br><br>Action Filed: April 29, 2022 |

PROPOUNDING PARTY:     GROOMORE, INC.

RESPONDING PARTY:     MOEMENT, INC.

SET NO.:     One

- 1 -

DOCUMENT PREPARED
ON RECYCLED PAPER

Plaintiff Moement, Inc. ("Responding Party" or "Plaintiff") hereby supplements its responses to the First Set of Interrogatories propounded by Defendant GrooMore, Inc. ("Propounding Party" or "Defendant").

## **PRELIMINARY STATEMENT**

The following responses are based upon information and documents presently available and known by Responding Party after diligent search and reasonable inquiry. Responding Party's discovery, investigation, and preparation for trial have not yet been completed as of the date of these responses.  Responding Party expressly reserves the right to conduct further discovery and investigation for information which, if presently within Responding Party's knowledge, would have been included in these responses.  Responding Party specifically reserves the right to present additional information and documents as may be disclosed through continuing discovery and investigation, and Responding Party assumes no obligation to supplement or amend these responses to reflect information or documents discovered following the date of these responses.

These responses are neither intended as, nor shall in any way be deemed, an admission or representation that further information or documents relevant to the subject matter of the request do not exist.  Furthermore, these responses are given without prejudice to Responding Party's right to use or rely on at any time, including trial, subsequently discovered materials.  Similarly, by responding to the categories herein, Responding Party does not in any way admit possession of any additional responsive information or documents.

Specific objections to each request are made on an individual basis in Responding Party's responses below.  In addition, Responding Party makes certain general objections to the requests which are set forth below. These general objections are hereby incorporated by reference into the response made with respect to each and every request.  For particular emphasis, Responding Party has, from time to time,

DOCUMENT PREPARED ON RECYCLED PAPER

included one or more of the general objections in the responses below.  Responding Party's response to each individual request is submitted without prejudice to, and without in any respect waiving, any general objections not expressly set forth in that response.  Accordingly, the inclusion in any response below of any specific objection to a request is neither intended as, nor shall in any way be deemed, a waiver of any general objection or of any other specific objection made herein or that may be asserted at a later date.  In addition, the failure to include at this time any general objection or specific objection to a particular request is neither intended as, nor shall be in any way deemed, a waiver of Responding Party's rights to assert that or any other objection at a later date.

To the extent that Responding Party provides information pursuant to these requests, Responding Party does not concede the relevancy of such information to this action, nor does it concede that such information must be used for any purpose in any other action, lawsuit, or proceeding.  Responding Party expressly reserves the right to object to further discovery into the subject matter of the requests.

## <u>GENERAL OBJECTIONS</u>

1.    Responding Party objects to the Propounding Party's interrogatories on the ground that, and to the extent that, they purport to impose requirements upon Responding Party beyond those authorized by the Federal Rules of Civil Procedure and otherwise fail to comport with the requirements of those rules.

2.    Responding Party objects to the definitions to the extent that they fail to comply with the Federal Rules of Civil Procedure or place undue burden on Responding Party.

3.    Responding Party objects to Propounding Party's interrogatories to the extent that they seek information obtainable from other sources that are more convenient and less burdensome or are equally available to Propounding Party.

4.    Responding Party objects to Propounding Party's interrogatories to the

DOCUMENT PREPARED ON RECYCLED PAPER

extent they seek information which was prepared, generated, or received in anticipation of or after the commencement of this litigation and to the extent they seek information which is subject to the attorney-client privilege, the attorney work-product doctrine, or any other applicable privilege, privacy right, or rule of confidentiality which precludes or limits production or disclosure of information. Inadvertent disclosure of such information shall not constitute a waiver of any privilege, or any basis for objecting to discovery, or the right of Responding Party to object to the use of any document or information inadvertently disclosed.

5. Responding Party objects to Propounding Party's interrogatories on the grounds that, and to the extent that, they are overbroad, unduly burdensome and calculated to vex, harass, or annoy.

6. Responding Party objects to Propounding Party's interrogatories on the grounds that, and to the extent that, they seek information that is neither relevant to the subject matter of this action nor reasonably calculated to lead to the discovery of admissible evidence.

7. Responding Party objects to these interrogatories on the grounds that they seek private or confidential information, including such information pertaining to third parties.

8. Responding Party objects to the definition of the term "YOU" on the grounds that, and to the extent that, the requests using this term seek information protected by the attorney-client privilege and work product doctrine.

9. Responding Party objects to the definition of the term "IDENTIFY" on the grounds that, and to the extent that, the interrogatories using this term seek to invade the right to privacy or seek confidential information.

Subject to the foregoing Preliminary Statement and General Objections, which are incorporated into each response to below, Responding Party responds as follows:

DOCUMENT PREPARED ON RECYCLED PAPER

## **SUPPLEMENTAL RESPONSES TO INTERROGATORIES**

**INTERROGATORY NO. 2:**

IDENTIFY any and all PERSONS working for YOU in the time period from 2020 through 2021 who had access to the Moego v.1 backend source code.

**RESPONSE TO INTERROGATORY NO. 2**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, is unduly burdensome, seeks to invade the right to privacy, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 2:**

Ethan Dong, Junbao Yang, Emma Chen, Chunliang Lin, Jie Zhang, and Pengcheng Cai.

**INTERROGATORY NO. 5:**

IDENTIFY any and all PERSONS who served on YOUR Information Security team in the period from 2020 through 2021.

**RESPONSE TO INTERROGATORY NO. 5**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is unduly burdensome, seeks to invade the right to privacy, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 5:**

Ethan Dong, Junbao Yang, Emma Chen, and Pencheng Cai.

**INTERROGATORY NO. 6:**

Describe the means by which YOUR Information Security team "monitors [Moement's] systems for suspicious activity."

DOCUMENT PREPARED ON RECYCLED PAPER

**RESPONSE TO INTERROGATORY NO. 6**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is unduly burdensome, seeks confidential, proprietary, and/or trade secret information, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 6:**

The Information Security team uses GitHub, Google Workspace as its Cloud Provider, Version Control System, and Identity Provider respectively. All of these platforms have detailed activity/audit logs that the team can and does review.

**INTERROGATORY NO. 7:**

Describe all the occasions, including dates and the computer systems and files affected, when YOUR Information Security team detected "suspicious activity" which YOU attribute to Defendant Lin.

**RESPONSE TO INTERROGATORY NO. 7**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, is unduly burdensome, seeks confidential, proprietary, and/or trade secret information, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 7:**

Moement is aware of activity by the Defendants to misappropriate its backend source code, in the time period of 2020-2022, all of which is attributable to Defendant Lin.  Moement began noticing unlawful activity by the Defendants in early 2021, when it noted similarities between the Moement and Groomore platforms.  Following that, Moement has collected evidence of (1) unauthorized copying of Moego's v.1

DOCUMENT PREPARED ON RECYCLED PAPER

backend web-based source code by defendant Zhang (the "MoeGo Source Code") in 2020, (2) unauthorized uploads of the MoeGo Source Code to a repository at Gitee by defendant Zhang in 2020, (3) apparent discussions with/consulting work for companies unrelated to MoeGo by defendant Zhang in 2020, (4) a reference to Moement ("MoeGo Online Booking") present in Groomore's code base in 2021, which was subsequently deleted, and (5) inclusion of Google map and calendar certificates in Groomore's code base, no later than in 2022.  Evidence of these activities is present in, among other places, a company laptop that was used by Defendant Zhang (which is still in the company's possession) and Groomore's code base.

**INTERROGATORY NO. 8:**

Describe all the occasions, including dates and the computer systems and files affected, when YOUR Information Security team detected "suspicious activity" which YOU attribute to GROOMORE.

**RESPONSE TO INTERROGATORY NO. 8**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, is unduly burdensome, seeks confidential, proprietary, and/or trade secret information, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 8:**

Moement is aware of activity by the Defendants to misappropriate its backend source code, in the time period of 2020-2022, all of which is attributable to Defendant Lin.  Moement began noticing unlawful activity by the Defendants in early 2021, when it noted similarities between the Moement and Groomore platforms.  Following that, Moement has collected evidence of (1) unauthorized copying of Moego's v.1

- 7 -

DOCUMENT PREPARED ON RECYCLED PAPER

backend web-based source code by defendant Zhang (the "MoeGo Source Code") in 2020, (2) unauthorized uploads of the MoeGo Source Code to a repository at Gitee by defendant Zhang in 2020, (3) apparent discussions with/consulting work for companies unrelated to MoeGo by defendant Zhang in 2020, (4) a reference to Moement ("MoeGo Online Booking") present in Groomore's code base in 2021, which was subsequently deleted, and (5) inclusion of Google map and calendar certificates in Groomore's code base, no later than in 2022. Evidence of these activities is present in, among other places, a company laptop that was used by Defendant Zhang (which is still in the company's possession) and Groomore's code base.

**INTERROGATORY NO. 10:**

Describe all the occasions, including dates and the computer systems and files affected, when YOU contend Defendant Lin accessed, crawled and downloaded copyrighted materials from YOUR server in 2021.

**RESPONSE TO INTERROGATORY NO. 10**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, is unduly burdensome, seeks confidential, proprietary, and/or trade secret information, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 10:**

Moement is aware of activity by the Defendants to misappropriate its backend source code, in the time period of 2020-2022, all of which is attributable to Defendant Lin. Moement began noticing unlawful activity by the Defendants in early 2021, when it noted similarities between the Moement and Groomore platforms. Following that, Moement has collected evidence of (1) unauthorized copying of Moego's v.1

- 8 -

DOCUMENT PREPARED ON RECYCLED PAPER

backend web-based source code by defendant Zhang (the "MoeGo Source Code") in 2020, (2) unauthorized uploads of the MoeGo Source Code to a repository at Gitee by defendant Zhang in 2020, (3) apparent discussions with/consulting work for companies unrelated to MoeGo by defendant Zhang in 2020, (4) a reference to Moement ("MoeGo Online Booking") present in Groomore's code base in 2021, which was subsequently deleted, and (5) inclusion of Google map and calendar certificates in Groomore's code base, no later than in 2022. Evidence of these activities is present in, among other places, a company laptop that was used by Defendant Zhang (which is still in the company's possession) and Groomore's code base.

**INTERROGATORY NO. 11:**

Describe all the occasions, including dates and the computer systems and files affected, when PERSONS YOU contend were working for GROOMORE accessed, crawled, and downloaded copyrighted materials from YOUR server in 2021.

**RESPONSE TO INTERROGATORY NO. 11**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, is unduly burdensome, seeks confidential, proprietary, and/or trade secret information, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 11:**

Moement is aware of activity by the Defendants to misappropriate its backend source code, in the time period of 2020-2022, all of which is attributable to Defendant Lin. Moement began noticing unlawful activity by the Defendants in early 2021, when it noted similarities between the Moement and Groomore platforms. Following that, Moement has collected evidence of (1) unauthorized copying of Moego's v.1

DOCUMENT PREPARED ON RECYCLED PAPER

backend web-based source code by defendant Zhang (the "MoeGo Source Code") in 2020, (2) unauthorized uploads of the MoeGo Source Code to a repository at Gitee by defendant Zhang in 2020, (3) apparent discussions with/consulting work for companies unrelated to MoeGo by defendant Zhang in 2020, (4) a reference to Moement ("MoeGo Online Booking") present in Groomore's code base in 2021, which was subsequently deleted, and (5) inclusion of Google map and calendar certificates in Groomore's code base, no later than in 2022.  Evidence of these activities is present in, among other places, a company laptop that was used by Defendant Zhang (which is still in the company's possession) and Groomore's code base.

**INTERROGATORY NO. 12:**

If YOU contend that it is impossible that GROOMORE could develop a product competing with Moego within four months of development time without the inclusion of material copied from YOUR source code, IDENTIFY any and all PERSONS with information RELATING TO this contention.

**RESPONSE TO INTERROGATORY NO. 12**

Objection. This interrogatory is vague and ambiguous, is overly broad as to scope, is compound, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In addition, this interrogatory is premature and seeks information that is equally available to Propounding Party and that Propounding Party and other parties/non-parties have not yet provided in response to Responding Party's requests. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 12:**

Ethan Dong, Chunliang Lin.

DOCUMENT PREPARED ON RECYCLED PAPER

**INTERROGATORY NO. 14:**

Describe the features of YOUR software which YOU contend could not be replicated by competing software without the inclusion of material from YOUR source code.

**RESPONSE TO INTERROGATORY NO. 14**

Objection. This interrogatory is vague and ambiguous, is overly broad as to scope, is compound, seeks confidential, proprietary, and/or trade secret information, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. In addition, this interrogatory is premature and seeks information that is equally available to Propounding Party and that Propounding Party and other parties/non-parties have not yet provided in response to Responding Party's requests. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 14:**

Plaintiff's trade secrets provide function, integration, and design logic on which the user interface and experience of the Moego website depends. Those trade secrets, if disclosed, would allow a competitor to replicate aspects of the Moego user experience without the need for designing and programming those elements, as well as the need to undergo the same amount of troubleshooting, experimenting, and planning. These elements could not be replicated in as short an amount of time as Groomore did without misappropriation and misapplication of Plaintiff's trade secrets.

**INTERROGATORY NO. 18:**

If YOU contend that Defendant Lin was under an obligation to refrain from founding a company that would compete with YOU, list any and all facts upon which you base this contention.

- 11 -

DOCUMENT PREPARED ON RECYCLED PAPER

**RESPONSE TO INTERROGATORY NO. 18**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 18:**

Defendant Lin signed an Independent Contractor Agreement with Moement dated 1/1/2018 (MOEMENT000007 – MOEMENT000014), which provides "during the Term, [LIN] shall not be engaged in any business activities that do or may compete with the business of Moement." Defendant Lin also had a duty to disclose his services for a direct competitor under his Founder Advisor Agreement with Moement, executed 06/26/2017 (MOEMENT000001 - MOEMENT000006). Section 11 of that document, titled "No Conflicts," provides, in part, "Advisor agrees that, during the term of this Agreement, Advisor shall promptly notify the Company in writing of any direct competitor of the Company which Advisor is also performing services."

**INTERROGATORY NO. 19:**

IDENTIFY the PERSONS that YOU have lost as customers to GROOMORE since the launch of GROOMORE'S competing products.

**RESPONSE TO INTERROGATORY NO. 19**

Objection. This interrogatory seeks confidential and/or trade secret information and seeks to invade the right to privacy. In addition, this interrogatory is premature and seeks information that is equally available to Propounding Party and that Propounding Party and other parties/non-parties have not yet provided in response to Responding Party's requests. Responding Party cannot respond to this interrogatory as presently framed.

DOCUMENT PREPARED ON RECYCLED PAPER

**SUPPLEMENTAL RESPONSE TO NO. 19:**

Plaintiff will provide or identify documents in response to this Interrogatory.

**INTERROGATORY NO. 20:**

For each PERSON that YOU listed in YOUR response to the preceding Interrogatory, state how much lost revenue you attribute to the loss of the customer.

**RESPONSE TO INTERROGATORY NO. 20**

Objection. This interrogatory seeks confidential and/or trade secret information and seeks information protected by the attorney-client privilege and work product doctrine. In addition, this interrogatory is premature and seeks information that is equally available to Propounding Party and that Propounding Party and other parties/non-parties have not yet provided in response to Responding Party's requests. Responding Party cannot respond to this interrogatory as presently framed.

**SUPPLEMENTAL RESPONSE TO NO. 20:**

Plaintiff will provide or identify documents in response to this Interrogatory.

**INTERROGATORY NO. 21:**

Describe all the occasions before June 5, 2020, including dates, the computer systems and files affected, and any PERSONS identified as suspects, when PERSONS other than YOUR employees or contractors downloaded portions of YOUR backend source code.

**RESPONSE TO INTERROGATORY NO. 21**

Objection. This interrogatory is vague and ambiguous, is overly broad as to time and scope, is compound, seeks confidential, proprietary, and/or trade secret information, seeks to invade the right to privacy, seeks information that is protected by the attorney-client privilege and work product doctrine, and seeks information that is neither relevant nor reasonably calculated to lead to the discovery of admissible evidence.

- 13 -

DOCUMENT PREPARED ON RECYCLED PAPER

**SUPPLEMENTAL RESPONSE TO NO. 21:**

Plaintiff is not aware of any of these activities occurring before June 5, 2020.

**INTERROGATORY NO. 22:**

For each response to the concurrently served Requests for Admissions, Set One that is not an unqualified admission, state all facts upon which YOU base YOUR response.

**RESPONSE TO INTERROGATORY NO. 22**

Objection. This interrogatory is compound, seeks confidential, proprietary, and/or trade secret information, seeks to invade the right to privacy, seeks information that is protected by the attorney-client privilege and work product doctrine, and, as framed, exceeds the number of interrogatories permitted by the Federal Rules.

**SUPPLEMENTAL RESPONSE TO NO. 22:**

These facts are incorporated in Plaintiff's responses to those Requests for Admission.

**INTERROGATORY NO. 23:**

For each response to the concurrently served Requests for Admissions, Set One that is not an unqualified admission, IDENTIFY all DOCUMENTS containing information upon which YOU base YOUR response.

**RESPONSE TO INTERROGATORY NO. 23**

Objection. This interrogatory is compound, seeks confidential, proprietary, and/or trade secret information, seeks to invade the right to privacy, seeks information that is protected by the attorney-client privilege and work product doctrine, and, as framed, exceeds the number of interrogatories permitted by the Federal Rules.

**SUPPLEMENTAL RESPONSE TO NO. 23:**

Where appropriate, these documents are referenced in Plaintiff's responses to

- 14 -

DOCUMENT PREPARED ON RECYCLED PAPER

those Requests for Admission.


Dated:       June 20, 2024              **NORTON ROSE FULBRIGHT US LLP**
                                        CHRISTOPHER PELHAM
                                        ALESHA M. DOMINIQUE
                                        ANI H. GALOYAN


By _____
     CHRISTOPHER PELHAM
     Attorney for Plaintiff
     MOEMENT, INC.

DOCUMENT PREPARED
ON RECYCLED PAPER

PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT GROOMORE, INC.'S
FIRST SET OF INTERROGATORIES

# VERIFICATION

I have read the foregoing **PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL RESPONSES TO DEFENDANT GROOMORE, INC.'S FIRST SET OF INTERROGATORIES** and know its contents.

