UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | 2:22-cv-02871-WLH-KSx | Date | November 22, 2024 |
| Title | Moement, Inc. v. Groomore, Inc. et al | | |

| Present: The Honorable | WESLEY L. HSU, United States District Judge |
|---|---|
| Patricia Kim | CourtSmart |
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Christopher K. Pelham<br>Alex J. Scandroli | Steven Gebelin |

**Proceedings:** PRETRIAL CONFERENCE;
PLAINTIFF'S MOTION IN LIMINE NOS 1-4 [141],[142],[143] [144], [147];
DEFENDANTS' MOTION IN LIMINE NOS. 1-2 [149] [150];

The matter is called and counsel state their appearances. The Court hears oral argument from the parties.

The Final Pretrial Conference is held. The Court confers with counsel regarding trial related matters as stated on the record. The parties indicate their intent to file a stipulation to move the trial date to January 13, 2025. The trial estimate is 5 days. At the request of the parties, a further status conference is set for January 10, 2025 at 2:00 p.m.

**PLAINTIFF'S MOTIONS IN LIMINE**

Motion *in Limine* #1 to exclude Jie Zhang, Songyun Liu and Terri Jones as witnesses [141] – Denied without prejudice. Plaintiff may make objections or specific motions regarding areas of concern.

Motion *in Limine* #2 to exclude affirmative defenses[1] [142] – Denied without prejudice. Should Defendant fail to establish a factual basis for the defenses, the Court will cure the issue at the instruction stage.

---

[1] Defendants clarified that Defendants are no longer asserting a "readily ascertainable" defense. Defendants assert a failure to mitigate damages and an integration/merger defense as to Plaintiff's non-compete theory of breach of contract.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

Motion *in Limine* #3 to exclude evidence relating to trade secret identification [143] – Moot.

Motion *in Limine* #4 to exclude Banerjee testimony that source code combined with open sources is not a trade secret [144] – Denied. Banerjee may not provide legal opinions but may discuss whether MoeGo relies heavily on open-source code. The Court will address objections on a question-by-question basis.

Motion *in Limine* #5 to admit "Zhang Evidence" [147] – Granted.

**DEFENDANTS' MOTIONS IN LIMINE**

Motion *in Limine* #1 to exclude evidence relating to hard drive [149] – Denied. The Court ORDERS plaintiff to produce hard-drive. Defendant may retain an expert to review the hard drive.

Motion *in Limine* #1 to exclude "Zhang Evidence" [150] – Denied.

**MISCELLANEOUS**

The Court will rule on jury instructions and whether Plaintiff may proceed with its breach of contract claim based on a non-compete theory at a later time.

|  | 1 | : | 06 |
|---|---|---|---|
| Initials of Deputy Clerk | pk | | |