**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>**ORDER GRANTING STIPULATION TO CONTINUE THE TRIAL DATE [174]** |

The Court, having considered the parties requested Stipulation to Continue the Trial Date, and finding good cause thereof, hereby **GRANTS** the requested stipulation. The trial date is continued from December 9, 2024, to January 13, 2025. In addition, the related trial deadline for Plaintiff to file a Default Judgment Motion against Defendant Jie Zhang is set for seven (7) days after the trial concludes in January 2025.

**IT IS SO ORDERED.**

DATED: November 27, 2024

_____
HON. WESLEY L. HSU
UNITED STATES DISTRICT JUDGE