CHRISTOPHER PELHAM (BAR NO. 241068)
ALEX SCANDROLI (BAR NO. 345278)
**NORTON ROSE FULBRIGHT US LLP**
555 South Flower Street
Forty-First Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494
christopher.pelham@nortonrosefulbright.com
alex.scandroli@nortonrosefulbright.com

Attorneys for Plaintiff
MOEMENT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Moement, Inc.,<br>　　　Plaintiff,<br><br>v.<br><br>Groomore, Inc., et al.,<br>　　　Defendants. | Case No. 2:22-cv-02871-WLH-KS<br><br>[Assigned to the Hon. Wesley L. Hsu; Courtroom 9B]<br><br>**PLAINTIFF'S SECOND AMENDED EXHIBIT LIST**<br><br>Final Pretrial Conference: Nov. 22, 2024<br>Trial Date: January 13. 2025 |

PLAINTIFF'S AMENDED EXHIBIT LIST

CDF Labor Law LLP

Plaintiff Moement, Inc. ("Moement" or "Plaintiff") hereby amends the first amended exhibit list filed on November 20, 2024 (Dkt. 173) (the initial exhibit list was filed on October 25, 2024) (Dkt. 145)).  Plaintiff's exhibits are numbered in the range of 20 to 29, 116 to 149, and 159 to 197, 500 to 534 (Plaintiff's Deposition Clips), and 1001 to 1014 (Plaintiff's Illustrative Aids).  Defendants' exhibits are numbered in the range of 2 to 19, 105 to 115, 150 to 158, and 200 to 453.

## PLAINTIFF'S AMENDED EXHIBIT LIST

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | Lin Founder Advisor Agreement MOEMENT000001 - MOEMENT000006 | | Plaintiff - Duplicate | | |
| 3. | Lin Moement, Inc. Independent Contractor Agreement MOEMENT000007 - MOEMENT000014 | | Plaintiff - Duplicate | | |
| 4. | Moement, Inc. Mutual Confidentiality Agreement MOEMENT000206 - MOEMENT000210 - | | Plaintiff- Duplicate | | |
| 5. | Agreement To Terminate Employment Contract With Mengshi [PAGES???? | | Plaintiff - Duplicate | | |
| 6. | Moement Document In Chinese - 50 | | Plaintiff - Duplicate | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | MOEMENT000041 | | | | |
| 7. | Chunliang Lin's Responses To Moement, Inc.'S First Set Of Interrogatories | | Plaintiff - Hearsay | | |
| 8. | Twitter Feed - MOEMENT000223 | | | | |
| 9. | History Of Each Version Of Groomore's Ios App - Groomore486- [Remainder] | | Plaintiff - Duplicate | | |
| 10. | Email Thread - Emma Chen, Misc. Mymoement Staff - MOEMENT000121- MOEMENT000194 | | | | |
| 11. | Groomore, Inc.'S Response To Moement, Inc.'S First Set Of Interrogatories | | Plaintiff - Hearsay | | |
| 12. | Groomore Front-End Source Code - Online Booking Page [Pages] | | | | |
| 13. | Facebook Direct Message - Brandy Geist - GROOMORE000560 - | | Plaintiff - Duplicate | | |
| 14. | Facebook Direct Message - Caitlin Lee - GROOMORE000565- GROOMORE000566 | | Plaintiff - Duplicate | | |
| 15. | Exhibit 15 Facebook Direct Message – Bree | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | Lynn - GROOMORE000570- GROOMORE000575 |  |  |  |  |
| 16. | Groomore's Employees – Employment Details - GROOMORE033582 |  | Plaintiff - Duplicate |  |  |
| 17. | Groomore, Inc. and Chunliang Lin's Initial Disclosures |  | Plaintiff – Hearsay / Relevancy |  |  |
| 18. | Pet Services Industry: Key Growth Factors - GROOMORE000475 GROOMORE000485 - |  | Plaintiff - Duplicate |  |  |
| 19. | Groomore, Inc. - Income Tax Return 2022 - GROOMORE000759 – [ADD REMAINDER] |  |  |  |  |
| 20. | Lin's Labor Contract with Shenzhen MoeGo Tech. | Yi Dong |  |  |  |
| 21. | Shenzhen Mengshi Business License | Yi Dong |  |  |  |
| 22. | Founder Advisory Agreement – Chunliang Lin | Yi Dong |  |  |  |
| 23. | Founder Advisory Agreement – Jie Zhang | Yi Dong |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 24. | Independent Contractor Agreement – Chunliang Lin | Yi Dong | | | |
