# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

**COURT USE ONLY**
**DUE DATE:**

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Lori Cruz |
| 2a. Contact Phone Number | 213 892-9200 |
| 3a. Contact E-mail Address | lori.cruz@nortonrosefulbright.com |
| 1b. Attorney Name (if different) | Alex Scandroli |
| 2b. Attorney Phone Number | 213 892-9200 |
| 3b. Attorney E-mail Address | alex.scandroli@nortonrosefulbright.com |

**4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)**
NORTON ROSE FULBRIGHT US LLP
555 S. Flower Street, 41st Floor
Los Angeles, CA 90071

| Field | Value |
|---|---|
| 5. Name & Role of Party Represented | Plaintiff Moement, Inc |
| 6. Case Name | Moement, Inc. v. Groomore, Inc. et al |
| 7a. District Court Case Number | 2:22-cv-02871 |
| 7b. Appeals Court Case Number | |

**8. INDICATE WHETHER PROCEEDING WAS** *(choose only one per form)*:
[X] DIGITALLY RECORDED
[ ] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: ____

**9. THIS TRANSCRIPT ORDER IS FOR:** [ ] Appeal  [X] Non-Appeal   [ ] Criminal  [X] Civil   [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

**10. TRANSCRIPT(S) REQUESTED** (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| Hearing Date | Minute Order Docket# (if available) | Judge (name) | Proceeding Type / Portion | PDF (email) | TEXT / ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | Release of Trans. Restriction Date | Delivery Type |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | 193 | Wesley Hsu | Status Conference re Trial | (●) | ( ) | ( ) | ( ) | ( ) | ( ) | (●) ____ | 3-Day |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |
| | | | | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) | ( ) ____ | |

**11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.** CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

**12. ORDER & CERTIFICATION.** By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: January 15, 2025    Signature: Alex Scandroli

G-120 (06/18)