# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | 2:22-cv-02871-WLH-KSx |
| Date | 05/22/2025 |
| Title: | Moement, Inc. v. Groomore, Inc. et al |

Present: The Honorable **WESLEY L. HSU**

| Holidae Crawford | Terri Hourigan |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Christopher K. Pelham<br>Alex Jordan Scandroli | Steven Gebelin |

\_\_\_ Day Court Trial   Eighth Day Jury Trial

\_\_\_ One day trial:  \_\_\_ Begun (1st day);  \_\_\_ Held & Continued;  **X** Completed by jury verdict/submitted to court.

\_\_\_ The Jury is impaneled and sworn.
\_\_\_ Opening statements made by \_\_\_
\_\_\_ Witnesses called, sworn and testified.  \_\_\_ Exhibits Identified  \_\_\_ Exhibits admitted.
\_\_\_ Plaintiff(s) rest.  \_\_\_ Defendant(s) rest.
\_\_\_ Closing arguments made by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).  \_\_\_ Court instructs jury.
\_\_\_ Bailiff(s) sworn.  \_\_\_ Jury retires to deliberate.  ✓ Jury resumes deliberations.
✓ Jury Verdict in favor of  ✓ plaintiff(s)  \_\_\_ defendant(s) is read and filed.
\_\_\_ Jury polled.  ✓ Polling waived.
✓ Filed Witness & Exhibit Lists  ✓ Filed jury notes.  ✓ Filed jury instructions.
\_\_\_ Judgment by Court for  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Findings, Conclusions of Law & Judgment to be prepared by  \_\_\_ plaintiff(s)  \_\_\_ defendant(s).
\_\_\_ Case submitted.  \_\_\_ Briefs to be filed by \_\_\_
\_\_\_ Motion to dismiss by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for mistrial by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Motion for Judgment/Directed Verdict by \_\_\_ is \_\_\_ granted.  \_\_\_ denied.  \_\_\_ submitted.
\_\_\_ Settlement reached and placed on the record.
\_\_\_ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
\_\_\_ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
\_\_\_ Trial subpoenaed documents returned to subpoenaing party.
✓ Case continued to  7/18/2025 at 1:30 p.m. for post trial motion.  ~~for further trial/further jury deliberation.~~
✓ Other: Plaintiff to file proposed judgment within 7 days.  The Court sets a post trial motion briefing schedule. Plaintiff to file any motions on or before 6/5/25, oppositions are due 6/19/25 & reply brief is due 7/3/25.

| | : | 45 |
|---|---|---|
| Initials of Deputy Clerk | HC | |

cc: