IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>　　　　　Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>**JURY VERDICT FORM FOR DEFENDANT GROOMORE, INC.** |

### Trade Secret Misappropriation

**Question 1.** Did Plaintiff Moement, Inc. prove that MoeGo v.1 is a Trade Secret, that is Moement, Inc. took reasonable measures to keep MoeGo v.1 secret at the time of the alleged misappropriation, and MoeGo v.1 had actual or potential independent economic value because it was secret?

✓ YES ___ NO

*If you answered YES to Question 1, please answer Question 2. If you answered NO to Question 1, please proceed directly to Question 3.*

**Question 2.** Did Defendant Groomore, Inc. misappropriate Plaintiff Moement, Inc.'s Trade Secret?

✓ YES ___ NO

*Whether you answered YES or NO to Question 2, please proceed to Question 3.*

### Copyright Infringement

**Question 3.** Did Defendant Groomore, Inc. infringe Plaintiff Moement Inc.'s copyright, which is registered as the Moego v.1 backend source code?

✓ YES ___ NO

*Whether you answered YES or NO to Question 3, please proceed to sign the below signature block.*

**Signed:** REDACTED

Presiding Juror

**Dated:** 5/22/2025

*After this verdict form has been signed, notify the officer that you are ready to present your verdict in the courtroom.*

- 2 -