IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOEMENT, INC., a Delaware corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>GROOMORE, INC., a Delaware corporation, CHUNLIANG LIN, an individual, JIE ZHANG, an individual, and SONGYUN LIU, an individual,<br><br>    Defendants. | Case No. 2:22-cv-02871-WLH (JEMx)<br><br>**JURY VERDICT FORM FOR DEFENDANT CHUNLIANG LIN** |

- 1 -

JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

**Breach of Contracts**

**Question 1.** Did Defendant Chunliang Lin form the following agreements with Plaintiff Moement, Inc. (check "YES" or "NO" for each one):

    Founder Advisor Agreement: ✓ YES ___ NO

    Independent Contractor Agreement: ✓ YES ___ NO

    Mutual Confidentiality Agreement: ✓ YES ___ NO

*If you answered YES to any of the above, please answer Question 2. If you answered NO to all of the above, please proceed directly to Question 4.*

**Question 2.** Did Defendant Chunliang Lin breach the below contracts? (check "YES" or "NO" for each one):

    Founder Advisor Agreement: ✓ YES ___ NO

    Independent Contractor Agreement: ✓ YES ___ NO

    Mutual Confidentiality Agreement: ✓ YES ___ NO

*If you answered YES to any of the above, please answer Question 3. If you answered NO to all of the above, please proceed directly to Question 4.*

**Question 3.** Was Plaintiff Moement, Inc. harmed by Defendant Chunliang Lin's breach of that agreement? (check "YES" or "NO" for each one; do not answer this question for any agreement where you checked "NO" in any of Questions 1 and 2):

    Founder Advisor Agreement: ✓ YES ___ NO

    Independent Contractor Agreement: ✓ YES ___ NO

    Mutual Confidentiality Agreement: ✓ YES ___ NO

*Please proceed to Question 4.*

JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

## Trade Secret Misappropriation

**Question 4.** Did Plaintiff Moement, Inc. prove that MoeGo v.1 is a Trade Secret, that is Moement, Inc. took reasonable measures to keep MoeGo v.1 secret at the time of the alleged misappropriation, and MoeGo v.1 had actual or potential independent economic value because it was secret?

   ✓ YES ____ NO

*If you answered YES to Question 4, please answer Question 5. If you answered NO to Question 4, please proceed directly to Question 10.*

**Question 5.** Did Defendant Chunliang Lin misappropriate Plaintiff Moement, Inc.'s Trade Secret?

   ✓ YES ____ NO

*If you answered YES to Question 5, please answer Question 6. If you answered NO to Question 5, please proceed directly to Question 10.*

**Question 6.** Did Defendant Chunliang Lin cause Plaintiff Moement Inc. any actual losses by the misappropriation of its Trade Secret?

   ✓ YES ____ NO

*Please answer Question 7 irrespective of whether you answered YES or NO to Question 6.*

**Question 7.** Was Defendant Chunliang Lin unjustly enriched by the misappropriation of Plaintiff Moement, Inc.'s Trade Secret?

   ✓ YES ____ NO

*Please answer Question 8 irrespective of whether you answered YES or NO to Question 7.*

**Question 8.** Did Defendant Chunliang Lin act willfully and maliciously in the misappropriation of Plaintiff Moement, Inc.'s Trade Secret?

____ YES __✓__ NO

*Please answer Question 9.*

**Question 9.** Do you find, by clear and convincing evidence, that Defendant Chunliang Lin acted willfully and maliciously in the misappropriation of Plaintiff Moement, Inc.'s Trade Secret?

____ YES __✓__ NO

*Please proceed to Question 10.*

- 4 -
JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

**Copyright Infringement**

**Question 10.** Did Defendant Chunliang Lin infringe Plaintiff Moement Inc.'s copyright, which is registered as the MoeGo v.1 backend source code?

✓ YES ___ NO

*If you answered YES to Question 10, please answer Question 11. If you answered NO to Question 10, please proceed directly to Question 13.*


**Question 11.** Was Plaintiff Moement, Inc. harmed by Defendant Chunliang Lin's copyright infringement?

✓ YES ___ NO

*If you answered YES to Question 11, please proceed to Question 12. If you answered NO, please proceed directly to Question 13.*


**Question 12.** Did Defendant Chunliang Lin willfully infringe Plaintiff Moement, Inc's copyright?

✓ YES ___ NO

*Please proceed directly to Question 13.*

- 5 -

JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

## Trade Secret Misappropriation Damages

**Question 13.** If you answered Yes to Question 6, what amount of actual losses did Defendant Chunliang Lin cause to Plaintiff Moement, Inc. by the misappropriation of its Trade Secret?

$ __184,846__

*Please proceed to Question 14 irrespective of whether you entered an amount for Question 13.*

**Question 14.** If you answered YES to Question 7, in what amount was Defendant Chunliang Lin unjustly enriched by the misappropriation of Plaintiff Moement, Inc.'s Trade Secret? (*Do not* include any damages that you already awarded in Question 13):

$ __387,216__

*Please proceed to Question 15 only if you are unable to calculate an amount in Questions 13 and 14. If you entered an amount for either Question 13 or 14, please skip Question 15 and proceed to Question 16.*

**Question 15.** If you answered "yes" to either Question 6 or 7, but are unable to calculate an amount in Questions 13 or 14, is there a reasonable royalty that Plaintiff Moement Inc. could have charged for the use of its Trade Secret?

____ YES ____ NO

*Please answer Question 16.*

- 6 -
JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

## Breach of Contract Damages

**Question 16.** Are there additional breach of contract damages that you did not already include in the amounts you entered when answering Questions 13 or 14?

____ YES  ✓ NO

*If you answered YES please answer Question 17. If you answered NO, please proceed directly to the signature block at the end of the verdict form on the following page.*

**Question 17.** For only those agreements where you answered "YES" to Question 3, in what additional amount was Plaintiff Moement, Inc. harmed by Defendant Chunliang Lin's breach?

a. Past economic loss (including lost profits, loss of value in Moement, Inc.'s software products and services): $_____0_____

b. Future economic loss (loss of anticipated profits): $_____0_____

*Please answer Question 18 only if you are unable to calculate an amount for Question 17.*

**Question 18.** If you answered "Yes" for Question 16, but are unable to calculate an additional amount of damages in Question 17, please specify an amount of nominal damages to award Plaintiff Moement, Inc. below (not to exceed $1):

$_____

*Please proceed directly to the signature block at the end of the verdict form on the following page.*

- 7 -

JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN

1  Please sign the signature block at the end of the verdict form.
2  **Signed:** REDACTED
3  Presiding Juror
4  **Dated:** 5/22/2025

6  After this verdict form has been signed, notify the officer that you are ready to present your verdict in the courtroom.

- 8 -
JURY VERDICT FORMS FOR DEFENDANT CHUNLIANG LIN