I am an officer of Moement, Inc., a party to this action, and am authorized to make this verification for and on its behalf, and I make this verification for that reason. The matters stated in the foregoing document are true of my own knowledge except as to those matters which are stated on information and belief, and as to those matters I believe them to be true.

Executed on June 19 2024, at _Shenzhen, China_.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Yi Dong

---

**VERIFICATION**

1

**PROOF OF SERVICE**

2

I, Charlene Douesnard, state:

3

My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, CA

4

90071.  I am over the age of eighteen years and not a party to this action.  On the date set forth below, I served the foregoing document(s) described as:

5

**PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL RESPONSES TO**

6

**DEFENDANT GROOMORE, INC.'S FIRST SET OF INTERROGATORIES**

7

on the following interested parties in this action:

8

Steven Gebelin, Esq.                *Attorneys for Defendants*
**LESOWITZ GEBELIN, LLP**            GROOMORE, INC. and

9

8383 Wilshire, Blvd., Suite 800      CHUNLIANG LIN

10

Beverly Hills, CA 90211
Tel: (310) 341-3072

11

Email: steven@lawbylg.com

12

Joyce H. Ma, Esq.                   *Attorneys for Defendant*
**COHEN LAW GROUP**                  SONGYUN LIU

13

1901 Avenue of the Stars, Suite 200

14

Los Angeles, CA 90067
Tel: (310) 443-2149

15

Email: Joyce.Ma@cohenlawgroupla.com

16

17

18

19

20

21

☒     BY FIRST CLASS MAIL:  I am employed in the City and County of Los Angeles

22

where the mailing occurred.  I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage

23

fully paid.  I placed the envelope or package for collection and mailing, following our ordinary business practice.  I am readily familiar with this firm's practice for

24

collecting and processing correspondence for mailing.  On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary

25

course of business with the United States Postal Service.

26

☒     BY ELECTRONIC MAIL SERVICE:  I served the document(s) identified above by sending them in electronic format to the email addresses listed above.

27

☐     BY OVERNIGHT DELIVERY:  I enclosed the document(s) identified above in a

28

sealed envelope or package addressed to the person(s) listed above, in an envelope

1

PROOF OF SERVICE

or package designated by the overnight delivery carrier with delivery fees paid or provided for.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on June 20, 2024, at Los Angeles, California.

_____

Charlene Douesnard

PROOF OF SERVICE

Exhibit B

CHRISTOPHER PELHAM (BAR NO. 241068)
ALESHA M. DOMINIQUE (BAR NO. 343275)
ANI H. GALOYAN (BAR NO. 329296)
ALEX SCANDROLI (BAR NO. 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alesha.dominique@nortonrosefulbright.com
ani.galoyan@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

# IN THE UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>*[Assigned to the Hon. Wesley L. Hsu; Courtroom 9B]*<br><br>**PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES**<br><br><br>Action Filed: April 29, 2022<br>Initial Disclosures: February 27, 2023 |

DOCUMENT PREPARED
ON RECYCLED PAPER

- 1 -

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Moement, Inc. ("Plaintiff" or "Moement") hereby makes the following supplementation to its Initial Disclosures in the above-captioned matter.  This supplementation is made upon reasonable and good faith inquiry and information now known and reasonably available to Plaintiff.  Plaintiff's investigation of this matter is ongoing, and Plaintiff reserves the right to further amend or supplement its Initial Disclosures, as well as other discovery responses, pursuant to Federal Rule of Civil Procedure 26(e).  Plaintiff further reserves the right to rely on additional witnesses and documents it discovers through its continuing investigation and discovery, as well as the right to rely on witnesses and documents that are identified in Defendants' initial disclosures.

These disclosures are made expressly subject to and without waiving any applicable privileges or exemptions from discovery, including but not limited to the attorney-client privilege and work product doctrine.  In addition, the following disclosures are made subject to and without waiving: (i) any objections as to competency, relevancy, materiality, or admissibility in any subsequent proceedings or the trial of this or any other action; (ii) the right to object to the use of these disclosures in any subsequent proceedings or the trial of this or any other action; and (iii) the right to object to any demand for further disclosures or to other discovery involving or relating to the subject matter of these disclosures.

I.    **INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION ON WHICH PLAINTIFF MAY RELY IN SUPPORTING CLAIMS**

Pursuant to Rule 26(a)(1)(A)(i), Plaintiff discloses the following individuals likely to have discoverable information that Plaintiff may use to support its claims in this action:

| Name | Address/Telephone | Subject of Information |
|---|---|---|
| Plaintiff Moement,Inc. | Contact through Plaintiff's counsel | All potential claims and defenses. |
| Shenzhen MengshiTech Ltd. | Contact through Plaintiff's counsel | All potential claims and defenses. |
| Manman (Emma) Chen | Contact through Plaintiff's | All potential claims and defenses. |
| Junbao Yang | Contact through Plaintiff'scounsel | All potential claims and defenses. |
| Wei (Fiona) Zhang | Contact through Plaintiff's counsel | All potential claims and defenses. |
| Pengcheng Cai | Contact through Plaintiff's counsel | All potential claims and defenses. |
| Defendant GrooMore, Inc. ("GrooMore") | Contact through Defendant'scounsel | All potential claims and defenses. |
| Defendant Chunliang Lin("Lin") | Contact through Defendant's counsel | All potential claims and defenses. |
| Defendant Jie Zhang("Zhang") | Room 605a, 6th Floor, Zhongdian Lighting Building,Nanshan District, Shenzhen, Guangdong Province, P.R. China | All potential claims and defenses. |
| Defendant SongyunLiu ("Liu") | Room 301, Building 1, Jintian Garden, No. 468, Haide 2nd Road, NanshanDistrict, Shenzhen, Guangdong Province, P.R. China 518054 | All potential claims and defenses. |

DOCUMENT PREPARED ON RECYCLED PAPER

| GitHub | 88 Colin P Kelly Junior StreetSan Francisco, CA 94107 (877) 448-4820 | Evidence that Defendant Zhang downloaded a copy of the Moego v.1 backend source code from Plaintiff's server and stored it in his GitHub account. |
|---|---|---|
| Google | 1600 Amphitheatre ParkwayMountain View, CA 94043 (650) 253-0000 | Evidence that GrooMore published its mobile applicationson Google Play; GrooMore's YouTube tutorial video showingGrooMore's software embeddeda Moego Apple Push Notification service (APNs) certificate file; GrooMore's software used a Google Map keyuniquely assigned to Plaintiff. |
| Apple | One Apple Park WayCupertino, CA 95014 | Evidence that GrooMore published its mobile applications |
| Connor Collett | 540 Trinity Lane, Apartment 4304, St. Petersburg, Florida 33716-1320 | Evidence relating to GrooMore's marketing practices and strategies, use of Moement's confidential and proprietary materials, and GrooMore's customer development. |
| Yuan Jiaming (a/k/a Zoe) | Room 303, No. 241, Heshui Road, Xigu District, Lanzhou City, Gansu Province | Evidence that Defendants Zhang and Lin solicited Moement employees after resigning from Moement. |
| Zheng Yang | Wuyang River Avenue, Guanzheng Town, Shibing County, Guizhou | Evidence that Defendants Zhang and Lin solicited Moement employees after resigning from Moement. |
| Teri Jones | Contact through Plaintiff's counsel | Evidence that Groomore solicited Moego customers and made disparaging |

- 4 -

DOCUMENT PREPARED ON RECYCLED PAPER

| | | comments concerning Moement's business practices and Moego's features. |
|---|---|---|
| Full Calendar, LLC | 14 Forrest Road, Randolph, New Jersey 07869-4328 | Evidence that Defendants Zhang and Lin misappropriated technologies specifically licensed to Moement. |

Plaintiff further reserves the right to rely on the testimony of: (i) any other individual identified in any other party's disclosures in this action; (ii) any person identified in discovery responses or documents produced in this case; (iii) any person necessary to authenticate documents; (iv) any person identified in any pleading filed by any party to this action; and (v) Plaintiff's experts and experts of other parties to this action, to be designated.

Plaintiff reserves the right to supplement or amend these disclosures after further discovery and investigation.

## II.    DESCRIPTION OF DOCUMENTS ON WHICH PLAINTIFF MAY RELY IN SUPPORTING ITS CLAIMS

Pursuant to Rule 26(a)(1)(A)(ii), Plaintiff describes the following categories of documents and tangible things that are in the possession, custody or control of Plaintiff and may be used to support Plaintiff's claims:

1.    Plaintiff's development and ownership of the Moego v.1 backend source code (U.S. Copyright Registration No. TX 0009101761).

2.    Evidence relating to Defendant Zhang's download of the Moego v.1 backend source code, in addition to Zhang possessing, without authorization, other confidential and proprietary materials belonging to Moement and its affiliates, including but not limited to customer lists, online platform user interface designs, mobile application user interface designs, and Moement-licensed technologies.

3.     Plaintiff's Apple Push Notification service (APNs) certificates, Google Map API Keys, online platform user interface designs, and mobile application user interface designs.

4.     Plaintiff's contracts with Shenzhen Mengshi Tech Ltd. and records regarding Defendants Lin, Zhang, and Liu, including but not limited to founder advisory agreements, independent contractor agreements, mutual confidentiality agreements, letters of promise of departing employees, and other employment contracts or policies acknowledged and executed by Defendants.

5.     Evidence of Defendants' misappropriation, infringement, and continued exploitation of Plaintiff's copyright, trade secrets, and other confidential and proprietary materials belonging to Moement and its affiliates.

6.     Evidence of Defendants directly copying and/or making use of the Moego code base, including portions of the Moego v.1 backend code and frontend code found in a comparison between Moego's and Groomore's code base obtained through Moement's investigation into Zhang's unauthorized download and Lin's misappropriation in establishing Groomore.  (*See* MOEMENT004037-004433; and MOEMENT004434-004672.)

7.     Evidence of Defendant Lin accessing, without authorization, user interface designs and other confidential and proprietary materials after he resigned as an employee of Moement and its affiliates.

8.     Evidence of Defendants' breach of non-disclosure and non-compete provisions in contracts between Defendants on the one hand, and Moement and its affiliates on the other, including but not limited to founder advisory agreements, independent contractor agreements, mutual confidentiality agreements, letters of promise of departing employees, and other employment agreements expressly acknowledged and executed by Defendants.

9.      Evidence of Defendants unfairly competing with Moement and its affiliates by and through its copying and/or use of Moement's copyright, trade secrets, and other confidential and proprietary materials belonging to Moement and its affiliates, including but not limited to Moement's customer list and marketing research and/or strategies.

10.     Damages caused by Defendants, including but not limited to monetary compensation based on Plaintiff's compensatory damages sustained, lost profits and revenues, lost market share, and lost customer count.

11.     All data and other material that may be recovered from one of the laptops that Zhang used while working at Moement (in Moement's possession).

12.     Contemporaneously recorded video and screenshots of Groomore's and Moego's applications as they appeared in 2020 and 2021.

13.     Plaintiff reserves the right to supplement or amend these disclosures after further discovery and investigation.  Plaintiff will disclose additional documents and/or tangible things when they become known or relevant.

## III.    **DAMAGES**

Pursuant to Rule 26(a)(1)(A)(iii), Plaintiff will seek at least the following categories of damages:

1.      Statutory damages for copyright infringement under 17 U.S.C. § 504-505;

2.      Reasonable royalty for the misappropriation of Plaintiff's copyright and trade secrets;

3.      Statutory damages for violation of the Defense of Trade Secrets Act of 2016 under 18 U.S.C. § 1836 et seq.;

4.      Statutory damages for violation of California's Uniform Trade Secrets Act under Cal. Civ. Code § 3426 et seq.;

DOCUMENT PREPARED ON RECYCLED PAPER

5.    Statutory damages for violation of California's Unfair Competition Law under Cal. Bus. & Prof. Code § 17200 et seq.;

6.    Plaintiff's lost revenue as a result of Defendants' conduct;

7.    Defendant GrooMore's profits arising from Defendants' misappropriation of Plaintiff's copyright, trade secrets, and other proprietary and confidential materials;

8.    Equitable remedies to disgorge Defendants' ill-gotten gains arising from Defendants' misappropriation of Plaintiff's copyright, trade secrets, and other proprietary and confidential materials;

9.    Exemplary and punitive damages;

10.    Prejudgment and post-judgment interest;

11.    Indemnification for all costs and fees associated with enforcing Defendants' contractual obligations owed to Moement and its affiliates, including but not limited to breaches of non-disclosure and non-compete provisions.

12.    Injunctive relief to prohibit continued misappropriation and/or use of Moement's and its affiliates copyright, trade secrets, and other proprietary and confidential materials, and in the form of a mandatory notification process allowing notification of Groomore's misconduct to affected customers.

13.    Attorneys' fees; and

14.    Costs.

Plaintiff currently does not have access to sufficient information and data to provide a precise computation of its damages.  The documents, data, and information supporting Plaintiff's ultimate computation of damages will be developed through Plaintiff's ongoing investigation and through formal discovery.

Plaintiff reserves the right to supplement or amend this response to include information that may be discovered through the course of Plaintiff's ongoing investigation or through formal discovery.

DOCUMENT PREPARED ON RECYCLED PAPER

## IV.    INSURANCE AND INDEMNIFICATION

Plaintiff is presently unaware of any insurance policy that is relevant for purposes of disclosure under Fed. R. Civ. P. 26(a)(1)(A)(iv).

With respect to indemnification, Defendants Lin, Zhang, and Liu are bound to indemnify Moement and its affiliates for their "breach[es] of any representation, warranty, or obligation" pursuant to the Independent Contractor Agreement they each executed.  (*See* MOEMENT000007-0000014; MOEMENT000054-000060; MOEMENT000096, respectively.)

Dated:        July 15, 2024

**NORTON ROSE FULBRIGHT US LLP**
CHRISTOPHER PELHAM
ALESHA M. DOMINIQUE
ANI H. GALOYAN
ALEX SCANDROLI

By _____
CHRISTOPHER PELHAM
Attorneys for Plaintiff
MOEMENT, INC.

1

**PROOF OF SERVICE**

2

I, Charlene Douesnard, state:

3

My business address is 555 South Flower Street, Forty-First Floor, Los Angeles, CA

4

90071. I am over the age of eighteen years and not a party to this action. On the date set forth below, I served the foregoing document(s) described as:

5

**PLAINTIFF MOEMENT, INC.'S SUPPLEMENTAL INITIAL DISCLOSURES**

6

7

on the following interested parties in this action:

8

Steven Gebelin, Esq.
**LESOWITZ GEBELIN, LLP**

9

8383 Wilshire, Blvd., Suite 800
Beverly Hills, CA 90211

10

Tel: (310) 341-3072
Email: steven@lawbylg.com

*Attorneys for Defendants*
GROOMORE, INC. and
CHUNLIANG LIN

11

12

Joyce H. Ma, Esq.
**COHEN LAW GROUP**

13

1901 Avenue of the Stars, Suite 200
Los Angeles, CA 90067

14

Tel: (310) 443-2149
Email: Joyce.Ma@cohenlawgroupla.com

*Attorneys for Defendant*
SONGYUN LIU

15

16

*Defendant* JIE ZHANG

17

18

19

20

21

☐    BY FIRST CLASS MAIL: I am employed in the City and County of Los Angeles

22

where the mailing occurred. I enclosed the document(s) identified above in a sealed envelope or package addressed to the person(s) listed above, with postage

23

fully paid. I placed the envelope or package for collection and mailing, following our ordinary business practice. I am readily familiar with this firm's practice for

24

collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary

25

course of business with the United States Postal Service.

26

☒    BY ELECTRONIC MAIL SERVICE: I served the document(s) identified above by sending them in electronic format to the email addresses listed above.

27

☐    BY OVERNIGHT DELIVERY: I enclosed the document(s) identified above in a

28

sealed envelope or package addressed to the person(s) listed above, in an envelope

1

PROOF OF SERVICE

or package designated by the overnight delivery carrier with delivery fees paid or provided for.  I placed the envelope or package for collection and overnight delivery at an office or a regularly utilized drop box of the overnight delivery carrier, or by delivering to a courier or driver authorized by the overnight delivery carrier to receive documents.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct.

Executed on July 15, 2024, at Los Angeles, California.

_____

Charlene Douesnard

PROOF OF SERVICE

Exhibit C

# In the Matter Of:

MOEMENT INC. vs GROOMORE, INC.,

2:22-cv-02871-WLH-KS

---

## WILLIS MCDONALD

August 28, 2024

---



IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

```
MOEMENT, INC., a Delaware        )
corporation,                     )
                                 )
            Plaintiffs,          )
                                 )
    vs.                          )  Case No.
                                 )  2:22-cv-02871-WLH-KS
GROOMORE, INC., a Delaware       )
corporation, CHUNLIANG LIN,      )
an individual, JIE ZHANG,        )
an individual, and              )
SONGYUN LIU, an individual,      )
                                 )
            Defendants.          )
_____  )
```

**CERTIFIED COPY**

VIDEOCONFERENCE DEPOSITION OF

WILLIS CHARLES McDONALD, II

WEDNESDAY, AUGUST 28, 2024

Reported by:

Michele Watson
CSR No. 8359

JOB NO. 210984

```
 1              IN THE UNITED STATES DISTRICT COURT

 2           FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3

 4   MOEMENT, INC., a Delaware      )
     corporation,                   )
 5                                  )
                 Plaintiffs,        )
 6                                  )
        vs.                         )   Case No.
 7                                  )   2:22-cv-02871
     GROOMORE, INC., a Delaware     )
 8   corporation, CHUNLIANG LIN,    )
     an individual, JIE ZHANG,      )
 9   an individual, and            )
     SONGYUN LIU, an individual,    )
10                                  )
                 Defendants.        )
11   _____)

12

13

14

15

16

17

18

19

20

21        DEPOSITION OF WILLIS CHARLES McDONALD, II taken on

22   behalf of the defendants via zoom, commencing on Wednesday,

23   August 28, 2024, at 9:02 a.m., reported by Michele Watson,

24   CSR No. 8359, a Certified shorthand Reporter in and for

25   the State of California.
```

```
 1     APPEARANCES (VIA REMOTE)

 2    For Plaintiff:

 3              NORTON, ROSE & FULBRIGHT
                BY:  ALEX SCANDROLI, ESQ.
 4              555 South Flower Street, 41st Floor
                Los Angeles, California  90071
 5              (213) 892-9200
                alex.scandroli@nortonrosefulbright.com
 6

 7    For the Defendants:

 8              LESOWITZ GEBELIN, LLP
                BY:  STEVEN T. GEBELIN, ESQ.
 9              8383 Wilshire Boulevard, Suite 800
                Beverly Hills, California 90211
10              (310) 341-3072
                steven@lawbylg.com
11

12    Also Present:

13              Chirayu Parashar

14

15

16

17

18

19

20

21

22

23

24

25
```

1  just so you can try and see if it's complete.