| 25. | Independent Contractor Agreement – Jie Zhang | Yi Dong | | | |
| 26. | Mutual Confidentiality Agreement – Chunliang Lin | Yi Dong | | | |
| 27. | Mutual Confidentiality Agreement – Jie Zhang | Yi Dong | | | |
| 28. | Lin's Certificate of Resignation and Handover Form | Yi Dong | | | |
| 29. | Termination of Chunliang Lin's Labor Contract with Shenzhen | Yi Dong | | | |
| 101. | Complaint | | Plaintiff - Relevancy | | |
| 102. | Certificate of Registration MOEMENT004034-MOEMENT004036 | | Plaintiff - Duplicate | | |
| 103. | Copyright Deposit MOEMENT003930-MOEMENT003989 | | Plaintiff - Duplicate | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 104. | | | | | |
| 105. | Patent Application 2012 with the title Smart Scheduling System· | | Plaintiff - Relevancy | | |
| 106. | Subpoena issued by Moement to GitHub | | Plaintiff - Relevancy | | |
| 107. | Founder Advisor Agreement for Mr. Lin. | | Plaintiff - Duplicate | | |
| 108. | Restricted Stock Purchase Agreement for Mr. Lin· · | | Plaintiff - Relevancy | | |
| 109. | Moement, Inc. Independent Contractor Agreement for Mr. Lin· | | Plaintiff - Duplicate | | |
| 110. | Moement, Inc. Mutual Confidentiality Agreement for Mr. Lin· | | Plaintiff - Duplicate | | |
| 111. | Election Under Section 83(b) of the Internal Revenue Code for Mr. Lin | | Plaintiff - Relevancy | | |
| 112. | Moement Inc. Independent Contractor Agreement- Zhang MOEMENT000054-MOEMENT000060 | | Plaintiff - Duplicate | | |
| 113. | Moement Inc. Founder Advisor Agreement- Zhang MOEMENT000048-MOEMENT000053 | | Plaintiff - Duplicate | | |
| 114. | MOEMENT004434-MOEMENT004439 (Source Code Notary) | | Plaintiff - Relevancy | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 115. | Moement Inc.'s Supplemental Initial Disclosures | | Plaintiff - Relevancy | | |
| 116. | Lin's Resignation Approval Form | Yi Dong | | | |
| 117. | Lin's Termination Commitment Letter | Yi Dong | | | |
| 118. | Photo of Chunliang Lin | Yi Dong | | | |
| 119. | WeChats between Emma and Lin | Emma Chen | | | |
| 120. | Lin's Timeslips for Aug. – Sept. 2020 | Yi Dong | | | |
| 121. | Lin's August & September 2020 Contractor Payments | Yi Dong | | | |
| 122. | Photo of Jie Zhang | Yi Dong | | | |
| 123. | Lin's Hand Sketches for Groomore | Chunliang Lin | | | |
| 124. | Copyright Deposit for MoeGo v.1 | Yi Dong | | | |
| 125. | Copyright Registration for MoeGo v.1 | Yi Dong | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 126. | Hard Drive Photos & Chain of Custody | Willis McDonald | | | |
| 127. | Zhang's Custodianship of Laptop | Willis McDonald | | | |
| 128. | Groomore's Impact on Annual Rate of Growth (data from Sebold Report) | Maryellen Sebold | | | |
| 129. | Groomore's Revenue Trends (data from Sebold Report) | Maryellen Sebold | | | |
| 130. | Facebook Grooming Community Posts | Emma Chen | | | |
| 131. | WeChat between Emma Chen and Zoe | Emma Chen | | | |
| 132. | Groomore's Certificate of Incorporation on October 21, 2020 | Chunliang Lin | | | |
| 133. | Groomore's State of Delaware Annual Franchise Tax Report for Year 2020 | Chunliang Lin | | | |
| 134. | Groomore's 6 Months Free Email | Chunliang Lin | | | |
| 135. | Groomore's Seed User Email | Chunliang Lin | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 136. | Groomore's Twitter Promoting Launch & Online Booking | Chunliang Lin | | | |
| 137. | Groomore iOS Launch | Chunliang Lin | | | |
| 138. | [Plaintiff's Blank] | | | | |
| 139. | Groomore's Website and Features as of Nov. 2020 | Chunliang Lin | | | |
| 140. | Groomore 50% Off Lifetime User Promotion Aug. 2021 | Chunliang Lin | | | |