2       A.    That does appear to be complete.

3       Q.    All right.  And 46 pages, bottom page is

4  marked 46.  All right.  So just sort of before we get

5  into any of the specifics here on the report, am I

6  right in understanding this is the report of all of

7  the expert opinions and analysis that you are

8  providing in this case?

9       A.    Correct.

10      Q.    Right.  And this report shows all of the

11  expert opinions that you have formed in this case?

12      A.    Correct.

13      Q.    And it also documents the analysis and the

14  basis for those opinions, right?

15      A.    This is more of a summary of all of that.

16      Q.    Okay.  So you're saying your report does not

17  include the basis for all of the opinions you have in

18  this case?

19      A.    This does not include all of the evidence

20  pieces, logs, case files, everything else that goes

21  into the analysis.  So I wouldn't say it necessarily

22  includes everything.

23      Q.    Okay.  So does it at least refer to all of

24  the evidence that you considered?

25      A.    That's correct.

1    Q.   So that if I can look at a reference and

2  although the specific log or document might not be

3  included in these 46 pages, I can readily identify the

4  underlying source that you're relying on?

5    A.   Correct.

6    Q.   Okay.  Great.  So is there a reason why your

7  name is not on this report?

8    A.   No.

9    Q.   Okay.  So was all of the analysis supporting

10  the opinions expressed in the report done by you?

11    A.   It was done by myself as well as a supporting

12  team, correct.

13    Q.   Okay.  When you say the analysis was done by

14  you and a supporting team, I want to be clear here --

15  and we might not be on the same page about the same

16  terms here.

17    A.   Okay.

18    Q.   So the opinions in the report, these are your

19  opinions that you reached, right?

20    A.   Correct.

21    Q.   All right.  And the, what I'm going to call

22  analysis, is the application of your expertise and

23  training to underlying facts or underlying

24  information; although some of that information might

25  be derived from sources that you ordinarily use in the

1    Q.    Okay.  And that analysis showed that there

2  were references in those commit logs to GITEE.COM,

3  right?

4    A.    That's correct.

5    Q.    Okay.  The examples here provided in Graphic

6  1 and Graphic 2 are -- one is the contents of a file

7  showing the reference to gitee.com, and Graphic 2 is

8  just showing the file in a directory; is that right?

9    A.    That's correct.

10    Q.    Okay.  And Appendix E, is that the list of

11  all the logs that were in the hard drive that contain

12  the same kind of reference to GITEE.COM?

13    A.    That's correct.

14    Q.    Here in Graphic 1, what does it mean, clone

15  from git@gitee.com, einoudliu/web.moego@.git?

16    A.    This is where the underlying web.moego.pet

17  was cloned from.  Cloning meaning a copy of the code

18  or source that's hosted in that repository.  When I

19  say that repository, I mean the P-I-N-O-U-D-L-I-U

20  repository on gitee.com was used to populate the

21  web.moego.pet directory and repository as it's stored

22  on the hard drive.

23    Q.    Okay.  So if I'm following correctly, this

24  file, what it did was it copied from the gitee.com

25  into the repository, into which repository?

1      A.   What has it sits on the hard drive.

2      Q.   Okay.  Which repository is the one that's

3  sitting on the hard drive?  Is that Moement?

4      A.   That is correct.

5      Q.   Okay.  This is showing that the code was

6  copied into Moement's repository from Gitee.

7      A.   Correct.

8      Q.   Do you know what the access controls were for

9  this Gitee repository?

10          MR. SCANDROLI:  Objection; vague as to access

11  controls.  You may answer, Mr.  McDonald.

12          THE WITNESS:  I don't know.  I don't know

13  what all the access controls set up were for this

14  repository.

15      Q.   (BY MR. GEBELIN)  Okay.  What you call the

16  Moement repository that's reflected on the hard drive,

17  do you know what the access controls for that were?

18      A.   I don't know what all the access controls

19  were for that repository at the time.

20      Q.   At which time?

21      A.   At the time this was actually downloaded onto

22  the hard drive.

23      Q.   Do you know whether or not anybody with

24  access to this Gitee repository could have downloaded

25  the repository?

 1   between those three?  So let me start with modified.

 2   If I'm understanding correctly, modified means the

 3   last time the contents of the file had been altered?

 4        A.    Correct.

 5        Q.    Okay.  And change may refer to the contents

 6   of the file being altered and so then it would be the

 7   same as modified, but it also might mean that

 8   something not inside the file but in the file

 9   directory or reference to it, that might've changed?

10        A.    That's correct.

11        Q.    Okay.  And then accessed, if that differs

12   from modified or changed, what does that indicate?

13        A.    If it differs from modified or changed, it

14   could also be the date that the file was -- in this

15   case, the file was actually removed from the system.

16        Q.    So accessed for these typically, if it

17   differs, means that's when it was deleted or removed?

18        A.    Deleted, removed, or copied and moved.

19        Q.    Copied and moved within the hard drive or to

20   somewhere outside of the hard drive?

21        A.    That would be within the hard drive.

22        Q.    Okay.  All right.

23        A.    In this case, yes.

24        Q.    With that explanation, is there any way to

25   tell from the information that you provided in

1   Appendix E, which of these files are sending

2   information to Gitee and which ones are receiving

3   information from Gitee or perhaps both?

4        A.    Not from this appendix.

5        Q.    Okay.  Did you do any analysis of the files

6   that are listed in Appendix E to determine which ones

7   were representing information going from the hard

8   drive system to Gitee?

9        A.    Yes.

10        Q.    Okay.  Actually let me step back.  What was

11   that that analysis?

12        A.    That analysis was looking to see what the

13   history of commits were on the files that were

14   available.  And that was under where you see Git.

15   That was doing analysis on those records were

16   available as well as log snippets that were still

17   available on the drive.

18        Q.    Okay.  And did you make a record of those

19   logs?

20        A.    Not for this report, no.

21        Q.    Am I right in understanding that as far as

22   this report goes, the extent of the analysis was

23   determining that some of the Gitee file references

24   sent information to Gitee and some received

25   information from Gitee?

1

2                    REPORTER'S CERTIFICATE

3         I, MICHELE WATSON, a Certified Shorthand

4   Reporter, hereby certify, that the foregoing

5   proceedings were taken before me at the time and place

6   therein set forth, at which time the witness was

7   placed under oath to tell the truth, the whole truth,

8   and nothing but the truth; that the proceedings were

9   taken down by me in shorthand and thereafter my notes

10  were transcribed through computer-aided transcription

11  and the foregoing transcript constitutes a full, true,

12  and accurate record of such testimony adduced and oral

13  proceedings had, and of the whole thereof.

14        I FURTHER CERTIFY that I am not a relative or

15  employee of any attorney of the parties, nor do I have

16  a financial interest in the action.

17        (x) Review and signature was requested.

18  ( ) Review and signature was waived.

19  ( ) Review and signature was not requested.

20        IN WITNESS WHEREOF, I have this 30th day of

21        August 2024 subscribed my name.

22

23        *Michele Watson*

          MICHELE WATSON, CSR
24        CSR No. 8359

25

# EXHIBIT D



# Moego: Forensic Analysis

Delivered 30 July 2024



Highly Confidential - Attorney's Eyes Only

NISOS.

# TABLE OF CONTENTS

**Executive Summary**                                                                 **3**
**Investigation Details**                                                             **4**
    Data Collection Overview                                       4
    Investigation Overview                                         4
    Use of Gitee to share Client-proprietary Data                  4
        Groomore GitHub Logs Referencing Client    5
    Use of Alibaba Cloud to Store Client-proprietary Databases     5
    Filename and Directory Structure Similarities                  6
**Groomore Video Analysis**                                                           **7**
    Overview                                                       7
    Detailed Video Analysis                                        7
        Notarization 027039 - video.mp4            7
        Notarization 028954 - video.mp4            8
        kk\ 2021-08-26\ 16-43-58.mp4               9
        Notarization 028956 - video.mp4            9
**Appendix A: Forensic Collection**                                                   **10**
**Appendix B: Device Photos**                                                         **11**
**Appendix C: Chain of Custody Tracking Form**                                        **18**
**Appendix D: Forensic Image - User Activity Attribution**                            **20**
**Appendix E: Gitee File References**                                                 **21**

# Executive Summary

Norton Rose Fulbright, on behalf of Moego (Client), requested Nisos forensically image and examine a Sandisk X400 256GB M.2 solid state drive (Forensic Image) to determine whether source code was uploaded to third party services. The data on the drive was also analyzed for indications that data had been altered or otherwise removed to prevent analysis.  As corroborated by materials from the Client, we confirm the user of the system utilized to produce Forensic Image during the applicable timeframes was Jie Zhang based on logs and files discovered on Forensic Image (<u>Appendix D: Forensic Image - User Activity Attribution</u>).

Further, Client provided Nisos a copy of backend source code which had been downloaded from a GitHub repository owned by Zhang (Zhang's GitHub Repository) and which references Groomore and Moego, the associated GitHub configuration files for Zhang's GitHub Repository, and a series of videos showing the collection of the GitHub files. The investigation outlined in this report represents the findings from the analysis of Forensic Image corroborated by data in Zhang's GitHub Repository configuration files, as well as Nisos's analysis of the Client-provided videos.

Nisos investigators, utilizing the Client-provided data, uncovered that Zhang had used third party services to store and share Client-proprietary data.

In summary, analysis of the forensic image showed:
- Client-proprietary data was stored in the repository owned by the user "pinoudliu".
- Client-proprietary databases were stored on Alibaba Cloud.
- Client-proprietary data was used to build the Groomore API.

Along with corroborating the findings above, analysis of Zhang's GitHub Repository files revealed significant overlap in filenames and directory structures with directories from Forensic Image belonging to Client.

In review of the Client-provided videos, Nisos investigators noted that the videos reveal:
- Groomore used Client's Google Maps API key.
- Groomore used Client's API key for the underlying calendar technology.
- Similar naming conventions within Groomore and Client Application Programming Interface (API).
- Logs indicating use of Client-proprietary source code to build the Groomore API.
- Identical customer database structures, as well as identical records within the databases.

Highly Confidential - Attorney's Eyes Only

# Investigation Details

## Data Collection Overview

Nisos investigators analyzed Forensic Image for evidence of data being transferred outside of Moego systems. Forensic Image was also analyzed for indications that data had been altered or otherwise removed to prevent analysis. For further details on the forensic collection, see <u>Appendix A: Forensic Collection</u>.

Further, Client provided Nisos investigators with Zhang's GitHub Repository files to assist in code comparison. For further details on how this data was collected, see <u>Groomore Video Analysis</u>.

## Investigation Overview

Nisos investigators, utilizing the files on Forensic Image uncovered Zhang's extensive use of Gitee and Alibaba Cloud to store and share Client-proprietary data with external entities. Further, the activity uncovered via analysis of Forensic Image is corroborated by data within Zhang's GitHub Repository source code and configuration files.

In summary, analysis of Forensic Image shows:
- Client-proprietary data was stored in the repository owned by the user "pinoudliu".
- Client-proprietary databases were stored on Alibaba Cloud.

Further, analysis of Zhang's GitHub Repository files show:
- Overlap in filenames and directory structures with directories from Forensic Image.
- Client-proprietary data was used to build the Groomore API.

## Use of Gitee to share Client-proprietary Data

Extensive use of the service Gitee.com, a source code repository site similar to Github was found to be used with Moego labeled projects on partitions 3 and 4 labeled 新加卷. The files investigators identified which contain references to Gitee are documented in <u>Appendix E: Gitee File References</u>.

Investigators used keywords to search the files and uncovered Gitee logs within these files. While the logs indicated the use of a Gitee repository called "Moego", other files indicated the user "pinoudliu" on the site gitee.com was found to have a repository 'web.moego.pet' that was cloned by Zhang for the web.moego.pet directory on February 23, 2018. This activity is attributable to Zhang via the use of his personal email address to perform the activity.

```
jie_zhang <zhang.jije@163.com>  1519377146 +0800        clone: from git@gitee.com:pinoudliu/web.moego.pet.git
```

*Graphic 1: 'HEAD' file contents in web.moegoe.pet directory recovered from the laptop hard drive*



*Graphic 2: 'HEAD' file record from web.moegoe.pet directory recovered from the laptop hard drive*

© Nisos - All Rights Reserved | Confidential Client Report    4

Highly Confidential - Attorney's Eyes Only

**Groomore GitHub Logs Referencing Client**

As confirmation of the connections outlined in the Gitee logs, Nisos investigators uncovered the following GitHub logs within Zhang's GitHub Repository files that indicate that Zhang was sharing Client source code with Liu and that, as evidenced by source code development logs within Zhang's GitHub Repository, this was used to serve as a base to build the Groomore API.

```
Author: pinoudliu <microbloger@qq.com>
Date:    Thu Oct 19 16:03:01 2017 +0800

    Merge branch 'master' of gitee.com:moego/api.moementgo.com

[33mcommit 8af8eb0f878e05d0503beb7d790ac8e49a79907b[m
Author: pinoudliu <microbloger@qq.com>
Date:    Thu Oct 19 16:02:46 2017 +0800
```

*Graphic 3: Partial contents of 'tatus' file in Groomore api directory*

## Use of Alibaba Cloud to Store Client-proprietary Databases

In addition to the use of Gitee, investigators uncovered a file indicating the use of Alibaba Cloud to store Client-proprietary databases. In the directory 萌时 on partition 3, a directory labeled 新加卷 had been deleted using the "Recycle Bin'' feature of Microsoft Windows on July 6, 2020 at approximately 9:39 AM UTC. This directory included the file named bak.sh located in the original directory "/萌时/文档/moement/". This script contains the following code:

```
#!/bin/sh

file="/root/db_bak/db_bak_"`date +%Y_%m_%d`".sql"
mysqldump -unewloan -h rm-wz9135c1s3q5c9u2q.mysql.rds.aliyuncs.com -p  > $file
```

*Graphic 4: bak.sh file contents recovered from the laptop hard drive*

In this case, the *$file* would have been named based on the date (YYYYMMDD) the script was run.

This command downloads a mysql database from the server rm-wz9135c1s3q5c9u2q.mysql.rds.aliyuncs[.]com which is a server hosted in Alibaba's cloud services environment.

**This script could be used to create a backup of any Moego related information such as customer records or transactions.** A file named customer.sql was found to have been deleted by moving the file to the Windows Recycle Bin on June 22, 2020 evident by the file's directory path "/$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R4UY1PH/customer.sql". Further, we discovered another sql file on the device entitled "20190924.sql", this file adheres to the code's naming convention. Neither of these file's contents could be verified since the files' contents had been deleted. It is assumed that these files were created by the bak.sh script or through similar means to create a backup of the Client data.

Highly Confidential - Attorney's Eyes Only

## Filename and Directory Structure Similarities

Nisos investigators compared file names and directory structures from Forensic Image and Zhang's GitHub Repository.



***Graphics 5 and 6: Directories from the forensic image (left) and the Groomore API source code (right).***

The api.momentgo.com folder and file structure recovered from Forensic Image (left) match with the Groomore api source code repository file and folder structure (right). Of particular note are the files "frequency_script_idx" and "tatus", as Nisos investigators did not locate references to these filenames in any public records, indicating low global prevalence. This suggests that the Groomore repository was based on the structure of Client's API. Investigators could not perform direct comparisons of the files due to the majority of the files having been deleted and unrecoverable from the hard drive.

© Nisos - All Rights Reserved | Confidential Client Report                    6

Highly Confidential - Attorney's Eyes Only

# Groomore Video Analysis

## Overview

To assist further efforts, Client provided Nisos investigators with a video outlining the collection of Zhang's GitHub Repository files. Nisos investigators noted several indications of the presence of Client-proprietary data within the video and within the collected files. In summary the video shows:

- Groomore used Client's Google Maps API key.
- Use of Client's API key for the underlying calendar technology.
- Similar naming conventions within Groomore and Client Application Programming Interface (API).
- Logs indicating use of Client-proprietary source code to build the Groomore API.
- Identical customer database structures.
- First record of customer databases are the same.

## Detailed Video Analysis

### Notarization 027039 - video.mp4

Presenter noted similarities in the structure of the Groomore user interface to the Moego user interface. These similarities are visible in the source code prior to authentication. Presenter further noted Groomore's use of Client's Google Maps API key. This key was issued by Google to Client to provide access to Google's maps on Client's websites given a set of geographic coordinates or an address.



*Graphic 7: Google Map API Key in Groomore source*



*Graphic 8: Google Maps API Key in Client's Google Account*

Presenter also identified use of the FullCalendar scheduler, and Client's API key for FullCalendar.

© Nisos - All Rights Reserved | Confidential Client Report

Highly Confidential - Attorney's Eyes Only

Subject: FullCalendar Scheduler Purchase
To: <ethan@mymoement.com>

Thank you for purchasing FullCalendar Scheduler!
An invoice and license agreement document are attached to this email.
Here is a summary of information regarding your purchase:

- Transaction ID: ch_1FYUw7LMwfyPGVhWuQJmXafn (this is *not* your license key)
- Scheduler Version Number: 4.3.1
- License Type: Scheduler 1 Developer
- License Key: 0081856128-fcs-1572256493

*Graphic 9: Client's FullCalendar Scheduling License Email*

```
// TODO: schedulerLicenseKey - buy license then set this key
schedulerLicenseKey='0081856128-fcs-1572256493'
```

*Graphic 10: Client FullCalendar license key in use by Groomore website*

**Notarization 028954 – video.mp4**

In this video, after the presenter logs into the Groomore website, they note various similarities to the calendaring system and its integration methods with Google Calendar after login. Further, Presenter noticed a similar sounding Application Programming Interface (API) name while examining the underpinnings of the Groomore website, "p.groomore.com/BusinessAPI". This is similar to Client's naming for a similar API. Presenter, recalling that a code repository configuration file known as a git config that had previously been exposed in Client's source code, decided to see if this file existed on Groomore's website. Presenter then successfully downloaded the git config. The git config contains the URL to download Groomore's code repository. This repository is hosted on github.com under user ID jz099.