| 141. | Groomore's Employee List | Chunliang Lin | | | |
| 142. | Groomore's YouTube Tutorial | Chunliang Lin | | | |
| 143. | Moement's Google Maps API Key in Groomore | Willis McDonald / Junbao Yang | | | |
| 144. | Google Maps Traffic Charts | Junbao Yang | | | |
| 145. | Groomore's Google Maps Error Message | Junbao Yang | | | |
| 146. | MoeGo Online Booking | Junbao Yang | | | |
| 147. | Moement's | Junbao | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | FullCalendar License & Terms of Service | Yang | | | |
| 148. | Moement's FullCalendar Licence Key | Junbao Yang | | | |
| 149. | Customer Data in Github | Junbao Yang | | | |
| 150. | Initial Expert Report of Craig Rosenberg, PhD | | Plaintiff - Hearsay | | |
| 151. | Reply Expert Report of Craig Rosenberg, PhD | | Plaintiff - Hearsay | | |
| 152. | Moement Code Printouts MOEMENT003990-MOEMENT004033 | | | | |
| 153. | How to Protect User Interface Intellectual Property, by Craig Rosenberg | | | | |
| 154. | Maryellen Sebold Expert Report- July 30, 2024 | | Plaintiff - Hearsay | | |
| 155. | Maryellen Sebold Supplemental Expert Report- August 8, 2024 | | Plaintiff - Hearsay | | |
| 156. | NISOS Report | | Plaintiff - Hearsay | | |
| 157. | CV of Willis C. McDonald | | Plaintiff - Relevance | | |
| 158. | Practices and tactics to today's cybersecurity threat hunters | | | | |
| 159. | Token to Zhang's Github in Groomore's Frontend Code | Junbao Yang / Willis McDonald | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 160. | Zhang's Local Copy of MoeGo v.1 on Hard Drive | Willis McDonald | | | |
| 161. | Expert Comparison of MoeGo v.1 and Zhang Code | Craig Rosenberg | | | |
| 162. | Examples of Custom Code Lines in MoeGo v.1 | Craig Rosenberg | | | |
| 163. | 148 Files of .PHP Code in Application Directory | Craig Rosenberg | | | |
| 164. | User Interface Comparisons | Craig Rosenberg | | | |
| 165. | Chart of New Customer Enrollment MoeGo v. Groomore | Maryellen Sebold | | | |
| 166. | Chart of MoeGo Customers who Left for Groomore | Maryellen Sebold | | | |
| 167. | Chart Comparing Groomore Development Time with MoeGo | Craig Rosenberg | | | |
| 168. | Chart of Lin's Compensation 2018 | Yi Dong | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | through 2020 | | | | |
| 169. | Lin's Time to Develop Groomore | Craig Rosenberg | | | |
| 170. | MoeGo Development Timeline Chart | Yi Dong | | | |
| 171. | Custom Code in MoeGo Example 1 | | | | |
| 172. | Custom Code in MoeGo Example 2 | | | | |
| 173. | Custom Code in MoeGo Example 3 | | | | |
| 174. | Custom Code in MoeGo Example 4 | | | | |
| 175. | Custom Code in MoeGo Example 5 | | | | |
| 176. | Custom Code in MoeGo Part 6 | | | | |
| 177. | [Plaintiff's Blank] | | | | |
| 178. | [Plaintiff's Blank] | | | | |
| 179. | [Plaintiff's Blank] | | | | |
| 180. | Damages Opinion 1 – Lost Profits | Maryellen Sebold | | | |
| 181. | Damages Opinion 1 – Unjust Enrichment | Maryellen Sebold | | | |
| 182. | Damages Opinion 2 – Development Expense | Maryellen Sebold | | | |
| 183. | Damages Opinion 3 – Salaries to Code Engineers | Maryellen Sebold | | | |
| 184. | Damages Opinion 4 – Reasonable Royalty Rate | Maryellen Sebold | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 185. | Groomore Message to MoeGo Customer Brandy Geist | Chunliang Lin | | | |
| 186. | Groomore Message to MoeGo Customer Caitlin Lee | Chunliang Lin | | | |
| 187. | MoeGo's Front End Source Code | Junbao Yang / Craig Rosenberg | | | |
| 188. | Groomore's Marketing Research | Chunliang Lin | | | |
| 189. | Groomore's Responses to Moement's ROGs Set One | Chunliang Lin | | | |