*Graphic 11: Presenter attempts to download git config*

Highly Confidential - Attorney's Eyes Only

*Graphic 12: Presenter successfully download and opens git config file*

### kk\ 2021-08-26\ 16-43-58.mp4

Presenter installs git source code control application and uses the git config file to download Groomore API source code at "github.com/jz099/api.git".  The user then downloads BusinessAPI source code at "github.com/MoegoLibrary/BusinessAPI.git".

The presenter then uses the git log command to print out the groomore source code repository's log of developer changes, also known as a commit log.  This log indicates that the source code for the Groomore API was built on the code repository for Client's API.

*Graphic 13: Groomore API commit log with references to Client*

### Notarization 028956 - video.mp4

This video shows the Presenter connecting to a Groomore database server containing Client customer data identified in the groomore codebase and shows that the database structure is the same.  It also shows that the first customer record is identical (id:101789, email:doggomobilegrooming@gmail.com).



*Graphic 14: Groomore database structure*

*Graphic 15: First database record in Client database matches that in groomore identified database*

© Nisos - All Rights Reserved | Confidential Client Report

Highly Confidential - Attorney's Eyes Only

# Appendix A: Forensic Collection

On June 5, 2024 Nisos received a Sandisk X400 256GB M.2 solid state drive, model SD8SN8U-256G-1012 with serial number 1711888034832754-6065-7750, from Christopher Pelham of Norton, Rose, Fulbright US LLP via FedEx Overnight tracking number 275460657750. Analysis was performed to determine if any evidence of exfiltration of Moego source code to competitors or other infrastructure that would allow transfer to a competitor had occurred.

The Sandisk X400 256GB M.2 solid state drive, model SD8SN8U-256G-1012 with serial number 1711888034832754-6065-7750 was attached to a Logicube Falcon Neo forensic imaging device running version 3.3 firmware using an M.2. adapter. A drive to file method was chosen for imaging with a destination file name of 20240606_NISOS_MOEGO.E01 in E01, Expert Witness, format. The destination drive for the image was a Seagate model ST2000LM007-1R8174A USB hard drive with serial number ZDZ7ZCYR. Imaging with compression of empty segments was chosen for the E01 format. No encryption was detected on the source drive. A total of eight partitions were detected on the drive. Imaging was started at approximately 12:20 on June 6, 2024 and completed at approximately 12:42 on June 6, 2024.

After completion of forensic imaging, a SHA1 hash of the resulting forensic image was performed automatically and resulted in a hash value of

6249328d27f5b36e68de840902837673093731b2, this was compared with the source drive SHA1 hash and found to match for verification. Once forensic imaging was completed, the Sandisk X400 drive was removed from the analysis workstation and returned to its packaging. The destination Seagate ST2000LM007 removable drive was labeled 20240606_NISOS_MOEGO_1 and connected to the analysis workstation for processing.

See Appendix B for related images.

Highly Confidential - Attorney's Eyes Only

# Appendix B: Device Photos



Highly Confidential - Attorney's Eyes Only



Highly Confidential - Attorney's Eyes Only



© Nisos - All Rights Reserved | Confidential Client Report

Highly Confidential - Attorney's Eyes Only



Highly Confidential - Attorney's Eyes Only

© Nisos - All Rights Reserved | Confidential Client Report

Highly Confidential - Attorney's Eyes Only



© Nisos - All Rights Reserved | Confidential Client Report

Highly Confidential - Attorney's Eyes Only



Highly Confidential - Attorney's Eyes Only

# Appendix C: Chain of Custody Tracking Form

EVIDENCE CHAIN OF CUSTODY TRACKING FORM

Project Name/Number: 20240606_NISOS_MOEGO
Submitting Agent: Willis McDonald
Date/Time: 20240606 10:00AM ET

EVIDENCE ITEMS

| ITEM # | Description (Make, Model, Serial Number, Physical Description) |
|---|---|
| 1 | Sandisk X400 256GB M.2 SSD, MODEL: SD8SN8U-256G-1012 S/N: 1711888034832754-6065-7750 |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |
| | |

Page 1 of 2

Highly Confidential - Attorney's Eyes Only

**CUSTODY TRANSFER**

| ITEM(s) # | Released by | Received by | Location/Method | Date/Time |
|---|---|---|---|---|
| 1 | Christopher Pelham | Willie McDonald | FedEx 275460657750 | June 5, 2024 10:00AM ET |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

Page 2 of 2

Highly Confidential - Attorney's Eyes Only

# Appendix D: Forensic Image - User Activity Attribution

In order to uncover activities attributable to Zhang, Client provided Nisos email addresses and usernames known to be utilized by Zhang. The indicators provided were:

Emails:

- zhang.jije@163.com
- 812381160@qq.com
- jie@mymoement.com

Usernames:

- Jie_zhang
- 张杰
- Zhangjie
- Jz009
- jz099

Logs and files discovered on Forensic Image are attributable to Zhang via the use of his email address and username to perform the activity. Examples of the logs can be seen in Graphic 1 and in Graphic 13.

Additionally, the documents "MOEMENT NDA - Jie Zhang.pdf" and "Advisory Agreement JieZhang.pdf" were found to have been deleted from the directory "/萌时/萌值客合同/新建文件夹 - 副本/" on June 22, 2020. The document's contents were unable to be verified due to having been deleted. However these are assumed to be the NDA and advisory agreement documents given to Jie Zhang by Client regarding the contractual relationship between the parties.

Highly Confidential - Attorney's Eyes Only

# Appendix E: Gitee File References

| Name / Sender | Date Created / Sent | Path / URL | Size | Date Modified | Date Accessed | Date Changed |
|---|---|---|---|---|---|---|
| config | 2018-05-31 07:07:56 | /$OrphanFiles/.git/config | 306 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |
| FETCH_HEAD | 2018-05-31 07:16:27 | /$OrphanFiles/.git/FETCH_HEAD | 97 | 2018-07-19 08:36:41 | 2020-06-22 16:09:13 | 2018-07-19 08:36:41 |
| HEAD | 2018-05-31 07:07:56 | /$OrphanFiles/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |
| config | 2018-01-24 07:56:46 | /$OrphanFiles/admin.bookdolphin.com/.git/config | 308 | 2018-01-24 07:56:46 | 2020-06-22 16:03:29 | 2018-01-24 07:56:46 |
| HEAD | 2018-01-24 07:56:46 | /$OrphanFiles/admin.bookdolphin.com/.git/logs/refs/remotes/origin/HEAD | 188 | 2018-01-24 07:56:46 | 2020-06-22 16:03:29 | 2018-01-24 07:56:46 |
| config | 2018-08-22 07:18:57 | /$OrphanFiles/admin.moego.pet.front.release/.git/config | 316 | 2018-08-22 07:18:57 | 2020-06-22 16:05:18 | 2018-08-22 07:18:57 |
| FETCH_HEAD | 2018-08-22 08:02:04 | /$OrphanFiles/admin.moego.pet.front.release/.git/FETCH_HEAD | 107 | 2018-08-22 08:02:38 | 2020-06-22 16:05:18 | 2018-08-22 08:02:38 |
| HEAD | 2018-08-22 07:18:57 | /$OrphanFiles/admin.moego.pet.front.release/.git/logs/refs/remotes/origin/HEAD | 196 | 2018-08-22 07:18:57 | 2020-06-22 16:05:18 | 2018-08-22 07:18:57 |
| backup.js | 2018-08-20 04:01:19 | /$OrphanFiles/admin.moego.pet.front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:04:07 | 2018-08-20 04:01:19 |
| config | 2017-11-25 13:27:39 | /$OrphanFiles/admin.moego.pet/.git/config | 306 | 2017-11-25 13:27:39 | 2020-06-22 16:03:41 | 2017-11-25 13:27:39 |
| FETCH_HEAD | 2018-01-24 07:52:27 | /$OrphanFiles/admin.moego.pet/.git/FETCH_HEAD | 101 | 2019-11-21 02:11:38 | 2020-06-22 16:03:41 | 2019-11-21 02:11:38 |
| HEAD | 2017-11-25 13:27:39 | /$OrphanFiles/admin.moego.pet/.git/logs/refs/remotes/origin/HEAD | 194 | 2017-11-25 13:27:39 | 2020-06-22 16:03:41 | 2017-11-25 13:27:39 |
| config | 2019-12-19 11:50:18 | /$OrphanFiles/api.moementgo.com.back/.git/config | 366 | 2019-12-19 11:50:18 | 2020-06-22 16:07:14 | 2019-12-19 11:50:18 |
| FETCH_HEAD | 2019-12-19 11:50:16 | /$OrphanFiles/api.moementgo.com.back/.git/FETCH_HEAD | 103 | 2019-12-19 11:50:16 | 2020-06-22 16:07:14 | 2019-12-19 11:50:16 |
| Dockerfile | 2019-12-19 11:51:05 | /$OrphanFiles/api.moementgo.com.back/docker/Dockerfile | 699 | 2019-12-19 11:51:05 | 2020-06-22 16:07:19 | 2019-12-19 11:51:05 |
| BackupClient.php | 2019-12-19 11:51:02 | /$OrphanFiles/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/Backup/BackupClient.php | 6426 | 2019-12-19 11:51:02 | 2020-06-22 16:07:22 | 2019-12-19 11:51:02 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| BackupException.php | 2019-12-19 11:51:02 | /$OrphanFiles/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/Backup/Exception/BackupException.php | 194 | 2019-12-19 11:51:02 | 2020-06-22 16:07:22 | 2019-12-19 11:51:02 |
| api-2.json.php | 2019-12-19 11:51:04 | /$OrphanFiles/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/api-2.json.php | 56709 | 2019-12-19 11:51:04 | 2020-06-22 16:07:23 | 2019-12-19 11:51:04 |
| paginators-1.json.php | 2019-12-19 11:51:04 | /$OrphanFiles/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/paginators-1.json.php | 1454 | 2019-12-19 11:51:04 | 2020-06-22 16:07:23 | 2019-12-19 11:51:04 |
| BackupClient.php | 2019-11-21 10:59:34 | /$OrphanFiles/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/Backup/BackupClient.php | 6426 | 2019-11-20 19:19:24 | 2020-06-22 16:05:34 | 2019-11-21 10:59:34 |
| BackupException.php | 2019-11-21 10:59:34 | /$OrphanFiles/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/Backup/Exception/BackupException.php | 194 | 2019-11-20 19:19:24 | 2020-06-22 16:05:34 | 2019-11-21 10:59:34 |
| api-2.json.php | 2019-11-21 10:59:38 | /$OrphanFiles/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/api-2.json.php | 56709 | 2019-11-20 19:19:24 | 2020-06-22 16:05:35 | 2019-11-21 10:59:38 |
| paginators-1.json.php | 2019-11-21 10:59:38 | /$OrphanFiles/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/paginators-1.json.php | 1454 | 2019-11-20 19:19:24 | 2020-06-22 16:05:35 | 2019-11-21 10:59:38 |
| config | 2018-05-31 07:01:06 | /$OrphanFiles/basic.php/.git/config | 296 | 2018-05-31 07:01:06 | 2020-06-22 16:09:03 | 2018-05-31 07:01:06 |
| HEAD | 2018-05-31 07:01:06 | /$OrphanFiles/basic.php/.git/logs/HEAD | 319 | 2018-05-31 07:04:53 | 2020-06-22 16:09:03 | 2018-05-31 07:04:53 |
| master | 2018-05-31 07:01:06 | /$OrphanFiles/basic.php/.git/logs/refs/heads/master | 319 | 2018-05-31 07:04:53 | 2020-06-22 16:09:03 | 2018-05-31 07:04:53 |
| HEAD | 2018-05-31 07:01:06 | /$OrphanFiles/basic.php/.git/logs/refs/remotes/origin/HEAD | 176 | 2018-05-31 07:01:06 | 2020-06-22 16:09:03 | 2018-05-31 07:01:06 |
| config | 2018-05-31 07:07:56 | /$OrphanFiles/c.api.moementgo.com/.git/config | 306 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |
| FETCH_HEAD | 2018-05-31 07:16:27 | /$OrphanFiles/c.api.moementgo.com/.git/FETCH_HEAD | 97 | 2018-07-19 08:36:41 | 2020-06-22 16:09:13 | 2018-07-19 08:36:41 |
| HEAD | 2018-05-31 07:07:56 | /$OrphanFiles/c.api.moementgo.com/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |
| config | 2018-04-23 07:22:14 | /$OrphanFiles/config | 365 | 2018-04-23 07:22:14 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| FETCH_HEAD | 2017-11-30 01:32:21 | /$OrphanFiles/FETCH_HEAD | 99 | 2019-12-11 03:24:24 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| HEAD | 2017-11-25 13:26:45 | /$OrphanFiles/logs/refs/remotes/origin/HEAD | 192 | 2017-11-25 13:26:45 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| backup.js | 2018-08-20 04:01:19 | /$OrphanFiles/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:04:07 | 2018-08-20 04:01:19 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| config | 2018-03-22 09:06:45 | /$OrphanFiles/web.moego.pet - 副本/.git/config | 381 | 2018-03-09 11:14:09 | 2019-12-19 09:26:17 | 2020-06-22 16:25:24 |
| FETCH_HEAD | 2018-03-22 09:06:45 | /$OrphanFiles/web.moego.pet - 副本/.git/FETCH_HEAD | 95 | 2018-03-20 12:17:53 | 2019-12-19 09:26:17 | 2020-06-22 16:25:24 |
| HEAD | 2018-03-22 09:06:45 | /$OrphanFiles/web.moego.pet - 副本/.git/logs/refs/remotes/origin/HEAD | 184 | 2018-02-23 09:12:26 | 2019-12-19 09:26:17 | 2020-06-22 16:25:24 |
| config | 2019-01-15 07:40:48 | /$OrphanFiles/web.moego.pet/.git/config | 439 | 2019-01-15 07:40:48 | 2019-12-19 09:23:13 | 2020-06-22 16:25:01 |
| FETCH_HEAD | 2018-03-06 06:34:45 | /$OrphanFiles/web.moego.pet/.git/FETCH_HEAD | 91 | 2019-11-25 07:10:35 | 2019-12-19 09:23:13 | 2020-06-22 16:25:01 |
| HEAD | 2018-02-23 09:12:26 | /$OrphanFiles/web.moego.pet/.git/logs/refs/remotes/origin/HEAD | 184 | 2018-02-23 09:12:26 | 2019-12-19 09:23:13 | 2020-06-22 16:25:01 |
| config | 2018-04-23 07:22:14 | /$OrphanFiles/www.moego.pet/.git/config | 365 | 2018-04-23 07:22:14 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| FETCH_HEAD | 2017-11-30 01:32:21 | /$OrphanFiles/www.moego.pet/.git/FETCH_HEAD | 99 | 2019-12-11 03:24:24 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| HEAD | 2017-11-25 13:26:45 | /$OrphanFiles/www.moego.pet/.git/logs/refs/remotes/origin/HEAD | 192 | 2017-11-25 13:26:45 | 2019-12-19 09:27:54 | 2020-06-22 16:25:38 |
| config | 2019-03-02 01:17:30 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1T3N1J/.git/config | 292 | 2018-09-13 02:58:22 | 2019-12-19 09:21:34 | 2020-06-22 16:14:50 |
| FETCH_HEAD | 2019-03-02 01:17:30 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1T3N1J/.git/FETCH_HEAD | 83 | 2018-12-20 07:07:12 | 2019-12-19 09:21:34 | 2020-06-22 16:14:50 |
| HEAD | 2019-03-02 01:17:30 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1T3N1J/.git/logs/refs/remotes/origin/HEAD | 172 | 2018-07-10 08:10:36 | 2019-12-19 09:21:34 | 2020-06-22 16:14:50 |
| config | 2019-03-02 01:25:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1UMITA/.git/config | 295 | 2018-07-10 03:10:49 | 2019-12-19 09:21:43 | 2020-06-22 16:15:10 |
| FETCH_HEAD | 2019-03-02 01:25:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1UMITA/.git/FETCH_HEAD | 86 | 2018-12-20 07:07:38 | 2019-12-19 09:21:43 | 2020-06-22 16:15:10 |
| HEAD | 2019-03-02 01:25:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1UMITA/.git/logs/refs/remotes/origin/HEAD | 175 | 2018-07-10 03:10:49 | 2019-12-19 09:21:43 | 2020-06-22 16:15:10 |
| backup.js | 2019-03-02 01:25:55 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R1UMITA/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:21:56 | 2020-06-22 16:15:12 |
| config | 2019-01-16 06:52:33 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R27GYD6.pet/.git/config | 365 | 2018-04-23 07:22:14 | 2019-12-19 09:22:41 | 2020-06-22 16:14:49 |
| FETCH_HEAD | 2019-01-16 06:52:33 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R27GYD6.pet/.git/FETCH_HEAD | 99 | 2019-05-31 06:33:01 | 2019-12-19 09:22:41 | 2020-06-22 16:14:49 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| HEAD | 2019-01-16 06:52:33 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R27GYD6.pet/.git/logs/refs/remotes/origin/HEAD | 192 | 2017-11-25 13:26:45 | 2019-12-19 09:22:41 | 2020-06-22 16:14:49 |
| config | 2019-02-18 07:17:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R6XFD0X/.git/config | 328 | 2019-02-18 07:17:31 | 2020-06-22 16:14:01 | 2020-06-22 16:30:01 |
| HEAD | 2019-02-18 07:17:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R6XFD0X/.git/logs/HEAD | 351 | 2019-02-19 07:41:36 | 2020-06-22 16:14:01 | 2020-06-22 16:30:01 |
| master | 2019-02-18 07:17:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R6XFD0X/.git/logs/refs/heads/master | 351 | 2019-02-19 07:41:36 | 2020-06-22 16:14:01 | 2020-06-22 16:30:01 |
| HEAD | 2019-02-18 07:17:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R6XFD0X/.git/logs/refs/remotes/origin/HEAD | 208 | 2019-02-18 07:17:31 | 2020-06-22 16:14:01 | 2020-06-22 16:30:01 |
| config | 2019-05-13 08:56:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R8N31DT/.git/config | 373 | 2019-05-13 08:56:31 | 2020-06-22 16:21:47 | 2020-06-22 16:31:50 |
| FETCH_HEAD | 2019-06-11 08:23:08 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R8N31DT/.git/FETCH_HEAD | 93 | 2019-09-19 00:27:57 | 2020-06-22 16:21:47 | 2020-06-22 16:31:50 |
| HEAD | 2019-05-13 08:52:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R8N31DT/.git/logs/refs/remotes/origin/HEAD | 194 | 2019-05-13 08:52:34 | 2020-06-22 16:21:47 | 2020-06-22 16:31:50 |
| backup.js | 2019-05-13 08:54:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$R8N31DT/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:21:52 | 2020-06-22 16:31:52 |
| config | 2019-08-13 02:14:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RAIYV7C/api.pet/.git/config | 299 | 2019-08-13 02:14:29 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| HEAD | 2019-08-13 02:14:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RAIYV7C/api.pet/.git/logs/HEAD | 322 | 2019-08-13 02:21:52 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| master | 2019-08-13 02:14:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RAIYV7C/api.pet/.git/logs/refs/heads/master | 322 | 2019-08-13 02:21:52 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| HEAD | 2019-08-13 02:14:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RAIYV7C/api.pet/.git/logs/refs/remotes/origin/HEAD | 179 | 2019-08-13 02:14:29 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| Dockerfile | 2019-08-13 02:15:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RAIYV7C/api.pet/docker/Dockerfile | 699 | 2018-07-20 03:05:56 | 2019-12-19 09:00:40 | 2020-06-22 15:45:19 |
| config | 2018-07-10 07:38:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/.git/config | 298 | 2018-07-10 07:38:17 | 2019-12-19 09:18:30 | 2020-06-22 16:14:31 |
| FETCH_HEAD | 2018-07-23 06:24:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/.git/FETCH_HEAD | 89 | 2018-07-23 06:24:31 | 2019-12-19 09:18:30 | 2020-06-22 16:14:31 |
| HEAD | 2018-07-10 07:38:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/.git/logs/HEAD | 631 | 2018-07-23 06:23:21 | 2019-12-19 09:18:30 | 2020-06-22 16:14:31 |
| master | 2018-07-10 07:38:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/.git/logs/refs/heads/master | 327 | 2018-07-23 06:23:21 | 2019-12-19 09:18:30 | 2020-06-22 16:14:31 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| HEAD | 2018-07-10 07:38:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/.git/logs/refs/remotes/origin/HEAD | 178 | 2018-07-10 07:38:17 | 2019-12-19 09:18:30 | 2020-06-22 16:14:31 |
| BackupStatement.php | 2018-07-10 07:38:19 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/BackupStatement.php | 607 | 2018-07-10 07:38:19 | 2019-12-19 09:18:35 | 2020-06-22 16:14:33 |
| RestoreStatement.php | 2018-07-10 07:38:19 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/RestoreStatement.php | 554 | 2018-07-10 07:38:19 | 2019-12-19 09:18:35 | 2020-06-22 16:14:33 |
| araxis | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/araxis | 412 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| bc | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/bc | 426 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| codecompare | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/codecompare | 412 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| diffuse | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/diffuse | 299 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| ecmerge | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/ecmerge | 356 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| opendiff | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/opendiff | 317 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| p4merge | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/p4merge | 689 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| tortoisemerge | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/tortoisemerge | 672 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| xxdiff | 2018-07-10 07:38:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RBN73GZ.back/temp/git-2.2.1/mergetools/xxdiff | 643 | 2018-07-10 07:38:21 | 2019-12-19 09:19:01 | 2020-06-22 16:14:34 |
| config | 2019-01-15 07:05:52 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RCBFYC1.test/.git/config | 329 | 2018-12-29 14:21:18 | 2020-06-22 16:13:49 | 2020-06-22 16:29:55 |
| FETCH_HEAD | 2019-01-15 07:05:52 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RCBFYC1.test/.git/FETCH_HEAD | 113 | 2019-01-15 06:28:14 | 2020-06-22 16:13:49 | 2020-06-22 16:29:55 |
| master | 2019-01-15 07:05:52 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RCBFYC1.test/.git/logs/refs/heads/master | 209 | 2018-12-29 14:21:18 | 2020-06-22 16:13:49 | 2020-06-22 16:29:55 |
| HEAD | 2019-01-15 07:05:52 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RCBFYC1.test/.git/logs/refs/remotes/origin/HEAD | 209 | 2018-12-29 14:21:18 | 2020-06-22 16:13:49 | 2020-06-22 16:29:55 |
| config | 2018-12-03 13:08:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RDKACS9/.git/config | 332 | 2018-12-03 13:08:47 | 2020-06-22 16:14:01 | 2020-06-22 16:29:55 |
| HEAD | 2018-12-03 13:08:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RDKACS9/.git/logs/HEAD | 212 | 2018-12-03 13:08:47 | 2020-06-22 16:14:01 | 2020-06-22 16:29:55 |