| 190. | Maryellen Sebold's CV | Maryellen Sebold | | | |
| 191. | Groomore's Supp. Responses to Moement's RFAs Set One | Chunliang Lin | | | |
| 192. | [Plaintiff's Blank] | | | | |
| 193. | Lin's Supp. Responses to Moement's RFAs Set One | Chunliang Lin | | | |
| 194. | MoeGo Intro Video | Emma Chen | | | |
| 195. | Credit Card Number | Yi Dong | | | |
| 196. | ValueCoders Article | Kaylan Banerjee | | | |
| 197. | Redwerk Article | Kaylan Banerjee | | | |
| 198. | Moement's Contractor Payments from 2018 - 2020 | Maryellen Sebold | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 199. | Google Maps API Terms of Service | Junbao Yang | | | |
| 200. | Rebuttal Report of Shelly Irvine | | Plaintiff - Hearsay | | |
| 201. | Defendants Groomore Inc. and Chunliang Lin's Rule 26(a)(2) Initial Expert Witness Disclosure | | Plaintiff – Hearsay / Relevance | | |
| 202. | 8/14/2024 Rebuttal Report of Kalyan Banerjee | | Plaintiff - Hearsay | | |
| 203. | [REMOVE] Excerpts of 7/10/2024 30(b)(6) Deposition of Chunliang Lin for Groomore Inc. | | | | |
| 204. | [PDF BROKEN] Screenshot of Backend Code | | | | |
| 205. | Screenshot of Computer Folder Backend/Application /BusinessApi | | | | |
| 206. | Screenshot of MoeGov.1 Backend Code section with highlighting | | | | |
| 207. | [REMOVE] Excerpts of 7/10/2024 30(b)(6) Deposition of Chunliang Lin for Groomore Inc. | | | | |
| 208. | [REMOVE] Excerpts of 7/9/2024 Deposition of Chunliang Lin for Groomore Inc. | | | | |
| 209. | PRINTOUT OF https://www.valueco ders.com/blog/techn ology-and-apps/a- | | Plaintiff - Duplicate | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | complete-timeline-guide-for-web-app-development/ | | | | |
| 210. | PRINTOUT OF https://redwerk.coml bloglhow-long-does-it-take-to-build-an-app-detailed-review/ | | Plaintiff - Duplicate | | |
| 211. | [REMOVE] Excerpts of 7/10/2024 30(b)(6) Deposition of Chunliang Lin for Groomore Inc. | | | | |
| 212. | [REMOVE] Excerpts of 7/10/2024 30(b)(6) Deposition of Chunliang Lin for Groomore Inc. | | | | |
| 213. | [DUPLICATE-Supplemental Report of Maryellen Sebold] | | Plaintiff - Duplicate | | |
| 214. | 10/26/2020 Email from service@groomore.com To:tiffanievelynn@gmail.com Subject: 6-months free! New Grooming Software looking for seed users GROOMORE0033639 | | Plaintiff - Duplicate | | |
| 215. | Lin Founder Advisor Agreement MOEMENT000001-MOEMENT000006 | | Plaintiff - Duplicate | | |
| 216. | Moement Inc. Independent Contractor Agreement – Lin MOEMENT000007- | | Plaintiff - Duplicate | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | MOEMENT000013 | | | | |
| 217. | The Sedona Conference Commentary on Monetary Remedies in Trade Secret Litigation | | | | |
| 218. | | | | | |
| 219. | | | | | |
| 220. | | | | | |
| 221. | | | | | |
| 222. | | | | | |
| 223. | | | | | |
| 224. | | | | | |
| 225. | | | | | |
| 226. | | | | | |
| 227. | | | | | |
| 228. | | | | | |
| 229. | | | | | |
| 230. | | | | | |
| 231. | | | | | |
| 401. | Groomore Website Screenshots GROOMORE000005- GROOMORE000006 | | Plaintiff – Foundation / Relevance (as to time) | | |
| 402. | Groomore Website Analytics October 2021 GROOMORE000188- GROOMORE000190 | | | | |
| 403. | Groomore Advertising Expense- Susy the Groomore GROOMORE000019 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | 1 | | | | |
| 404. | Groomore Free Marketing at World of Pets Expo 2022 GROOMORE000196-GROOMORE000204 | | | | |
| 405. | Groomore Customer Feature Request Communications GROOMORE000205-GROOMORE000471 | | Plaintiff – Contains Hearsay Narrative | | |