Highly Confidential - Attorney's Eyes Only

| master | 2018-12-03 13:08:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RDKACS9/.git/logs/refs/heads/master | 212 | 2018-12-03 13:08:47 | 2020-06-22 16:14:01 | 2020-06-22 16:29:55 |
|---|---|---|---|---|---|---|
| HEAD | 2018-12-03 13:08:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RDKACS9/.git/logs/refs/remotes/origin/HEAD | 212 | 2018-12-03 13:08:47 | 2020-06-22 16:14:01 | 2020-06-22 16:29:55 |
| config | 2019-03-11 05:18:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RFBZKBQ/.git/config | 305 | 2018-12-13 02:34:12 | 2020-06-22 16:16:39 | 2020-06-22 16:30:54 |
| FETCH_HEAD | 2019-03-11 05:18:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RFBZKBQ/.git/FETCH_HEAD | 105 | 2019-03-12 13:22:34 | 2020-06-22 16:16:39 | 2020-06-22 16:30:54 |
| HEAD | 2019-03-11 05:18:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RFBZKBQ/.git/logs/refs/remotes/origin/HEAD | 185 | 2017-12-04 11:52:29 | 2020-06-22 16:16:39 | 2020-06-22 16:30:54 |
| backup.js | 2019-03-11 05:18:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RFBZKBQ/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:16:47 | 2020-06-22 16:30:56 |
| config | 2019-08-27 08:32:54 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/api/.git/config | 308 | 2019-08-27 08:32:54 | 2019-12-19 09:02:55 | 2020-06-22 15:42:40 |
| FETCH_HEAD | 2018-10-07 08:36:30 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/api/.git/FETCH_HEAD | 85 | 2019-10-15 00:19:56 | 2019-12-19 09:02:55 | 2020-06-22 15:42:40 |
| Dockerfile | 2018-09-28 06:46:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:02:59 | 2020-06-22 15:42:40 |
| config | 2019-08-27 08:34:12 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/front/.git/config | 312 | 2019-08-27 08:34:12 | 2019-12-19 09:03:09 | 2020-06-22 15:42:43 |
| FETCH_HEAD | 2018-10-07 08:36:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/front/.git/FETCH_HEAD | 88 | 2018-12-21 07:18:01 | 2019-12-19 09:03:09 | 2020-06-22 15:42:43 |
| backup.js | 2018-09-28 07:44:48 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:03:22 | 2020-06-22 15:42:44 |
| config | 2019-08-27 08:34:53 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/front_release/.git/config | 259 | 2019-08-27 08:34:53 | 2019-12-19 09:04:08 | 2020-06-22 15:42:50 |
| FETCH_HEAD | 2018-12-13 09:26:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/front_release/.git/FETCH_HEAD | 96 | 2018-12-21 07:46:41 | 2019-12-19 09:04:08 | 2020-06-22 15:42:50 |
| Dockerfile | 2019-06-27 06:30:42 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/99plus1/新建文件夹/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:04:13 | 2020-06-22 15:42:51 |
| config | 2018-08-13 04:42:08 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/admin_front/.git/config | 298 | 2018-08-13 04:42:08 | 2019-12-19 09:04:25 | 2020-06-22 15:42:53 |
| HEAD | 2018-08-13 04:42:08 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/admin_front/.git/logs/refs/remotes/origin/HEAD | 178 | 2018-08-13 04:42:08 | 2019-12-19 09:04:25 | 2020-06-22 15:42:53 |
| backup.js | 2018-08-13 04:44:51 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/admin_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:04:36 | 2020-06-22 15:42:55 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| config | 2018-08-23 08:35:22 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/api/.git/config | 351 | 2018-08-23 08:35:22 | 2019-12-19 09:05:21 | 2020-06-22 15:43:00 |
| HEAD | 2018-08-13 04:40:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/api/.git/logs/refs/remotes/origin/HEAD | 170 | 2018-08-13 04:40:04 | 2019-12-19 09:05:21 | 2020-06-22 15:43:00 |
| Dockerfile | 2018-08-13 04:40:52 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:05:26 | 2020-06-22 15:43:01 |
| config | 2018-08-13 04:43:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/release.admin.front/.git/config | 306 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| HEAD | 2018-08-13 04:43:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/release.admin.front/.git/logs/HEAD | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| master | 2018-08-13 04:43:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/release.admin.front/.git/logs/refs/heads/master | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| HEAD | 2018-08-13 04:43:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RGPLI59/jiu/release.admin.front/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| config | 2018-07-23 06:28:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/.git/config | 298 | 2018-07-23 06:28:03 | 2019-12-19 09:18:17 | 2020-06-22 16:14:29 |
| HEAD | 2018-07-23 06:28:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/.git/logs/HEAD | 319 | 2018-07-23 06:29:47 | 2019-12-19 09:18:17 | 2020-06-22 16:14:29 |
| master | 2018-07-23 06:28:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/.git/logs/refs/heads/master | 319 | 2018-07-23 06:29:47 | 2019-12-19 09:18:17 | 2020-06-22 16:14:29 |
| HEAD | 2018-07-23 06:28:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/.git/logs/refs/remotes/origin/HEAD | 178 | 2018-07-23 06:28:03 | 2019-12-19 09:18:17 | 2020-06-22 16:14:29 |
| BackupStatement.php | 2018-07-23 06:28:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/BackupStatement.php | 607 | 2018-07-23 06:28:04 | 2019-12-19 09:18:23 | 2020-06-22 16:14:30 |
| RestoreStatement.php | 2018-07-23 06:28:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/RestoreStatement.php | 554 | 2018-07-23 06:28:04 | 2019-12-19 09:18:23 | 2020-06-22 16:14:30 |
| araxis | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/araxis | 412 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| bc | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/bc | 426 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| codecompare | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/codecompare | 412 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| diffuse | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/diffuse | 299 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| ecmerge | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/ecmerge | 356 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| opendiff | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/opendiff | 317 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| p4merge | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/p4merge | 689 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| tortoisemerge | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/tortoisemerge | 672 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| xxdiff | 2018-07-23 06:28:05 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RKERZYM/temp/git-2.2.1/mergetools/xxdiff | 643 | 2018-07-23 06:28:05 | 2019-12-19 09:18:25 | 2020-06-22 16:14:31 |
| config | 2019-05-09 07:23:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_admin_front/.git/config | 334 | 2019-05-09 07:23:31 | 2020-06-22 16:14:11 | 2020-06-22 16:30:15 |
| FETCH_HEAD | 2019-05-10 06:34:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_admin_front/.git/FETCH_HEAD | 113 | 2019-07-29 09:18:30 | 2020-06-22 16:14:11 | 2020-06-22 16:30:15 |
| HEAD | 2019-05-09 07:23:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_admin_front/.git/logs/refs/remotes/origin/HEAD | 214 | 2019-05-09 07:23:31 | 2020-06-22 16:14:11 | 2020-06-22 16:30:15 |
| backup.js | 2019-05-09 08:12:39 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_admin_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:14:18 | 2020-06-22 16:30:17 |
| config | 2019-05-09 09:44:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_admin/.git/config | 333 | 2019-05-09 09:44:17 | 2020-06-22 16:14:41 | 2020-06-22 16:30:23 |
| FETCH_HEAD | 2019-05-09 09:45:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_admin/.git/FETCH_HEAD | 112 | 2019-07-22 02:43:49 | 2020-06-22 16:14:41 | 2020-06-22 16:30:23 |
| HEAD | 2019-05-09 09:44:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_admin/.git/logs/refs/remotes/origin/HEAD | 213 | 2019-05-09 09:44:17 | 2020-06-22 16:14:41 | 2020-06-22 16:30:23 |
| config | 2019-05-09 09:39:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/.git/config | 333 | 2019-05-09 09:39:41 | 2020-06-22 16:14:48 | 2020-06-22 16:30:25 |
| FETCH_HEAD | 2019-05-10 02:45:46 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/.git/FETCH_HEAD | 112 | 2019-05-15 03:22:26 | 2020-06-22 16:14:48 | 2020-06-22 16:30:25 |
| HEAD | 2019-05-09 09:39:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/.git/logs/HEAD | 528 | 2019-05-15 03:22:26 | 2020-06-22 16:14:48 | 2020-06-22 16:30:25 |
| master | 2019-05-09 09:39:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/.git/logs/refs/heads/master | 376 | 2019-05-15 03:22:26 | 2020-06-22 16:14:48 | 2020-06-22 16:30:25 |
| HEAD | 2019-05-09 09:39:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/.git/logs/refs/remotes/origin/HEAD | 213 | 2019-05-09 09:39:41 | 2020-06-22 16:14:48 | 2020-06-22 16:30:25 |
| backup.js | 2019-05-09 09:40:59 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_kefu_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:14:56 | 2020-06-22 16:30:27 |
| config | 2019-05-09 07:20:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_u_php/.git/config | 328 | 2019-05-09 07:20:35 | 2020-06-22 16:15:20 | 2020-06-22 16:30:33 |

NISOS

| HEAD | 2019-05-09 07:20:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_u_php/.git/logs/HEAD | 208 | 2019-05-09 07:20:35 | 2020-06-22 16:15:20 | 2020-06-22 16:30:33 |
|---|---|---|---|---|---|---|
| master | 2019-05-09 07:20:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_u_php/.git/logs/refs/heads/master | 208 | 2019-05-09 07:20:35 | 2020-06-22 16:15:20 | 2020-06-22 16:30:33 |
| HEAD | 2019-05-09 07:20:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/laidan_u_php/.git/logs/refs/remotes/origin/HEAD | 208 | 2019-05-09 07:20:35 | 2020-06-22 16:15:20 | 2020-06-22 16:30:33 |
| config | 2019-05-16 09:59:48 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/release_laidan_admin_front/.git/config | 402 | 2019-05-16 09:59:48 | 2020-06-22 16:15:25 | 2020-06-22 16:30:34 |
| FETCH_HEAD | 2019-05-29 04:10:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/release_laidan_admin_front/.git/FETCH_HEAD | 138 | 2019-05-29 04:10:37 | 2020-06-22 16:15:25 | 2020-06-22 16:30:34 |
| HEAD | 2019-05-09 08:14:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RLQA61Y/release_laidan_admin_front/.git/logs/refs/remotes/origin/HEAD | 223 | 2019-05-09 08:14:03 | 2020-06-22 16:15:25 | 2020-06-22 16:30:34 |
| config | 2019-12-11 11:25:37 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_admin_front/.git/config | 332 | 2019-12-11 11:25:37 | 2019-12-19 08:57:27 | 2020-06-22 15:34:58 |
| FETCH_HEAD | 2019-12-13 01:42:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_admin_front/.git/FETCH_HEAD | 111 | 2019-12-15 10:37:42 | 2019-12-19 08:57:27 | 2020-06-22 15:34:58 |
| HEAD | 2019-12-11 11:25:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_admin_front/.git/logs/refs/remotes/origin/HEAD | 212 | 2019-12-11 11:25:36 | 2019-12-19 08:57:27 | 2020-06-22 15:34:58 |
| backup.js | 2019-12-14 12:25:26 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_admin_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 08:57:46 | 2020-06-22 15:35:00 |
| config | 2019-12-13 01:49:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_api/.git/config | 324 | 2019-12-13 01:49:21 | 2019-12-19 08:58:49 | 2020-06-22 15:35:06 |
| FETCH_HEAD | 2019-12-14 10:03:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_api/.git/FETCH_HEAD | 103 | 2019-12-18 12:41:44 | 2019-12-19 08:58:49 | 2020-06-22 15:35:06 |
| HEAD | 2019-12-13 01:49:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/heycharge_api/.git/logs/refs/remotes/origin/HEAD | 204 | 2019-12-13 01:49:21 | 2019-12-19 08:58:49 | 2020-06-22 15:35:06 |
| config | 2019-11-16 08:53:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/website/.git/config | 390 | 2019-11-16 08:53:25 | 2019-12-19 08:58:55 | 2020-06-22 15:35:08 |
| FETCH_HEAD | 2019-12-06 06:43:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/website/.git/FETCH_HEAD | 104 | 2019-12-18 12:08:32 | 2019-12-19 08:58:55 | 2020-06-22 15:35:08 |
| master | 2019-11-16 08:53:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/website/.git/logs/refs/heads/master | 202 | 2019-11-16 08:53:03 | 2019-12-19 08:58:55 | 2020-06-22 15:35:08 |
| HEAD | 2019-11-16 08:53:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RM9BGRV/website/.git/logs/refs/remotes/origin/HEAD | 202 | 2019-11-16 08:53:03 | 2019-12-19 08:58:55 | 2020-06-22 15:35:08 |