| 406. | Groomore Market Research GROOMORE000475-GROOMORE000485 | | Plaintiff - Duplicate | | |
| 407. | GrooMore FB Pet Grooming Software in Community GROOMORE000499-GROOMORE000507 | | Plaintiff – Hearsay / Foundation | | |
| 408. | Grromore FB Community Facebook Posts about MoeGo GROOMORE000508-GROOMORE000531 | | Plaintiff – Hearsay / Foundation | | |
| 409. | Grromore FB Community GrooMore's Posts GROOMORE000532-GROOMORE000555 | | Plaintiff – Hearsay / Foundation | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 410. | Groomore Design Documents GROOMORE000800- GROOMORE000847 | | | | |
| 411. | Groomore Design Documents- Appointments GROOMORE000848- GROOMORE000858, GROOMORE000903 | | | | |
| 412. | Groomore Design Documents- Calendar GROOMORE000859- GROOMORE000869 | | | | |
| 413. | Groomore Design Documents- Client GROOMORE000870- GROOMORE000883 | | | | |
| 414. | Groomore Design Documents- Standards GROOMORE000884- GROOMORE000889 | | | | |
| 415. | Groomore Design Documents- Logo GROOMORE000891- GROOMORE000903 | | | | |
| 416. | Groomore Design Documents- Mobile | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | GROOMORE000904- GROOMORE000911 | | | | |
| 417. | Groomore Design Documents- Mobile Standards GROOMORE000912- GROOMORE000917 | | | | |
| 418. | Groomore APN Key Registration 12-16-2020 GROOMORE000920- GROOMORE000921 | | Plaintiff – Contains Testimonial Hearsay Narrative | | |
| 419. | Groomore May 2021-March 2024 Google API Spending GROOMORE021396 | | | | |
| 420. | MoeGo Google API Key 4-21-2024 GROOMORE021395 | | Plaintiff – Contains Testimonial Hearsay Narrative | | |
| 421. | Groomore FullCalendar License GROOMORE021402 | | | | |
| 422. | Cancellation of Contract with Shenzen Mengshit Technology Co., Ltd. GROOMORE021433- GROOMORE021437 | | Plaintiff - Duplicate | | |
| 423. | Certificate of | | Plaintiff - | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Resignation with Shenzen Mengshit Technology Co., Ltd. GROOMORE021438- GROOMORE021439 | | Duplicate | | |
| 424. | 3 Month Contract with Shenzen Mengshit Technology Co., Ltd. GROOMORE021440- GROOMORE021443 | | | | |
| 425. | Moement Grants Lin Access to Apple APN GROOMORE021444- GROOMORE021445 | | Plaintiff – Contains Testimonial Hearsay Narrative | | |
| 426. | Moement Leaked Software Email GROOMORE021462 | | | | |
| 427. | Moement Leaked Software Screenshots GROOMORE021458- GROOMORE021461 | | | | |
| 428. | Moement Software on GitHub- MoeGoTestAccount PasswordonPublic GROOMORE021448 | | | | |
| 429. | Moement Software on GitHub- Lin Given Admin | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| | Access to MoeGolibrary by Dang GROOMORE021449 | | | | |
| 430. | Moement Software on GitHub- GuoXiaoyang_moego-release-test GROOMORE021450- GROOMORE021451 | | | | |
| 431. | Moement Software on GitHub- GuoXiaoyang_moego-release-test GROOMORE021450- GROOMORE021451 | | | | |
| 432. | Groomore Marketing Email 10/25/2020 GROOMORE033638 | | Plaintiff - Duplicate | | |
| 433. | Groomore Social Media Management by Millie- 2023 Scope of Work GROOMORE033647- GROOMORE033648 | | Plaintiff – Relevance | | |
| 434. | Groomore- FB Word of Mouth posts GROOMORE033583- GROOMORE033637 | | Plaintiff – Hearsay | | |
| 435. | GrooMore Emplyee List GROOMORE033582 | | Plaintiff - Duplicate | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 436. | Groomore 2023 Tax Return Documents GROOMORE0033739- GROOMORE033771- | | | | |
| 437. | Groomore 2022 Tax Return GROOMORE000755, GROOMORE000759- GROOMORE000776 | | | | |
| 438. | Groomore 2021 Tax Return GROOMORE000785- GROOMORE000797 | | | | |