Highly Confidential - Attorney's Eyes Only

| config | 2018-01-22 12:16:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RMUSURO.com/.git/config | 306 | 2018-01-22 12:16:35 | 2019-12-19 09:27:46 | 2020-06-22 16:15:12 |
| HEAD | 2018-01-22 12:16:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RMUSURO.com/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-01-22 12:16:35 | 2019-12-19 09:27:47 | 2020-06-22 16:15:12 |
| config | 2018-09-13 02:58:22 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RNF58WI/.git/config | 292 | 2018-09-13 02:58:22 | 2019-12-19 09:17:11 | 2020-06-22 15:36:55 |
| FETCH_HEAD | 2018-07-13 06:29:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RNF58WI/.git/FETCH_HEAD | 83 | 2018-12-20 07:07:12 | 2019-12-19 09:17:11 | 2020-06-22 15:36:55 |
| HEAD | 2018-07-10 08:10:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RNF58WI/.git/logs/refs/remotes/origin/HEAD | 172 | 2018-07-10 08:10:36 | 2019-12-19 09:17:11 | 2020-06-22 15:36:55 |
| config | 2018-02-27 13:26:53 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RPV92TW.pet/.git/config | 308 | 2018-02-27 13:26:53 | 2019-12-19 09:21:29 | 2020-06-22 16:13:59 |
| FETCH_HEAD | 2018-03-07 07:41:21 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RPV92TW.pet/.git/FETCH_HEAD | 99 | 2019-10-06 08:47:10 | 2019-12-19 09:21:29 | 2020-06-22 16:13:59 |
| HEAD | 2018-02-27 13:26:53 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RPV92TW.pet/.git/logs/refs/remotes/origin/HEAD | 188 | 2018-02-27 13:26:53 | 2019-12-19 09:21:29 | 2020-06-22 16:13:59 |
| config | 2018-07-06 07:21:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/.git/config | 297 | 2018-07-06 07:21:23 | 2019-12-19 09:10:50 | 2020-06-22 16:18:10 |
| HEAD | 2018-07-06 07:21:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/.git/logs/HEAD | 320 | 2018-07-06 07:41:25 | 2019-12-19 09:10:50 | 2020-06-22 16:18:10 |
| master | 2018-07-06 07:21:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/.git/logs/refs/heads/master | 320 | 2018-07-06 07:41:25 | 2019-12-19 09:10:50 | 2020-06-22 16:18:10 |
| HEAD | 2018-07-06 07:21:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/.git/logs/refs/remotes/origin/HEAD | 177 | 2018-07-06 07:21:23 | 2019-12-19 09:10:50 | 2020-06-22 16:18:10 |
| echarts-en.common.js | 2018-07-06 07:42:22 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/echarts-en.common.js | 1414086 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| echarts-en.js | 2018-07-06 07:42:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/echarts-en.js | 2194019 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| echarts-en.js.map | 2018-07-06 07:42:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/echarts-en.js.map | 4133652 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| echarts-en.simple.js | 2018-07-06 07:42:26 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/echarts-en.simple.js | 904627 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| echarts.common.js | 2018-07-06 07:42:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/echarts.common.js | 1414100 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |

NISOS.

| echarts.js | 2018-07-06 07:42:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/ echarts.js | 2194 030 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
|---|---|---|---|---|---|---|
| echarts.js.map | 2018-07-06 07:42:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/ echarts.js.map | 4133 639 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| echarts.simple.js | 2018-07-06 07:42:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/echarts/dist/ echarts.simple.js | 9046 27 | 2017-11-14 06:13:17 | 2019-12-19 09:11:36 | 2020-06-22 16:18:22 |
| Global.js | 2018-07-06 07:42:30 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/echarts/lib/ model/Global.js | 1927 3 | 2017-11-14 06:16:17 | 2019-12-19 09:11:37 | 2020-06-22 16:18:23 |
| Global.js | 2018-07-06 07:42:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/echarts/src/ model/Global.js | 2251 3 | 2017-11-13 02:49:54 | 2019-12-19 09:11:38 | 2020-06-22 16:18:24 |
| filter-pipe.js | 2018-07-06 07:42:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/fstream/exa mples/filter-pipe.js | 3509 | 2015-09-10 00:18:31 | 2019-12-19 09:11:50 | 2020-06-22 16:18:28 |
| pipe.js | 2018-07-06 07:42:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/fstream/exa mples/pipe.js | 2931 | 2015-09-10 00:18:31 | 2019-12-19 09:11:50 | 2020-06-22 16:18:28 |
| parser.cpp | 2018-07-06 07:42:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/node-sass/s rc/libsass/src/parser.cpp | 9770 3 | 2017-07-03 04:12:38 | 2019-12-19 09:12:02 | 2020-06-22 16:18:35 |
| eject.js | 2018-07-06 07:42:22 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/react-scripts /scripts/eject.js | 8535 | 2018-07-06 07:42:22 | 2019-12-19 09:12:11 | 2020-06-22 16:18:41 |
| regjsgen.js | 2018-07-06 07:42:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/regjsgen/re gjsgen.js | 1045 5 | 2014-09-02 04:33:52 | 2019-12-19 09:12:11 | 2020-06-22 16:18:41 |
| parser.js | 2018-07-06 07:42:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/spdx-expres sion-parse/parser.js | 3894 2 | 2016-10-05 20:12:40 | 2019-12-19 09:12:13 | 2020-06-22 16:18:42 |
| star.4.html | 0001-01-01 00:00:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/tar/test/fixtur es.tgz/fixtures/packtest/star.4.html | 5408 1 | 2007-05-06 13:25:06 | 0001-01-01 00:00:00 | 0001-01-01 00:00:00 |
| compress.js | 2018-07-06 07:42:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/uglify-js/lib/c ompress.js | 2575 52 | 2018-02-22 11:56:34 | 2019-12-19 09:12:14 | 2020-06-22 16:18:43 |
| jquery-1.8.1.js | 2018-07-06 07:42:23 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/node_modules/webpack-de v-server/client/web_modules/jquery/jquery-1.8.1.js | 2599 96 | 2017-11-02 13:11:22 | 2019-12-19 09:12:17 | 2020-06-22 16:18:44 |
| semantic.js | 2018-07-06 07:21:49 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/public/scripts/semantic.js | 7668 85 | 2018-02-23 09:12:26 | 2019-12-19 09:12:19 | 2020-06-22 16:18:45 |
| semantic.min.js | 2018-07-06 07:21:49 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/admin_base/public/scripts/semantic.min. js | 4002 14 | 2018-03-09 10:26:31 | 2019-12-19 09:12:19 | 2020-06-22 16:18:45 |

Highly Confidential - Attorney's Eyes Only

NISOS

| faq.txt | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/doc/html/_sources/faq.txt | 94993 | 2017-05-26 13:22:38 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
|---|---|---|---|---|---|---|
| setup.txt | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/doc/html/_sources/setup.txt | 38054 | 2017-05-26 13:22:38 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| faq.html | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/doc/html/faq.html | 204834 | 2017-05-26 13:22:35 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| searchindex.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/doc/html/searchindex.js | 67200 | 2017-05-26 13:22:37 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| setup.html | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/doc/html/setup.html | 110682 | 2017-05-26 13:22:35 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| codemirror.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/js/codemirror/lib/codemirror.js | 348334 | 2017-05-26 13:22:38 | 2019-12-19 09:12:22 | 2020-06-22 16:18:47 |
| javascript.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/js/codemirror/mode/javascript/javascript.js | 30693 | 2017-05-26 13:22:38 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| sql.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/js/codemirror/mode/sql/sql.js | 34151 | 2017-05-26 13:22:38 | 2019-12-19 09:12:21 | 2020-06-22 16:18:47 |
| normalization.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/js/normalization.js | 27010 | 2017-05-26 13:22:38 | 2019-12-19 09:12:22 | 2020-06-22 16:18:47 |
| zxcvbn.js | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/js/zxcvbn.js | 821711 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:47 |
| Config.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/Config.php | 56403 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| insert_edit.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/insert_edit.lib.php | 114930 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| normalization.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/normalization.lib.php | 34783 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| rte_events.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/rte/rte_events.lib.php | 23808 | 2017-05-26 13:22:40 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| rte_general.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/rte/rte_general.lib.php | 2597 | 2017-05-26 13:22:40 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| rte_routines.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/rte/rte_routines.lib.php | 63782 | 2017-05-26 13:22:40 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| rte_triggers.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/rte/rte_triggers.lib.php | 16779 | 2017-05-26 13:22:40 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |

Highly Confidential - Attorney's Eyes Only

NISOS

| server_privileges.lib.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/server_privileges.lib.php | 175509 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
|---|---|---|---|---|---|---|
| tbl_columns_definition_form.inc.php | 2018-07-06 04:55:44 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/libraries/tbl_columns_definition_form.inc.php | 13781 | 2017-05-26 13:22:39 | 2019-12-19 09:12:22 | 2020-06-22 16:18:48 |
| column_definitions_form.phtml | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/templates/columns_definitions/column_definitions_form.phtml | 6735 | 2017-05-26 13:22:43 | 2019-12-19 09:12:23 | 2020-06-22 16:18:48 |
| ContextMySql50000.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50000.php | 15930 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| ContextMySql50100.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50100.php | 17630 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| ContextMySql50500.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50500.php | 17916 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| ContextMySql50600.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50600.php | 20557 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| ContextMySql50700.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50700.php | 21751 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| Parser.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Parser.php | 20215 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| BackupStatement.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/BackupStatement.php | 574 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| RestoreStatement.php | 2018-07-06 04:55:43 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/RestoreStatement.php | 524 | 2017-05-26 13:22:51 | 2019-12-19 09:12:25 | 2020-06-22 16:18:49 |
| jquery-1.12.2.min.js | 2018-07-06 04:55:42 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/statics/jquery/jquery-1.12.2.min.js | 267739 | 2016-08-06 14:23:02 | 2019-12-19 09:12:25 | 2020-06-22 16:18:50 |
| website-ssl.sh | 2018-07-06 04:55:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/website-ssl.sh | 7297 | 2017-06-13 14:28:06 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
| website-ssl.sh | 0001-01-01 00:00:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/website-ssl.sh-master.zip/website-ssl.sh-master/website-ssl.sh | 7303 | 2017-04-05 03:55:40 | 0001-01-01 00:00:00 | 0001-01-01 00:00:00 |
| website-ssl.sh | 2018-07-06 04:55:41 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/default/website-ssl.sh-master/website-ssl.sh | 7304 | 2017-06-13 15:01:20 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
| config | 2018-07-06 07:45:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_admin/.git/config | 301 | 2018-07-06 07:45:34 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
| FETCH_HEAD | 2018-07-10 00:31:54 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_admin/.git/FETCH_HEAD | 92 | 2018-07-10 00:31:55 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |

| HEAD | 2018-07-06 07:45:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/.git/logs/HEAD | 476 | 2018-07-06 17:34:15 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
|---|---|---|---|---|---|---|
| master | 2018-07-06 07:45:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/.git/logs/refs/heads/ma ster | 476 | 2018-07-06 17:34:15 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
| HEAD | 2018-07-06 07:45:34 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/.git/logs/refs/remotes/o rigin/HEAD | 181 | 2018-07-06 07:45:34 | 2019-12-19 09:12:26 | 2020-06-22 16:18:50 |
| async.js | 2018-07-09 05:08:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/async/d ist/async.js | 1845 05 | 2017-11-07 02:44:55 | 2019-12-19 09:12:29 | 2020-06-22 16:18:52 |
| tryEach.js | 2018-07-09 05:08:31 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/async/tr yEach.js | 2560 | 2017-11-07 02:44:46 | 2019-12-19 09:12:29 | 2020-06-22 16:18:52 |
| filter-pipe.js | 2018-07-09 05:08:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/fstream /examples/filter-pipe.js | 3509 | 2015-09-10 00:18:31 | 2019-12-19 09:13:29 | 2020-06-22 16:19:07 |
| pipe.js | 2018-07-09 05:08:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/fstream /examples/pipe.js | 2931 | 2015-09-10 00:18:31 | 2019-12-19 09:13:29 | 2020-06-22 16:19:07 |
| parser.cpp | 2018-07-09 05:08:27 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/node-s ass/src/libsass/src/parser.cpp | 9770 3 | 2017-07-03 04:12:38 | 2019-12-19 09:13:42 | 2020-06-22 16:19:14 |
| eject.js | 2018-07-09 05:08:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/react-sc ripts/scripts/eject.js | 8535 | 2018-07-09 05:08:24 | 2019-12-19 09:13:49 | 2020-06-22 16:19:19 |
| regjsgen.js | 2018-07-09 05:08:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/regjsge n/regjsgen.js | 1045 5 | 2014-09-02 04:33:52 | 2019-12-19 09:13:50 | 2020-06-22 16:19:20 |
| popup.js | 2018-07-10 01:10:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/semanti c-ui-css/components/popup.js | 5049 8 | 1985-10-26 08:15:00 | 2019-12-19 09:13:51 | 2020-06-22 16:19:21 |
| popup.min.js | 2018-07-10 01:10:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/semanti c-ui-css/components/popup.min.js | 1858 1 | 1985-10-26 08:15:00 | 2019-12-19 09:13:51 | 2020-06-22 16:19:21 |
| semantic.js | 2018-07-10 01:10:35 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/semanti c-ui-css/semantic.js | 7323 99 | 1985-10-26 08:15:00 | 2019-12-19 09:13:51 | 2020-06-22 16:19:21 |
| semantic.min.js | 2018-07-10 01:10:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/semanti c-ui-css/semantic.min.js | 2745 12 | 1985-10-26 08:15:00 | 2019-12-19 09:13:51 | 2020-06-22 16:19:21 |
| parser.js | 2018-07-09 05:08:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/spdx-ex pression-parse/parser.js | 3894 2 | 2016-10-05 20:12:40 | 2019-12-19 09:13:52 | 2020-06-22 16:19:21 |
| star.4.html | 0001-01-01 00:00:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746 557-1001/$RQ2XUKA/gongdian_admin/node_modules/tar/test/ fixtures.tgz/fixtures/packtest/star.4.html | 5408 1 | 2007-05-06 13:25:06 | 0001-01-01 00:00:00 | 0001-01-01 00:00:00 |

| compress.js | 2018-07-09 05:08:26 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_admin/node_modules/uglify-js/lib/compress.js | 257552 | 2018-02-22 11:56:34 | 2019-12-19 09:13:53 | 2020-06-22 16:19:22 |
|---|---|---|---|---|---|---|
| jquery-1.8.1.js | 2018-07-09 05:08:25 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_admin/node_modules/webpack-dev-server/client/web_modules/jquery/jquery-1.8.1.js | 259996 | 2017-11-02 13:11:22 | 2019-12-19 09:13:56 | 2020-06-22 16:19:23 |
| semantic.min.js | 2018-07-10 01:20:26 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_admin/public/scripts/semantic.min.js | 274512 | 1985-10-26 08:15:00 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| config | 2018-07-24 06:17:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/.git/config | 306 | 2018-07-24 06:17:24 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| FETCH_HEAD | 2018-07-24 06:24:51 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/.git/FETCH_HEAD | 97 | 2019-03-02 01:08:30 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| HEAD | 2018-07-24 06:17:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/.git/logs/HEAD | 4490 | 2019-03-02 01:08:30 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| master | 2018-07-24 06:17:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/.git/logs/refs/heads/master | 3882 | 2019-03-02 01:08:30 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| HEAD | 2018-07-24 06:17:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-07-24 06:17:24 | 2019-12-19 09:13:57 | 2020-06-22 16:19:23 |
| faq.txt | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/doc/html/_sources/faq.txt | 97293 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| setup.txt | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/doc/html/_sources/setup.txt | 39089 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| faq.html | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/doc/html/faq.html | 206874 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| searchindex.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/doc/html/searchindex.js | 67200 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| setup.html | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/doc/html/setup.html | 112025 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| codemirror.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/js/codemirror/lib/codemirror.js | 357446 | 2018-07-24 06:25:17 | 2019-12-19 09:14:05 | 2020-06-22 16:19:26 |
| javascript.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/js/codemirror/mode/javascript/javascript.js | 31488 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| sql.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/js/codemirror/mode/sql/sql.js | 34564 | 2018-07-24 06:25:17 | 2019-12-19 09:14:04 | 2020-06-22 16:19:26 |
| normalization.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/js/normalization.js | 27720 | 2018-07-24 06:25:17 | 2019-12-19 09:14:05 | 2020-06-22 16:19:26 |