| 439. | Moement Chat with Transferring Groomore Customer MOEMENT004429 | | | | |
| 440. | https://web.archive.org/web/20170720050800/http:/www.moego.pet/ | | | | |
| 441. | https://web.archive.org/web/20200107023712/http:/help.moego.pet/en/articles/1434995-how-to-best-use-of-moego | | | | |
| 442. | https://web.archive.org/web/20200815174223/https://www.moego.pet/ | | | | |
| 443. | https://web.archive.org/web/20201101141249/https://www.groomore.com/ | | | | |
| 444. | https://web.archive.org/web/20220128228 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
|  | 0510/https://www.moego.pet/ |  |  |  |  |
| 445. | 2023.02.27 Moement's Initial Disclosures |  |  |  |  |
| 446. | 2023.11.30 Moement, Inc.'s Response to Groomore Inc.'s RFAs, Set One |  |  |  |  |
| 447. | 2023.11.30 Moement, Inc.'s Response to Groomore Inc.'s RFPDs, Set One |  |  |  |  |
| 448. | 2023.11.30 Moement, Inc.'s Response to Groomore Inc.'s ROGs, Set One |  |  |  |  |
| 449. | 2024.06.20 Moement, Inc.'s Supplemental Responses to Groomore, Inc.'s RFA (Set One) |  |  |  |  |
| 450. | 2024.06.20 Moement, Inc.'s Supplemental Responses to Groomore, Inc.'s ROGS (Set One) |  |  |  |  |
| 451. | 2024.07.15 Plaintiff Moement Inc.'s Objections and Responses to Defendant Lin's Rogs, Set One |  |  |  |  |
| 452. | 2024.07.15 Plaintiff Moement Inc.'s Objections and Responses to Defendant Lin's [sic] RFAs, Set Two |  |  |  |  |
| 453. |  |  |  |  |  |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|-------|-------------|---------------------------------|-------------------------------------------------------------------------------------|-----------------|---------------|
| 454. | | | | | |
| 455. | | | | | |
| 456. | | | | | |
| 457. | | | | | |
| 458. | | | | | |
| 459. | | | | | |
| 460. | | | | | |
| 461. | | | | | |
| 462. | | | | | |
| 463. | | | | | |
| 464. | | | | | |
| 465. | | | | | |
| 466. | | | | | |
| 467. | | | | | |
| 468. | | | | | |
| 469. | | | | | |
| 470. | | | | | |
| 471. | | | | | |
| 472. | | | | | |
| 473. | | | | | |
| 474. | | | | | |
| 475. | | | | | |
| 476. | | | | | |
| 477. | | | | | |
| 478. | | | | | |
| 479. | | | | | |
| 480. | | | | | |
| 481. | | | | | |
| 482. | | | | | |
| 483. | | | | | |
| 484. | | | | | |
| 485. | | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 486. | | | | | |
| 487. | | | | | |
| 488. | | | | | |
| 489. | | | | | |
| 490. | | | | | |
| 491. | | | | | |
| 492. | | | | | |
| 493. | | | | | |
| 494. | | | | | |
| 495. | | | | | |
| 496. | | | | | |
| 497. | | | | | |
| 498. | | | | | |
| 499. | | | | | |
| 500. | | | | | |
| 501. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 8:42:20-08:42:42 | | | | |
| 502. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 08:46:22 – 08:46:38 | | | | |
| 503. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 08:54:57 – 08:56:34 | | | | |
| 504. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 08:59:44 – 09:00:52 | | | | |
| 505. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 09:13:42 – 09:14:41 | | | | |
| 506. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 09:18:51 - 09:23:48 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 507. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 09:35:30 - 09:38:16 | | | | |
| 508. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 10:09:23 - 10:12:20 | | | | |
| 509. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 10:27:16 - 10:29:17 | | | | |
| 510. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 11:51:03 - 11:59:39 | | | | |
| 511. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 11:59:49 - 12:03:32 | | | | |