**NISOS**

| zxcvbn.js | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/js/zxcvbn.js | 821739 | 2018-07-24 06:25:17 | 2019-12-19 09:14:24 | 2020-06-22 16:19:26 |
|---|---|---|---|---|---|---|
| Config.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/Config.php | 58154 | 2018-07-24 06:25:17 | 2019-12-19 09:14:06 | 2020-06-22 16:19:26 |
| insert_edit.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/insert_edit.lib.php | 117952 | 2018-07-24 06:25:17 | 2019-12-19 09:14:07 | 2020-06-22 16:19:26 |
| normalization.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/normalization.lib.php | 35763 | 2018-07-24 06:25:17 | 2019-12-19 09:14:07 | 2020-06-22 16:19:26 |
| rte_events.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/rte/rte_events.lib.php | 24423 | 2018-07-24 06:25:17 | 2019-12-19 09:14:07 | 2020-06-22 16:19:26 |
| rte_general.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/rte/rte_general.lib.php | 2687 | 2018-07-24 06:25:17 | 2019-12-19 09:14:07 | 2020-06-22 16:19:26 |
| rte_routines.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/rte/rte_routines.lib.php | 65485 | 2018-07-24 06:25:17 | 2019-12-19 09:14:07 | 2020-06-22 16:19:26 |
| rte_triggers.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/rte/rte_triggers.lib.php | 17245 | 2018-07-24 06:25:17 | 2019-12-19 09:14:08 | 2020-06-22 16:19:26 |
| server_privileges.lib.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/server_privileges.lib.php | 180806 | 2018-07-24 06:25:17 | 2019-12-19 09:14:08 | 2020-06-22 16:19:26 |
| tbl_columns_definition_form.inc.php | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/libraries/tbl_columns_definition_form.inc.php | 14194 | 2018-07-24 06:25:17 | 2019-12-19 09:14:08 | 2020-06-22 16:19:26 |
| column_definitions_form.phtml | 2018-07-24 06:25:17 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/templates/columns_definitions/column_definition_form.phtml | 6905 | 2018-07-24 06:25:17 | 2019-12-19 09:14:08 | 2020-06-22 16:19:27 |
| ContextMySql50000.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50000.php | 16213 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| ContextMySql50100.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50100.php | 17938 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| ContextMySql50500.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50500.php | 18229 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| ContextMySql50600.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50600.php | 20899 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| ContextMySql50700.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Contexts/ContextMySql50700.php | 22105 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| Parser.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Parser.php | 20786 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| BackupStatement.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/BackupStatement.php | 607 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| RestoreStatement.php | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/phpmyadmin/vendor/phpmyadmin/sql-parser/src/Statements/RestoreStatement.php | 554 | 2018-07-24 06:25:18 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| README.md | 2018-07-24 06:17:24 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/README.md | 1369 | 2018-07-24 06:17:24 | 2019-12-19 09:14:25 | 2020-06-22 16:19:28 |
| jquery-1.12.2.min.js | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/statics/jquery/jquery-1.12.2.min.js | 267739 | 2018-07-24 06:25:18 | 2019-12-19 09:14:26 | 2020-06-22 16:19:28 |
| HipChatHandlerTest.php | 2019-01-11 06:34:57 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/vendor/monolog/monolog/tests/Monolog/Handler/HipChatHandlerTest.php | 10752 | 2019-01-11 06:34:57 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| PushoverHandlerTest.php | 2019-01-11 06:34:57 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/vendor/monolog/monolog/tests/Monolog/Handler/PushoverHandlerTest.php | 5391 | 2019-01-11 06:34:57 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| website-ssl.sh | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/website-ssl.sh | 7561 | 2018-07-24 06:25:18 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| website-ssl.sh | 0001-01-01 00:00:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/website-ssl.sh-master/website-ssl.zip/website-ssl-master/website-ssl.sh | 7303 | 2017-04-05 03:55:40 | 0001-01-01 00:00:00 | 0001-01-01 00:00:00 |
| website-ssl.sh | 2018-07-24 06:25:18 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/gongdian_wechat_api/website-ssl.sh-master/website-ssl.sh | 7568 | 2018-07-24 06:25:18 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| config | 2018-07-13 07:20:13 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/release.admin.cdb/.git/config | 304 | 2018-07-13 07:20:13 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| FETCH_HEAD | 2018-07-23 07:32:55 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/release.admin.cdb/.git/FETCH_HEAD | 98 | 2019-11-27 15:39:33 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| HEAD | 2018-07-13 07:20:13 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/release.admin.cdb/.git/logs/HEAD | 15858 | 2019-11-27 22:15:43 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| master | 2018-07-13 07:20:13 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/release.admin.cdb/.git/logs/refs/heads/master | 7118 | 2019-09-26 09:13:15 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |
| HEAD | 2018-07-13 07:20:13 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/release.admin.cdb/.git/logs/refs/remotes/origin/HEAD | 184 | 2018-07-13 07:20:13 | 2019-12-19 09:14:27 | 2020-06-22 16:19:28 |

Highly Confidential - Attorney's Eyes Only

| async.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/async/dist/async.js | 184505 | 2017-11-07 02:44:55 | 2019-12-19 09:14:37 | 2020-06-22 16:19:32 |
|---|---|---|---|---|---|---|
| tryEach.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/async/tryEach.js | 2560 | 2017-11-07 02:44:46 | 2019-12-19 09:14:37 | 2020-06-22 16:19:32 |
| History.md | 2018-08-03 00:27:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/chai/History.md | 37611 | 2015-07-19 17:05:20 | 2019-12-19 09:14:50 | 2020-06-22 16:19:34 |
| puppet.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/highlight.js/lib/languages/puppet.js | 5409 | 2017-05-31 02:47:33 | 2019-12-19 09:15:16 | 2020-06-22 16:19:40 |
| sql.js | 2018-08-03 00:27:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/highlight.js/lib/languages/sql.js | 14482 | 2017-05-31 02:47:33 | 2019-12-19 09:15:17 | 2020-06-22 16:19:40 |
| file.js | 2018-08-03 00:27:02 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/log4js/lib/appenders/file.js | 3104 | 2016-06-14 22:10:21 | 2019-12-19 09:15:28 | 2020-06-22 16:19:45 |
| fileSync.js | 2018-08-03 00:27:02 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/log4js/lib/appenders/fileSync.js | 5178 | 2016-06-14 22:10:21 | 2019-12-19 09:15:28 | 2020-06-22 16:19:45 |
| fileAppender-test.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/log4js/test/fileAppender-test.js | 14959 | 2016-06-14 22:10:21 | 2019-12-19 09:15:28 | 2020-06-22 16:19:45 |
| fileSyncAppender-test.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/log4js/test/fileSyncAppender-test.js | 6461 | 2016-06-14 22:10:21 | 2019-12-19 09:15:28 | 2020-06-22 16:19:45 |
| rollingFileStream-test.js | 2018-08-03 00:27:03 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/log4js/test/streams/rollingFileStream-test.js | 6558 | 2016-06-14 22:10:21 | 2019-12-19 09:15:28 | 2020-06-22 16:19:45 |
| bin-prettier.js | 2018-08-03 00:30:55 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/prettier/bin-prettier.js | 1066285 | 2018-08-03 00:30:55 | 2019-12-19 09:15:33 | 2020-06-22 16:19:47 |
| index.js | 2018-08-03 00:27:02 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/prettier/index.js | 878876 | 2018-04-17 02:38:12 | 2019-12-19 09:15:33 | 2020-06-22 16:19:47 |
| regjsgen.js | 2018-08-03 00:27:01 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/regjsgen/regjsgen.js | 10455 | 2014-09-02 04:33:52 | 2019-12-19 09:15:33 | 2020-06-22 16:19:47 |
| compress.js | 2018-08-03 00:27:00 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/vue-amap/vue-amap/node_modules/uglify-js/lib/compress.js | 268534 | 2018-04-28 07:12:10 | 2019-12-19 09:15:37 | 2020-06-22 16:19:49 |
| config | 2018-07-18 09:05:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/weixin/.git/config | 293 | 2018-07-18 09:05:07 | 2019-12-19 09:15:44 | 2020-06-22 16:19:51 |
| HEAD | 2018-07-18 09:05:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/weixin/.git/logs/HEAD | 316 | 2018-07-18 09:07:20 | 2019-12-19 09:15:44 | 2020-06-22 16:19:51 |
| master | 2018-07-18 09:05:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/weixin/.git/logs/refs/heads/master | 316 | 2018-07-18 09:07:20 | 2019-12-19 09:15:44 | 2020-06-22 16:19:51 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| HEAD | 2018-07-18 09:05:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/weixin/.git/logs/refs/remotes/origin/HEAD | 173 | 2018-07-18 09:05:07 | 2019-12-19 09:15:44 | 2020-06-22 16:19:51 |
| README.md | 2018-07-18 09:05:07 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ2XUKA/weixin/README.md | 953 | 2018-07-18 09:05:07 | 2019-12-19 09:15:45 | 2020-06-22 16:19:51 |
| config | 2019-05-13 08:53:11 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ3PNEB/.git/config | 312 | 2019-05-13 08:53:11 | 2020-06-22 16:13:13 | 2019-05-13 08:53:11 |
| FETCH_HEAD | 2019-09-03 00:46:54 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ3PNEB/.git/FETCH_HEAD | 91 | 2019-11-29 02:51:07 | 2020-06-22 16:13:13 | 2019-11-29 02:51:07 |
| HEAD | 2019-05-13 08:53:11 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RQ3PNEB/.git/logs/refs/remotes/origin/HEAD | 192 | 2019-05-13 08:53:11 | 2020-06-22 16:13:13 | 2019-05-13 08:53:11 |
| config | 2019-09-30 07:38:51 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.pet/.git/config | 376 | 2019-09-30 07:38:51 | 2019-12-19 08:57:02 | 2020-06-22 15:34:31 |
| FETCH_HEAD | 2019-09-30 07:39:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.pet/.git/FETCH_HEAD | 94 | 2019-09-30 07:39:32 | 2019-12-19 08:57:02 | 2020-06-22 15:34:31 |
| HEAD | 2019-09-24 11:06:54 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.pet/.git/logs/refs/remotes/origin/HEAD | 195 | 2019-09-24 11:06:54 | 2019-12-19 08:57:02 | 2020-06-22 15:34:31 |
| Dockerfile | 2019-09-24 11:06:59 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.pet/docker/Dockerfile | 699 | 2019-09-24 11:06:59 | 2019-12-19 08:57:03 | 2020-06-22 15:34:31 |
| config | 2019-09-30 16:07:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.web/.git/config | 315 | 2019-09-30 16:06:46 | 2019-12-19 08:57:18 | 2020-06-22 15:34:34 |
| HEAD | 2019-09-30 16:07:04 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/api.web/.git/logs/refs/remotes/origin/HEAD | 195 | 2019-09-30 16:06:46 | 2019-12-19 08:57:18 | 2020-06-22 15:34:34 |
| config | 2019-09-30 16:06:46 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/temp/api.web/.git/config | 315 | 2019-09-30 16:06:46 | 2019-12-19 08:57:27 | 2020-06-22 15:34:35 |
| HEAD | 2019-09-30 16:06:46 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/temp/api.web/.git/logs/HEAD | 195 | 2019-09-30 16:06:46 | 2019-12-19 08:57:27 | 2020-06-22 15:34:35 |
| master | 2019-09-30 16:06:46 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/temp/api.web/.git/logs/refs/heads/master | 195 | 2019-09-30 16:06:46 | 2019-12-19 08:57:27 | 2020-06-22 15:34:35 |
| HEAD | 2019-09-30 16:06:46 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RRP1J4A/temp/api.web/.git/logs/refs/remotes/origin/HEAD | 195 | 2019-09-30 16:06:46 | 2019-12-19 08:57:27 | 2020-06-22 15:34:35 |
| config | 2018-07-10 03:10:49 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RTII4ST/.git/config | 295 | 2018-07-10 03:10:49 | 2019-12-19 09:17:20 | 2020-06-22 16:14:19 |
| FETCH_HEAD | 2018-07-10 09:03:36 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RTII4ST/.git/FETCH_HEAD | 89 | 2019-12-01 15:03:40 | 2019-12-19 09:17:20 | 2020-06-22 16:14:19 |
| HEAD | 2018-07-10 03:10:49 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RTII4ST/.git/logs/refs/remotes/origin/HEAD | 175 | 2018-07-10 03:10:49 | 2019-12-19 09:17:20 | 2020-06-22 16:14:19 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| backup.js | 2018-07-10 04:19:13 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RTII4ST/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:17:35 | 2020-06-22 16:14:22 |
| config | 2019-01-15 06:40:06 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RVBCZ7D/.git/config | 305 | 2018-12-13 02:34:12 | 2020-06-22 16:16:09 | 2020-06-22 16:30:48 |
| FETCH_HEAD | 2019-01-15 06:40:06 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RVBCZ7D/.git/FETCH_HEAD | 105 | 2019-01-11 08:37:55 | 2020-06-22 16:16:09 | 2020-06-22 16:30:48 |
| HEAD | 2019-01-15 06:40:06 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RVBCZ7D/.git/logs/refs/remotes/origin/HEAD | 185 | 2017-12-04 11:52:29 | 2020-06-22 16:16:09 | 2020-06-22 16:30:48 |
| backup.js | 2019-01-15 06:40:15 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RVBCZ7D/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:16:16 | 2020-06-22 16:30:50 |
| config | 2018-01-17 00:28:16 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RWOB6XJ/.git/config | 291 | 2018-01-17 00:28:16 | 2019-12-19 09:23:04 | 2020-06-22 16:15:04 |
| HEAD | 2018-01-17 00:28:16 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RWOB6XJ/.git/logs/HEAD | 475 | 2018-01-17 09:09:14 | 2019-12-19 09:23:04 | 2020-06-22 16:15:04 |
| master | 2018-01-17 00:28:16 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RWOB6XJ/.git/logs/refs/heads/master | 475 | 2018-01-17 09:09:14 | 2019-12-19 09:23:04 | 2020-06-22 16:15:04 |
| HEAD | 2018-01-17 00:28:16 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RWOB6XJ/.git/logs/refs/remotes/origin/HEAD | 171 | 2018-01-17 00:28:16 | 2019-12-19 09:23:04 | 2020-06-22 16:15:04 |
| config | 2019-03-02 01:16:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RXDVMK7/.git/config | 292 | 2018-09-13 02:58:22 | 2019-12-19 09:22:50 | 2020-06-22 16:14:52 |
| FETCH_HEAD | 2019-03-02 01:16:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RXDVMK7/.git/FETCH_HEAD | 86 | 2019-12-01 15:04:34 | 2019-12-19 09:22:50 | 2020-06-22 16:14:52 |
| HEAD | 2019-03-02 01:16:47 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RXDVMK7/.git/logs/refs/remotes/origin/HEAD | 172 | 2018-07-10 08:10:36 | 2019-12-19 09:22:50 | 2020-06-22 16:14:52 |
| 123Pet Cloud Backup 9_6_2019 at 11_12 PM.xml | 2019-09-09 10:37:42 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYC3ISS/123Pet Cloud Backup 9_6_2019 at 11_12 PM.xml | 6199 5552 | 2019-09-09 03:36:04 | 2020-06-22 15:45:12 | 2020-06-22 15:45:16 |
| config | 2019-11-25 07:21:12 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYK34PU.web/.git/config | 318 | 2019-11-25 07:21:12 | 2019-12-19 09:21:28 | 2020-06-22 16:13:59 |
| HEAD | 2019-11-25 07:21:12 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYK34PU.web/.git/logs/HEAD | 340 | 2019-11-25 07:28:48 | 2019-12-19 09:21:28 | 2020-06-22 16:13:59 |
| master | 2019-11-25 07:21:12 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYK34PU.web/.git/logs/refs/heads/master | 340 | 2019-11-25 07:28:48 | 2019-12-19 09:21:28 | 2020-06-22 16:13:59 |
| HEAD | 2019-11-25 07:21:12 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYK34PU.web/.git/logs/refs/remotes/origin/HEAD | 198 | 2019-11-25 07:21:12 | 2019-12-19 09:21:28 | 2020-06-22 16:13:59 |
| config | 2019-04-26 16:52:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYXV1QK/api.moementgo.com/.git/config | 366 | 2017-12-05 02:49:03 | 2019-12-19 09:01:39 | 2020-06-22 15:42:29 |

| | | | | | | |
|---|---|---|---|---|---|---|
| FETCH_HEAD | 2019-04-26 16:52:28 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYXV1QK/api.moementgo.com/.git/FETCH_HEAD | 103 | 2019-01-14 08:23:10 | 2019-12-19 09:01:39 | 2020-06-22 15:42:29 |
| HEAD | 2019-04-26 16:52:29 | /$RECYCLE.BIN/S-1-5-21-1435581032-2722531850-2675746557-1001/$RYXV1QK/api.moementgo.com/.git/logs/refs/remotes/origin/HEAD | 196 | 2017-11-25 12:17:14 | 2019-12-19 09:01:40 | 2020-06-22 15:42:29 |
| count_native.go | 2019-08-15 10:48:10 | /Go/src/internal/bytealg/count_native.go | 606 | 2019-08-15 10:48:10 | 2019-12-19 08:56:17 | 2019-08-22 13:07:49 |
| iscgo.go | 2019-08-15 10:48:10 | /Go/src/runtime/cgo/iscgo.go | 646 | 2019-08-15 10:48:10 | 2019-12-19 08:56:23 | 2019-08-22 13:08:30 |
| config | 2019-03-02 02:08:14 | /miniapp/power-bank-front/.git/config | 318 | 2019-11-21 12:07:16 | 2019-12-19 08:59:10 | 2019-03-02 02:08:14 |
| FETCH_HEAD | 2019-03-02 02:08:14 | /miniapp/power-bank-front/.git/FETCH_HEAD | 106 | 2019-03-02 02:05:14 | 2019-12-19 08:59:10 | 2019-03-02 02:08:14 |
| HEAD | 2019-03-02 02:08:14 | /miniapp/power-bank-front/.git/logs/HEAD | 554 | 2018-11-28 08:58:44 | 2019-12-19 08:59:10 | 2019-03-02 02:08:14 |
| master | 2019-03-02 02:08:14 | /miniapp/power-bank-front/.git/logs/refs/heads/master | 554 | 2018-11-28 08:58:44 | 2019-12-19 08:59:10 | 2019-03-02 02:08:14 |
| HEAD | 2019-03-02 02:08:14 | /miniapp/power-bank-front/.git/logs/refs/remotes/origin/HEAD | 197 | 2018-11-21 12:07:16 | 2019-12-19 08:59:10 | 2019-03-02 02:08:14 |
| config | 2018-07-24 08:40:11 | /miniapp/yaya-admin/admin_front/.git/config | 299 | 2018-07-24 08:40:11 | 2019-12-19 08:59:15 | 2018-07-24 08:40:11 |
| FETCH_HEAD | 2018-07-31 06:25:49 | /miniapp/yaya-admin/admin_front/.git/FETCH_HEAD | 90 | 2018-11-02 00:07:04 | 2019-12-19 08:59:15 | 2018-11-02 00:07:04 |
| HEAD | 2018-07-24 08:40:11 | /miniapp/yaya-admin/admin_front/.git/logs/refs/remotes/origin/HEAD | 179 | 2018-07-24 08:40:11 | 2019-12-19 08:59:15 | 2018-07-24 08:40:11 |
| backup.js | 2018-07-26 06:40:39 | /miniapp/yaya-admin/admin_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 08:59:28 | 2018-07-10 04:19:13 |
| config | 2018-07-31 09:19:38 | /miniapp/yaya-admin/release_admin_front/.git/config | 307 | 2018-07-31 09:19:38 | 2019-12-19 09:00:15 | 2018-07-31 09:19:38 |
| HEAD | 2018-07-31 09:19:38 | /miniapp/yaya-admin/release_admin_front/.git/logs/refs/remotes/origin/HEAD | 187 | 2018-07-31 09:19:38 | 2019-12-19 09:00:15 | 2018-07-31 09:19:38 |
| config | 2018-07-23 08:04:26 | /miniapp/yaya-admin/wxApi/.git/config | 293 | 2018-07-23 08:04:26 | 2020-03-23 14:25:13 | 2018-07-23 08:04:26 |
| FETCH_HEAD | 2018-08-27 11:56:38 | /miniapp/yaya-admin/wxApi/.git/FETCH_HEAD | 84 | 2020-03-23 14:25:25 | 2020-03-23 14:25:25 | 2020-03-23 14:25:25 |
| HEAD | 2018-07-23 08:04:26 | /miniapp/yaya-admin/wxApi/.git/logs/refs/remotes/origin/HEAD | 173 | 2018-07-23 08:04:26 | 2019-12-19 09:00:17 | 2018-07-23 08:04:26 |