| 512. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 12:04:11 - 12:07:05 | | | | |
| 513. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 12:07:05 - 12:13:34 | | | | |
| 514. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 12:13:34 - 12:14:35 | | | | |
| 515. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 12:15:55 - 12:18:38 | | | | |
| 516. | Deposition Clip Chunliang Lin Vol 1 7/9/2024 12:52:47 - 12:57:33 | | | | |
| 517. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 08:38:49 - 08:46:51 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 518. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 08:48:38 - 08:50:27 | | | | |
| 519. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 08:48:38 - 08:50:27 | | | | |
| 520. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 08:51:12 - 08:52:52 | | | | |
| 521. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 08:58:45 - 09:02:05 | | | | |
| 522. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:05:00 - 09:10:53 | | | | |
| 523. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:13:02 - 09:18:49 & 09:19:28 - 09:20:00 & 2024 09:14:55 - 09:18:49 & 09:13:02 - 09:14:55 & 09:13:02 - 09:14:48, 09:19:28 - 09:20:00 | | | | |
| 524. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:20:15 - 09:27:28 | | | | |
| 525. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:42:54 - 09:45:45 | | | | |
| 526. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:46:02 - 09:48:03 | | | | |
| 527. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 09:57:44 - 10:00:05 | | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 528. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 10:05:34 - 10:09:05 | | | | |
| 529. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 10:10:41 - 10:11:39 | | | | |
| 530. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 10:37:09 - 10:38:46 | | | | |
| 531. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 10:52:14 - 10:53:48 | | | | |
| 532. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 11:33:03 - 11:49:12 | | | | |
| 533. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 11:46:17 - 11:49:12 | | | | |
| 534. | Deposition Clip Chunliang Lin Vol 2 7/10/2024 11:50:06 - 11:50:58 | | | | |
| | SKIP TO 1000 SERIES FOR ILLUSTRATIVE AIDS FRE 107 | | | | |
| 1001 | CV for Craig Rosenberg | Craig Rosenberg | | | |
| 1002 | Prior Court Testimony for Craig Rosenberg | Craig Rosenberg | | | |
| 1003 | Key Software Terminology | Craig Rosenberg | | | |
| 1004 | Functions of Backend Source Code | Craig Rosenberg | | | |
| 1005 | Materials Reviewed by Craig Rosenberg | Craig Rosenberg | | | |
| 1006 | Chart of Software Development Process | Craig Rosenberg | | | |

| Ex. # | Description | Witness Establishing Foundation | Objections to Admissibility and/or Authenticity (include basis and party objecting) | Date Identified | Date Admitted |
|---|---|---|---|---|---|
| 1007 | Time Needed to Develop Software Average Complexity | Craig Rosenberg | | | |
| 1008 | Summary of Craig Rosenberg's Opinions | Craig Rosenberg | | | |
| 1009 | CV for Warner Scheyer | Craig Rosenberg | | | |
| 1010 | Scope of Craig Rosenberg's Analysis | Craig Rosenberg | | | |
| 1011 | Definition of Trade Secret | Craig Rosenberg / Ethan Dong | | | |
| 1012 | MoeGo Development Process | Emma Chen | | | |
| 1013 | MoeGo Competitors 2016 | Emma Chen | | | |
| 1014 | Summary of Sebold Opinions | Maryellen Sebold | | | |

Dated: December 20, 2024        NORTON ROSE FULBRIGHT US LLP


By: /s/ Christopher Pelham
    CHRISTOPHER PELHAM
    Attorneys for Plaintiff
    MOEMENT, INC.