Highly Confidential - Attorney's Eyes Only

| config | 2018-07-26 06:38:57 | /miniapp/yaya-admin/yaya-admin/.git/config | 298 | 2018-07-26 06:38:57 | 2019-12-19 09:00:29 | 2018-07-26 06:38:57 |
|---|---|---|---|---|---|---|
| HEAD | 2018-07-26 06:38:57 | /miniapp/yaya-admin/yaya-admin/.git/logs/HEAD | 178 | 2018-07-26 06:38:57 | 2019-12-19 09:00:29 | 2018-07-26 06:38:57 |
| master | 2018-07-26 06:38:57 | /miniapp/yaya-admin/yaya-admin/.git/logs/refs/heads/master | 178 | 2018-07-26 06:38:57 | 2019-12-19 09:00:29 | 2018-07-26 06:38:57 |
| HEAD | 2018-07-26 06:38:57 | /miniapp/yaya-admin/yaya-admin/.git/logs/refs/remotes/origin/HEAD | 178 | 2018-07-26 06:38:57 | 2019-12-19 09:00:29 | 2018-07-26 06:38:57 |
| config | 2018-07-25 02:19:33 | /miniapp/yaya/.git/config | 292 | 2018-07-25 02:19:33 | 2019-12-19 08:59:10 | 2018-07-25 02:19:33 |
| FETCH_HEAD | 2018-07-27 04:02:42 | /miniapp/yaya/.git/FETCH_HEAD | 83 | 2019-08-15 00:32:03 | 2019-12-19 08:59:10 | 2019-08-15 00:32:03 |
| HEAD | 2018-07-25 02:19:33 | /miniapp/yaya/.git/logs/refs/remotes/origin/HEAD | 172 | 2018-07-25 02:19:33 | 2019-12-19 08:59:10 | 2018-07-25 02:19:33 |
| config | 2019-08-13 02:14:29 | /pb/api.pet/.git/config | 299 | 2019-08-13 02:14:29 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| HEAD | 2019-08-13 02:14:29 | /pb/api.pet/.git/logs/HEAD | 322 | 2019-08-13 02:21:52 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| master | 2019-08-13 02:14:29 | /pb/api.pet/.git/logs/refs/heads/master | 322 | 2019-08-13 02:21:52 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| HEAD | 2019-08-13 02:14:29 | /pb/api.pet/.git/logs/refs/remotes/origin/HEAD | 179 | 2019-08-13 02:14:29 | 2019-12-19 09:00:29 | 2020-06-22 15:45:17 |
| Dockerfile | 2019-08-13 02:15:31 | /pb/api.pet/docker/Dockerfile | 699 | 2018-07-20 03:05:56 | 2019-12-19 09:00:40 | 2020-06-22 15:45:19 |
| 123Pet Cloud Backup 9_6_2019 at 11_12 PM.xml | 2019-09-09 10:37:42 | /pet123/123Pet Cloud Backup 9_6_2019 at 11_12 PM.xml | 6199 5552 | 2019-09-09 03:36:04 | 2020-06-22 15:45:12 | 2020-06-22 15:45:16 |
| config | 2019-04-26 16:52:28 | /tmp/api.moementgo.com/.git/config | 366 | 2017-12-05 02:49:03 | 2019-12-19 09:01:39 | 2020-06-22 15:42:29 |
| FETCH_HEAD | 2019-04-26 16:52:28 | /tmp/api.moementgo.com/.git/FETCH_HEAD | 103 | 2019-01-14 08:23:10 | 2019-12-19 09:01:39 | 2020-06-22 15:42:29 |
| HEAD | 2019-04-26 16:52:29 | /tmp/api.moementgo.com/.git/logs/refs/remotes/origin/HEAD | 196 | 2017-11-25 12:17:14 | 2019-12-19 09:01:40 | 2020-06-22 15:42:29 |
| config | 2019-08-27 08:32:54 | /waibao/99plus1/api/.git/config | 308 | 2019-08-27 08:32:54 | 2019-12-19 09:02:55 | 2020-06-22 15:42:40 |
| FETCH_HEAD | 2018-10-07 08:36:30 | /waibao/99plus1/api/.git/FETCH_HEAD | 85 | 2019-10-15 00:19:56 | 2019-12-19 09:02:55 | 2020-06-22 15:42:40 |

Highly Confidential - Attorney's Eyes Only

| Dockerfile | 2018-09-28 06:46:44 | /waibao/99plus1/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:02:59 | 2020-06-22 15:42:40 |
|---|---|---|---|---|---|---|
| config | 2019-08-27 08:34:12 | /waibao/99plus1/front/.git/config | 312 | 2019-08-27 08:34:12 | 2019-12-19 09:03:09 | 2020-06-22 15:42:43 |
| FETCH_HEAD | 2018-10-07 08:36:47 | /waibao/99plus1/front/.git/FETCH_HEAD | 88 | 2018-12-21 07:18:01 | 2019-12-19 09:03:09 | 2020-06-22 15:42:43 |
| backup.js | 2018-09-28 07:44:48 | /waibao/99plus1/front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:03:22 | 2020-06-22 15:42:44 |
| config | 2019-08-27 08:34:53 | /waibao/99plus1/front_release/.git/config | 259 | 2019-08-27 08:34:53 | 2019-12-19 09:04:08 | 2020-06-22 15:42:50 |
| FETCH_HEAD | 2018-12-13 09:26:31 | /waibao/99plus1/front_release/.git/FETCH_HEAD | 96 | 2018-12-21 07:46:41 | 2019-12-19 09:04:08 | 2020-06-22 15:42:50 |
| Dockerfile | 2019-06-27 06:30:42 | /waibao/99plus1/新建文件夹/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:04:13 | 2020-06-22 15:42:51 |
| config | 2018-08-13 04:42:08 | /waibao/jiu/admin_front/.git/config | 298 | 2018-08-13 04:42:08 | 2019-12-19 09:04:25 | 2020-06-22 15:42:53 |
| HEAD | 2018-08-13 04:42:08 | /waibao/jiu/admin_front/.git/logs/refs/remotes/origin/HEAD | 178 | 2018-08-13 04:42:08 | 2019-12-19 09:04:25 | 2020-06-22 15:42:53 |
| backup.js | 2018-08-13 04:44:51 | /waibao/jiu/admin_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2019-12-19 09:04:36 | 2020-06-22 15:42:55 |
| config | 2018-08-23 08:35:22 | /waibao/jiu/api/.git/config | 351 | 2018-08-23 08:35:22 | 2019-12-19 09:05:21 | 2020-06-22 15:43:00 |
| HEAD | 2018-08-13 04:40:04 | /waibao/jiu/api/.git/logs/refs/remotes/origin/HEAD | 170 | 2018-08-13 04:40:04 | 2019-12-19 09:05:21 | 2020-06-22 15:43:00 |
| Dockerfile | 2018-08-13 04:40:52 | /waibao/jiu/api/docker/Dockerfile | 419 | 2018-07-23 09:03:05 | 2019-12-19 09:05:26 | 2020-06-22 15:43:01 |
| config | 2018-08-13 04:43:27 | /waibao/jiu/release.admin.front/.git/config | 306 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| HEAD | 2018-08-13 04:43:27 | /waibao/jiu/release.admin.front/.git/logs/HEAD | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| master | 2018-08-13 04:43:27 | /waibao/jiu/release.admin.front/.git/logs/refs/heads/master | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| HEAD | 2018-08-13 04:43:27 | /waibao/jiu/release.admin.front/.git/logs/refs/remotes/origin/HEAD | 186 | 2018-08-13 04:43:27 | 2019-12-19 09:05:29 | 2020-06-22 15:43:02 |
| config | 2019-08-07 01:47:37 | /zc/benfen/admin.51tedai.com/.git/config | 390 | 2019-08-07 01:47:37 | 2020-06-22 16:13:21 | 2019-08-07 01:47:37 |

Highly Confidential - Attorney's Eyes Only

| config | 2019-08-21 04:22:06 | /zc/benfen/loan_front/.git/config | 364 | 2019-08-21 04:22:06 | 2020-06-22 16:15:27 | 2019-08-21 04:22:06 |
|---|---|---|---|---|---|---|
| HEAD | 2017-12-04 11:52:29 | /zc/benfen/loan_front/.git/logs/refs/remotes/origin/HEAD | 185 | 2017-12-04 11:52:29 | 2020-06-22 16:15:27 | 2017-12-04 11:52:29 |
| backup.js | 2017-12-04 11:53:31 | /zc/benfen/loan_front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:15:39 | 2017-12-04 11:53:31 |
| config | 2019-01-21 06:57:24 | /zc/benfen/open.51tedai.com/.git/config | 328 | 2019-01-21 06:57:24 | 2020-06-22 16:17:18 | 2019-01-21 06:57:24 |
| FETCH_HEAD | 2019-04-29 07:35:19 | /zc/benfen/open.51tedai.com/.git/FETCH_HEAD | 107 | 2019-06-12 07:41:33 | 2020-06-22 16:17:18 | 2019-06-12 07:41:33 |
| HEAD | 2019-01-21 06:57:24 | /zc/benfen/open.51tedai.com/.git/logs/refs/remotes/origin/HEAD | 208 | 2019-01-21 06:57:24 | 2020-06-22 16:17:18 | 2019-01-21 06:57:24 |
| config | 2019-06-04 09:58:31 | /zc/data/aa/www.xinnuodai.cn/.git/config | 269 | 2018-06-08 04:03:46 | 2020-06-22 16:17:28 | 2019-05-30 02:15:50 |
| FETCH_HEAD | 2019-06-04 09:58:31 | /zc/data/aa/www.xinnuodai.cn/.git/FETCH_HEAD | 98 | 2018-06-20 10:10:36 | 2020-06-22 16:17:28 | 2019-05-30 02:15:50 |
| config | 2019-11-25 04:20:28 | /zc/dk/dk.benfen.tech/.git/config | 267 | 2018-08-08 07:59:44 | 2020-06-22 16:21:46 | 2019-11-25 04:20:28 |
| FETCH_HEAD | 2019-11-25 04:20:28 | /zc/dk/dk.benfen.tech/.git/FETCH_HEAD | 96 | 2018-08-08 08:39:49 | 2020-06-22 16:21:46 | 2019-11-25 04:20:28 |
| master | 2019-11-25 04:20:28 | /zc/dk/dk.benfen.tech/.git/logs/refs/heads/master | 547 | 2018-08-08 07:59:44 | 2020-06-22 16:21:46 | 2019-11-25 04:20:28 |
| config | 2018-01-24 07:56:46 | /萌时/worksapce/admin.bookdolphin.com/.git/config | 308 | 2018-01-24 07:56:46 | 2020-06-22 16:03:29 | 2018-01-24 07:56:46 |
| HEAD | 2018-01-24 07:56:46 | /萌时/worksapce/admin.bookdolphin.com/.git/logs/refs/remotes/origin/HEAD | 188 | 2018-01-24 07:56:46 | 2020-06-22 16:03:29 | 2018-01-24 07:56:46 |
| config | 2018-08-22 07:18:57 | /萌时/worksapce/admin.moego.pet.front.release/.git/config | 316 | 2018-08-22 07:18:57 | 2020-06-22 16:05:18 | 2018-08-22 07:18:57 |
| FETCH_HEAD | 2018-08-22 08:02:04 | /萌时/worksapce/admin.moego.pet.front.release/.git/FETCH_HEAD | 107 | 2018-08-22 08:02:38 | 2020-06-22 16:05:18 | 2018-08-22 08:02:38 |
| HEAD | 2018-08-22 07:18:57 | /萌时/worksapce/admin.moego.pet.front.release/.git/logs/refs/remotes/origin/HEAD | 196 | 2018-08-22 07:18:57 | 2020-06-22 16:05:18 | 2018-08-22 07:18:57 |
| backup.js | 2018-08-20 04:01:19 | /萌时/worksapce/admin.moego.pet.front/node_modules/copy-webpack-plugin/backup.js | 1222 | 2016-10-12 02:39:25 | 2020-06-22 16:04:07 | 2018-08-20 04:01:19 |
| config | 2017-11-25 13:27:39 | /萌时/worksapce/admin.moego.pet/.git/config | 306 | 2017-11-25 13:27:39 | 2020-06-22 16:03:41 | 2017-11-25 13:27:39 |

Highly Confidential - Attorney's Eyes Only

| | | | | | | |
|---|---|---|---|---|---|---|
| FETCH_HEAD | 2018-01-24 07:52:27 | /萌时/worksapce/admin.moego.pet/.git/FETCH_HEAD | 101 | 2019-11-21 02:11:38 | 2020-06-22 16:03:41 | 2019-11-21 02:11:38 |
| HEAD | 2017-11-25 13:27:39 | /萌时/worksapce/admin.moego.pet/.git/logs/refs/remotes/origin/HEAD | 194 | 2017-11-25 13:27:39 | 2020-06-22 16:03:41 | 2017-11-25 13:27:39 |
| config | 2019-12-19 11:50:18 | /萌时/worksapce/api.moementgo.com.back/.git/config | 366 | 2019-12-19 11:50:18 | 2020-06-22 16:07:14 | 2019-12-19 11:50:18 |
| FETCH_HEAD | 2019-12-19 11:50:16 | /萌时/worksapce/api.moementgo.com.back/.git/FETCH_HEAD | 103 | 2019-12-19 11:50:16 | 2020-06-22 16:07:14 | 2019-12-19 11:50:16 |
| Dockerfile | 2019-12-19 11:51:05 | /萌时/worksapce/api.moementgo.com.back/docker/Dockerfile | 699 | 2019-12-19 11:51:05 | 2020-06-22 16:07:19 | 2019-12-19 11:51:05 |
| BackupClient.php | 2019-12-19 11:51:02 | /萌时/worksapce/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/Backup/BackupClient.php | 6426 | 2019-12-19 11:51:02 | 2020-06-22 16:07:22 | 2019-12-19 11:51:02 |
| BackupException.php | 2019-12-19 11:51:02 | /萌时/worksapce/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/Backup/Exception/BackupException.php | 194 | 2019-12-19 11:51:02 | 2020-06-22 16:07:22 | 2019-12-19 11:51:02 |
| api-2.json.php | 2019-12-19 11:51:04 | /萌时/worksapce/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/api-2.json.php | 56709 | 2019-12-19 11:51:04 | 2020-06-22 16:07:23 | 2019-12-19 11:51:04 |
| paginators-1.json.php | 2019-12-19 11:51:04 | /萌时/worksapce/api.moementgo.com.back/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/paginators-1.json.php | 1454 | 2019-12-19 11:51:04 | 2020-06-22 16:07:23 | 2019-12-19 11:51:04 |
| Dockerfile | 2018-07-20 03:01:15 | /萌时/worksapce/api.moementgo.com/docker/Dockerfile | 699 | 2018-07-20 03:05:56 | 2020-06-22 16:05:30 | 2018-07-20 03:05:56 |
| BackupClient.php | 2019-11-21 10:59:34 | /萌时/worksapce/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/Backup/BackupClient.php | 6426 | 2019-11-20 19:19:24 | 2020-06-22 16:05:34 | 2019-11-21 10:59:34 |
| BackupException.php | 2019-11-21 10:59:34 | /萌时/worksapce/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/Backup/Exception/BackupException.php | 194 | 2019-11-20 19:19:24 | 2020-06-22 16:05:34 | 2019-11-21 10:59:34 |
| api-2.json.php | 2019-11-21 10:59:38 | /萌时/worksapce/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/api-2.json.php | 56709 | 2019-11-20 19:19:24 | 2020-06-22 16:05:35 | 2019-11-21 10:59:38 |
| paginators-1.json.php | 2019-11-21 10:59:38 | /萌时/worksapce/api.moementgo.com/ThinkPHP/Library/Vendor/aws/Aws/data/backup/2018-11-15/paginators-1.json.php | 1454 | 2019-11-20 19:19:24 | 2020-06-22 16:05:35 | 2019-11-21 10:59:38 |
| config | 2018-05-31 07:01:06 | /萌时/worksapce/basic.php/.git/config | 296 | 2018-05-31 07:01:06 | 2020-06-22 16:09:03 | 2018-05-31 07:01:06 |
| HEAD | 2018-05-31 07:01:06 | /萌时/worksapce/basic.php/.git/logs/HEAD | 319 | 2018-05-31 07:04:53 | 2020-06-22 16:09:03 | 2018-05-31 07:04:53 |
| master | 2018-05-31 07:01:06 | /萌时/worksapce/basic.php/.git/logs/refs/heads/master | 319 | 2018-05-31 07:04:53 | 2020-06-22 16:09:03 | 2018-05-31 07:04:53 |

| HEAD | 2018-05-31 07:01:06 | /萌时/worksapce/basic.php/.git/logs/refs/remotes/origin/HEAD | 176 | 2018-05-31 07:01:06 | 2020-06-22 16:09:03 | 2018-05-31 07:01:06 |
| config | 2018-05-31 07:07:56 | /萌时/worksapce/c.api.moementgo.com/.git/config | 306 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |
| FETCH_HEAD | 2018-05-31 07:16:27 | /萌时/worksapce/c.api.moementgo.com/.git/FETCH_HEAD | 97 | 2018-07-19 08:36:41 | 2020-06-22 16:09:13 | 2018-07-19 08:36:41 |
| HEAD | 2018-05-31 07:07:56 | /萌时 /worksapce/c.api.moementgo.com/.git/logs/refs/remotes/origin/ HEAD | 186 | 2018-05-31 07:07:56 | 2020-06-22 16:09:13 | 2018-05-31 07:07:56 |

Highly Confidential - Attorney's Eyes Only